# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/23/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CIVIL NO. 03-00065ACK-LEK

CASE NAME: Jacquelyn K. Tokashiki vs. George Freitas, et al.

ATTYS FOR PLA: Jerry P.S. Chang

ATTYS FOR DEFT: John Komeiji

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 1/23/2006 | TIME: | 9:40-9:42 |

COURT ACTION:  EP: Further Status Conference Re: Stay of Case Pending Resolution of Interlocutory Appeal held.  Jerry P.S. Chang participated by phone.

Further Status Conference Re: Stay of Case Pending Resolution of Interlocutory Appeal set for 9:30 7/24/06, LEK.

Submitted by: Warren N. Nakamura, Courtroom Manager