UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JACQUELYN K. TOKASHIKI,<br><br>Plaintiff - Appellee,<br><br>V.<br><br>GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai,<br><br>Defendant - Appellant,<br><br>And<br><br>JOHN DOES 1-5; et al.,<br><br>Defendants. | No. 04-16157<br>D.C. No. CV-03-00065-LEK<br><br>**JUDGMENT** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 3 1 2006

at ___ o'clock and 10 min. ___ M
SUE BEITIA, CLERK

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED IN PART, REVERSED IN PART, REMANDED**. Each party shall bear its own costs on appeal.

Filed and entered 08/07/06

A TRUE COPY   8/29/06
ATTEST
CATHY CATTERSON
Clerk of Court
by: _____
     Deputy Clerk
This certification does constitute the mandate of the court.