INTERNAL USE ONLY: Proceedings include all events.
04-16157 Tokashiki v. Freitas, et al

| | |
|---|---|
| JACQUELYN K. TOKASHIKI<br>    Plaintiff - Appellee | Clayton C. Ikei, Esq.<br>FAX 808/521-7245<br>808/533-3777<br>Suite 1203<br>[COR LD NTC ret]<br>LAW OFFICE OF CLAYTON C. IKEI<br>A Law Corporation<br>1440 Kapiolani Boulevard   *NO/*<br>Honolulu, HI 96814 |
| v. | |
| GEORGE FREITAS, Individually<br>and in his capacity as Chief<br>of Police, County of Kauai<br>    Defendant - Appellant | Karen Y. Arikawa<br>FAX 808/544-8399<br>808/544-8300<br>23rd Floor<br>[COR LD NTC ret]<br>WATANABE ING KAWASHIMA &<br>KOMEIJI LLP<br>999 Bishop Street<br>Honolulu, HI 96813<br><br>John T. Komeiji, Esq.<br>FAX 808/544-8397<br>808/544-8300<br>23rd Floor<br>[COR LD NTC ret]<br>WATANABE ING KAWASHIMA &<br>KOMEIJI<br>First Hawaiian Center<br>999 Bishop Street<br>Honolulu, HI 96813 |
| JOHN DOES 1-5<br>    Defendant | No appearance<br>No appearance |
| JANE DOES 1-5<br>    Defendant | No appearance<br>(See above) |

NOAT PageNZ7of12
i

INTERNAL USE ONLY: Proceedings include all events.
04-16157 Tokashiki v. Freitas, et al

JACQUELYN K. TOKASHIKI

    Plaintiff - Appellee

  v.

GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai

    Defendant - Appellant

    and

JOHN DOES 1-5; JANE DOES 1-5

    Defendants