# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/25/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00065ACK-LEK |
| CASE NAME: | Jacquelyn K. Tokashiki vs. George Freitas, et al. |
| ATTYS FOR PLA: | Jerry P.S. Chang |
| ATTYS FOR DEFT: | Gregg M. Ushiroda |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 09/25/2006 | TIME: | 9:17-9:20 |

COURT ACTION:  EP: Status Conference Re: Remand held. New trial date and deadlines given. **Amended** Rule 16 Scheduling Order to be issued.

1. Jury trial on April 24, 2007 at 9:00 a.m. before ACK
2. Final Pretrial Conference on March 13, 2007 at 9:00 a.m. before LEK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by March 6, 2007
5. File motions to Join/Add Parties/Amend Pleadings by **N/A**
6. File other Non-Dispositive Motions by January 24, 2007
7. File Dispositive Motions by November 22, 2006
8a. File Motions in Limine by April 3, 2007
8b. File opposition memo to a Motion in Limine by April 10, 2007
11a. Plaintiff's Expert Witness Disclosures by October 23, 2006
11b. Defendant's Expert Witness Disclosures by November 22, 2006
12. Discovery deadline February 23, 2007
13. Settlement Conference set for January 29, 2007 at 1:30 p.m. before LEK
14. Settlement Conference statements by January 22, 2007
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by April 10, 2007
21. File Final witness list by April 3, 2007
24. Exchange Exhibit and Demonstrative aids by March 27, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by April 3, 2007
26. File objections to the Exhibits by April 10, 2007

28a.  File Deposition Excerpt Designations by April 3, 2007
28b.  File Deposition Counter Designations and Objections by April 10, 2007
29.   File Trial Brief by April 10, 2007
30.   File Findings of Fact & Conclusions of Law by N/A

Other Matters: **Amended** Rule 16 Scheduling Order to be issued.

Submitted by: Warren N. Nakamura, Courtroom Manager

CIVIL NO. 03-00065ACK-LEK;
Jacquelyn K. Tokashiki vs. George Freitas, et al.;
Rule 16 Scheduling Conference Minutes
09/25/2006