**ORIGINAL**

CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI       1260
JERRY P.S. CHANG      6671
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814
Telephone No.  (808) 533-3777
Facsimile No.  (808) 521-7245
E-mail: CCIOffice@hawaii.rr.com

Attorneys for Plaintiff
JACQUELYN K. TOKASHIKI

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 10 2006

at 3 o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE FREITAS, Individually and in his Capacity as the Chief of Police, County of Kauai, JOHN DOES 1-5 and JANE DOES 1-5,<br><br>Defendants. | CIVIL NO. 03-00065 ACK LEK<br><br>PLAINTIFF'S DISCLOSURE OF EXPERT WITNESS; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br><br><br><br><br><br><br><br><br>Trial Date: April 24, 2007 |

**PLAINTIFF'S DISCLOSURE OF EXPERT WITNESS**

Pursuant to Fed. R. Civ. P. 26(2)(A), Plaintiff Jacquelyn K. Tokashiki, by and through his counsel, hereby discloses Jack P. Suyderhoud, Ph.D., Economist, 7149 Kukii Street, Honolulu, Hawaii 96825 as her expert witness regarding Plaintiff's lost income.

Attached hereto as Exhibit "A" is Dr. Suyderhoud's written initial report dated July 6, 2004, made in accordance with Rule 26(2)(B).

Plaintiff notes that a supplemental report from Dr. Suyderhoud is forthcoming, and will be produced by Plaintiff upon receipt.

DATED:   Honolulu, Hawaii, October 10, 2006.

_____
CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
JACQUELYN K. TOKASHIKI