IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, | ) CIVIL NO. 03-00065 ACK LEK |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| v. | ) |
| GEORGE FREITAS, Individually and in his Capacity as the Chief of Police, County of Kauai, JOHN DOES 1-5 and JANE DOES 1-5, | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following parties via U.S. Mail, postage prepaid on October 10, 2006:

TO: JOHN KOMEIJI, ESQ.
DAN KO OBUHANYCH, ESQ.
KAREN Y. ARIKAWA, ESQ.
Watanabe, Ing, & Komeiji LLP
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813

Attorneys for Defendant
GEORGE FREITAS, individually
and in his capacity as the
Chief of Police, County of Kauai

and

/
/
/
/

```
          LANI D.H. NAKAZAWA
          County Attorney
          County of Kauai
          4444 Rice Street, Suite 220
          Lihue, Hawaii 96766-1300

          Attorney for
          COUNTY OF KAUAI COUNTY

DATED:    Honolulu, Hawaii, October 10, 2006.
```

_____
CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
JACQUELYN K. TOKASHIKI