ORIGINAL

380626.1
WATANABE ING & KOMEIJI LLP

JOHN KOMEIJI         # 2498-0
GREGG M. USHIRODA    # 5868-0
KAREN Y. ARIKAWA     # 7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: 544-8300
Facsimile No.: 544-8399
E-mail address: karikawa@wik.com

Attorneys for Defendant
George Freitas, Individually and
in his capacity as Chief of Police,
County of Kauai

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 27 2006

at ___ o'clock and ___ min. ___
SUE BEITIA, CLERK

LODGED

NOV 22 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5 AND JANE DOES 1-5,<br><br>　　　　Defendants. | CIVIL NO. CV 03 00065 ACK LEK<br><br>DEFENDANT GEORGE FREITAS' EX PARTE MOTION TO FILE UNDER SEAL HIS MOTION FOR SUMMARY JUDGMENT AND CONCISE STATEMENT OF FACTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT; DECLARATION OF KAREN Y. ARIKAWA; ORDER GRANTING DEFENDANT GEORGE FREITAS' EX PARTE MOTION TO FILE UNDER SEAL HIS MOTION FOR SUMMARY JUDGMENT AND CONCISE STATEMENT OF FACTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT; CERTIFICATE OF SERVICE<br><br>PROPOSED ORDER<br><br>JUDGE: Honorable Alan C. Kay<br>TRIAL: |

**DEFENDANT GEORGE FREITAS' EX PARTE MOTION TO FILE UNDER SEAL HIS MOTION FOR SUMMARY JUDGMENT AND CONCISE STATEMENT OF FACTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**

Comes now Defendant GEORGE FREITAS (hereinafter referred to as "Defendant"), by and through his attorneys, WATANABE ING & KOMEIJI LLP, and hereby moves this Honorable Court, ex parte, for an Order Granting Defendant George Freitas' Motion To File Under Seal His Motion For Summary Judgment And Concise Statement of Facts In Support Of His Motion For Summary Judgment.

This motion is brought pursuant to Rule 7 of the Federal Rules of Civil Procedure, and is supported by the Declaration of Karen Y. Arikawa attached hereto, and the entire record and files herein.

DATED: Honolulu, Hawaii, November 22, 2006.

_____
JOHN KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA
Attorneys for Defendant George Freitas, in his capacity as Chief of Police, County of Kauai

2