IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, ) | CIVIL NO. CV 03 00065 ACK LEK |
| ) | |
| Plaintiff, ) | DECLARATION OF KAREN Y. |
| ) | ARIKAWA |
| v. ) | |
| ) | |
| GEORGE FREITAS, Individually ) | |
| and in his capacity as Chief of ) | |
| Police, County of Kauai, JOHN ) | |
| DOES 1-5 AND JANE DOES 1-5, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

**DECLARATION OF KAREN Y. ARIKAWA**

KAREN Y. ARIKAWA hereby declares the following:

1. I am one of the attorneys representing Defendant George Freitas ("Freitas") in the above-referenced matter and have personal knowledge of the matters set forth herein.

2. I am licensed to practice law before all state and federal courts in the State of Hawaii.

3. Freitas' Motion For Summary Judgment and Freitas' Concise Statement of Facts in Support of His Motion for Summary Judgment (collectively "Motion") necessarily contains confidential and privileged information that should not to be disclosed to the general public.

4. The information sought to be sealed includes statements contained in the report of a confidential internal police investigation against former Kauai Police Department

Police Chief Freitas that is protected from public disclosure pursuant to State statute and county rules. See, e.g., Haw. Rev. Stat. § 92F-14(b)(4)(B); Haw. Rev. Stat. § 92-5(2) and Rule 6-1(f)(3)(c) of the Rules of the Kauai County Police Commission Rules on Administrative Practice and Procedure.

5. Freitas has a significant privacy interest in maintaining the confidentiality of the investigative report. See H.R.S. § 92F-14(b)(4)(B).

6. All witnesses who were interviewed in the investigation were promised that their statements would remain confidential.

7. Public disclosure of the documents to the general public, including the media, would violate Freitas' privacy rights, as well as the privacy rights of the witnesses in the investigation.

8. The information sought to be sealed also includes the confidential letters that Freitas sent to Kauai County attorney Hartwell Blake dated August 22, 2001 and August 23, 2001 ("Letters") that are subject to the attorney-client privilege which Freitas did not waive.

9. Freitas has a significant privacy interest in maintaining the privilege applicable to those letters.

10. Freitas therefore respectfully requests to file under seal his Motion which will be submitted to the Court on November 22, 2006.

11. This request is made to preserve the confidential nature of investigative report, and to preserve the privilege that applies to the Letters, and is made without waiving any rights to the confidentiality and/or privilege of such information, and without waiving his rights to seek appropriate relief and damages for the improper disclosure of such information.

12. It is also requested that an order be issued requiring all parties receiving copies of Freitas' Motion preserve and protect the confidentiality of the information.

I, Karen Y. Arikawa, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, November 22, 2006.

_____
KAREN Y. ARIKAWA