IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JACQUELYN K. TOKASHIKI, | ) | CIVIL NO. CV 03 00065 ACK LEK |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING DEFENDANT |
| | ) | GEORGE FREITAS' EX PARTE |
| v. | ) | MOTION TO FILE UNDER SEAL HIS |
| | ) | MOTION FOR SUMMARY JUDGMENT |
| GEORGE FREITAS, Individually | ) | AND CONCISE STATEMENT OF FACTS |
| and in his capacity as Chief of | ) | IN SUPPORT OF HIS MOTION FOR |
| Police, County of Kauai, JOHN | ) | SUMMARY JUDGMENT |
| DOES 1-5 AND  JANE DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**ORDER GRANTING DEFENDANT GEORGE FREITAS' EX PARTE MOTION TO FILE UNDER SEAL HIS MOTION FOR SUMMARY JUDGMENT AND CONCISE STATEMENT OF FACTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**

The Court finding good cause therefore, hereby GRANTS Defendant George Freitas' Ex Parte Motion to File Under Seal His Motion for Summary Judgment And Concise Statement Of Facts In Support Of His Motion For Summary Judgment.

It is further ordered that all parties receiving copies of Defendant George Freitas' Motion For Summary Judgment and Defendant George Freitas' Concise Statement of Facts In Support Of His Motion For Summary Judgment (collectively "Motion"), and all attachments thereto, maintain the confidentiality of the Motion and all attachments thereto.

DATED:  Honolulu, Hawaii_____.


_____
JUDGE OF THE ABOVE-ENTITLED COURT