IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, | ) CIVIL NO. CV 03 00065 ACK LEK |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| v. | ) |
| GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5 AND JANE DOES 1-5, | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following individuals by depositing the same in the U.S. Mail, postage prepaid on November 22, 2006:

> CLAYTON C. IKEI, ESQ.
> JERRY P.S. CHANG, ESQ.
> 1440 Kapiolani Boulevard, Suite 1203
> Honolulu, Hawaii 96814
>
> Attorneys for Plaintiff
> JACQUELYN K. TOKASHIKI

DATED: Honolulu, Hawaii, November 22, 2006.

JOHN T. KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA
Attorneys for Defendant
George Freitas, Individually and
in his capacity as Chief of Police,
County of Kauai