IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, | ) Civ. No. 03-00065 ACK-LEK |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5, and JANE DOES 1-5, | ) ) ) ) |
| | ) |
| Defendants. | ) |

### ORDER REGARDING EX PARTE MOTION TO SEAL DOCUMENTS

George Freitas ("Defendant") filed under seal a Motion for Summary Judgment and Concise Statement of Facts in Support of His Motion for Summary Judgment on November 22, 2006. At the same time, he filed an Ex Parte Motion to Seal these two documents ("Motion to Seal"). The Motion to Seal seeks to seal the two documents in their entirety for good cause.

The Motion to Seal does not appear to meet (or even recognize) the standards set forth by the Ninth Circuit Court of Appeals in <u>Kamakana v. City and County of Honolulu</u>, 447 F.3d 1172, 1180 (9th Cir. 2006) ("documents attached to dispositive motions must meet the high threshold of showing that 'compelling reasons' support secrecy"; a "good cause" showing is not

1

sufficient); see also Madsen v. Fortis Benefits Ins. Co., No. CV 04-1959-PHX-JAT, 2006 WL 1981785 (D. Ariz. July 13, 2006).

        Accordingly, leave to file an amended Motion to Seal is granted.  Defendant ought to identify the specific exhibits, if any, for which "compelling reasons" exist to keep under seal. Defendant's Motion for Summary Judgment and Concise Statement of Facts in Support of His Motion for Summary Judgment shall remain under seal until further notice.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, November 27, 2006.



                                    Alan C. Kay
                                    Sr. United States District Judge