WATANABE ING & KOMEIJI LLP

JOHN KOMEIJI  # 2498-0
GREGG M. USHIRODA  #5868-0
KAREN Y. ARIKAWA  # 7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: 544-8300
Facsimile No.: 544-8399

Attorneys for Defendant George Freitas,
Individually and in his capacity as Chief of Police,
County of Kauai

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI,<br><br>     Plaintiff,<br><br>     v.<br><br>GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5 AND JANE DOES 1-5,<br><br>     Defendants. | CIVIL NO. CV 03 00065 ACK LEK<br><br>CERTIFICATE OF SERVICE<br><br>RE: NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>**(Patrick McGivern, Ph.D)** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Taking Deposition Upon Oral Examination (Patrick McGivern, Ph.D.), dated January 10, 2007, will be duly served upon the following party by mailing same on this date to their last known address.

I further certify that a copy of the foregoing Certificate of Service dated January 10, 2007, will be duly served electronically through CM/ECF on the following party on January 10, 2007:

        CLAYTON C. IKEI, ESQ.       ccioffice@hawaii.rr.com
        JERRY P.S. CHANG, ESQ.
        1440 Kapiolani Boulevard; Suite 1203
        Honolulu, HI 96814

        Attorneys for Plaintiff

DATED: Honolulu, Hawaii,    January 10, 2007   .

                /s/ Gregg M. Ushiroda
                JOHN KOMEIJI
                GREGG M. USHIRODA
                KAREN Y. ARIKAWA
                Attorneys for Defendant George Freitas,
                Individually and in his capacity as Chief of Police,
                County of Kauai