

**ORIGINAL**

CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI      1260
JERRY P.S. CHANG     6671
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814
Telephone No.  (808) 533-3777
Facsimile No.  (808) 521-7245
E-mail: CCIOffice@hawaii.rr.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 9 2007

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorneys for Plaintiff
JACQUELYN K. TOKASHIKI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEORGE FREITAS, Individually and in his Capacity as the Chief of Police, County of Kauai, JOHN DOES 1-5 and JANE DOES 1-5,<br><br>　　　　Defendants. | ) CIVIL NO. 03-00065 ACK LEK<br>)<br>) PLAINTIFF'S SUPPLEMENTAL<br>) DISCLOSURE OF EXPERT WITNESS;<br>) EXHIBIT "A"; CERTIFICATE OF<br>) SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Trial Date: April 24, 2007 |

**PLAINTIFF'S SUPPLEMENTAL DISCLOSURE OF EXPERT WITNESS**

Pursuant to Fed. R. Civ. P. 26(2)(A), Plaintiff Jacquelyn K. Tokashiki, by and through her counsel, hereby discloses Jack P. Suyderhoud, Ph.D., Economist, 7149 Kukii Street, Honolulu, Hawaii 96825, as her expert witness regarding Plaintiff's lost income.

Attached hereto as Exhibit "A" is Dr. Suyderhoud's supplemental report dated January 5, 2007, made in accordance with Rule 26(2)(B).

DATED:   Honolulu, Hawaii, January 9, 2007.

_____
CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
JACQUELYN K. TOKASHIKI