**Jack P. Suyderhoud, Ph.D.**
*Economist*
7149 Kukii Street
Honolulu, Hawaii 96825
Phone 808-342-6226; Fax 808-395-1876

January 5, 2007

Clayton C. Ikei
Attorney at Law
Suite 1203
1440 Kapiolani Blvd.
Honolulu, Hawaii 96814

Via Fax: 521-7245

Re: Jacqueline Tokashiki

Dear Mr. Ikei:

I was retained by your office on March 8, 2004, to provide expert economic testimony in the matter cited above. I have done so in the form of this report.

## I. SCOPE OF THIS REPORT:

I was asked to provide a calculation of the present value of income loss associated with the inability of Ms. Jacqueline Tokashiki to continue work with the Kauai Police Department. Such income loss consists of two parts: lost income and lost retirement benefits. Calculation of present value requires consideration of the effect of income taxes on a lump-sum award or settlement.

## II. INFORMATION REVIEWED IN FORMING MY OPINIONS:

I was provided with the following information that I reviewed in order to make my calculations and reach my opinions:
- Letter from counsel Clayton Ikei to me dated March 17, 2004, which sets forth the scope of my work and the date she stopped work.
- W-2's for Ms. Tokashiki for the years 1990-1993 and 1999-2005.
- Income tax returns for Ms. Tokashiki for the years 1999 – 2005.
- Hawaii Employees' Retirement System information related to Ms. Tokashiki. (Bates stamped pages 7-18.)
- Phone conversation with Mr. Ikei on July 2, 2004.
- Hawaii DLIR Decision dated 10/15/03.
- Hawaii DLIR Supplemental to Decision dated 10/15/03.
- U.S. Social Security Disability Information for Ms. Tokahiki, dated 3/19/06.

In addition, I have relied on publicly available documents that are cited in the attached calculations.

EXHIBIT A

1

## III. CALCULATION OF DAMAGES:
### A. Lost Income Calculation:

For purposes of this calculation, I have assumed that Ms. Tokashiki cannot return to her prior employment with the Kauai Police Department. Furthermore, for purposes of this calculation I have assumed she cannot return to any form of work. (If it is the case that Ms. Tokashiki can be gainfully employed, my calculations below and my report would have to be amended.)

Given the assumption that she is unable to return to work, the calculation of the economist involves determination of the present value of likely after-tax income and benefits had Ms. Tokashiki not stopped working for the Kauai Police Department.

The present value of Ms. Tokashiki's income, absent stopping work for the Kauai Police Department is calculated to be **$410 thousand.** (See page D, attached.) The following are relevant to the calculation:

1. The income tax records indicate Ms. Tokashiki's earnings declined significantly in 2004. Hence, I started the loss calculation in that year. (See columns 1-3 of page D, attached.)
2. Ms. Tokashiki has a statistical worklife expectancy to age 62.4 per national averages for females of her age. (See page B, and columns 1-3 of page D, attached.)
3. I have assumed that Ms. Tokashiki would have continued to work at a level of earnings consistent with what she earned in 2003, $45,083 per year, in 2003 dollar values. (See page B for her prior earnings and page C for the assumed earnings level. This earnings level is reflected in column 4 of page D.)
4. I have adjusted the 2003-dollar values of the annual earnings to reflect inflation after 2003. The inflation assumptions are shown on pages A and B. The results of the inflation adjustments are in column 5 of page D.
5. Ms. Tokashiki had earnings in 2004. (See page B.) I have subtracted those earnings from her 2004 loss. (See columns 6 and 7 of page D.)
6. I have subtracted income taxes at a rate of 6% for Federal and 3% for Hawaii state income taxes. (See page C.) These rates are slightly higher than she paid in the years 2002 and 2003. (See page B.) The amount of taxes deducted in the calculation is shown in column 8 of page D.
7. The only fringe benefit added is the employer contribution to Social Security. (See page C.) However, Ms. Tokashiki reported employee-paid business expenses. (See page A.) I have deducted the employee business expenses costs from the fringe benefits. (See page C.) The net fringe benefits are calculated in column 9 of page D. (No medical insurance benefits are lost because when Mss. Tokashiki retires after 2006, she will receive medical insurance as part of that benefit.
8. In column 10 of page D the after-tax income and fringe benefits is calculated.
9. All future values are reduced to present value in column 11 of page D using pre-tax interest rates as shown on page A. The total loss is shown at the bottom: **$410 thousand**, rounded off.

2

600020

It should be noted that this loss is lower if Ms. Tokashiki can return to gainful employment.

Counsel indicated that Ms. Tokashiki is receiving worker's compensation and using her accumulated sick leave. If the worker's compensation payments are not subject to the collateral source rule, then the benefits Ms. Tokashiki has received and will receive need to be subtracted from the amount calculated above. The sick leave payments should not be deducted since the pre-mature use of this income is an economic damage. Absent her early termination, she could have used these benefits in the future or used them in the computation of her retirement benefits.

**B. Lost Retirement Benefits:**

I have assumed that Ms. Tokashiki will retire per the rules of the Hawaii Employees' Retirement System (ERS). She has the ability to retire at age 55 since she has more than 20 years of service. However, since she has less than 30 years of service, she cannot retire at the full normal benefits. The combination of premature retirement and the early retirement penalty means that Ms. Tokashiki's retirement benefits are lower than what they would have been had she been allowed to work to her likely retirement age.

I have calculated the lost retirement benefits to have a present value of **$105 thousand.** (See page F.)

However, if Ms. Tokashiki is not subject to the early retirement penalty, her retirement loss will be much smaller, **$4 thousand.** (See page H.)

In making these calculations, the following assumptions were made by me:
1. Absent her early termination, Ms. Tokashiki would have retired in 2013 after 33.25 years of service. (See pages E an G.)
2. It is assumed she would have received benefits for her entire life expectancy, to age 82.6. (See page B for the life expectancy data and columns 1-3 of pages F and H for the time periods.)
3. Her normal retirement benefits per the ERS rules would have been $23,451 per year starting in 2013. (See pages E and G.) This amount would have increased by $586 per year, per the ERS rules. (See pages E and G and column 4 of pages F and H.)
4. Ms. Tokashiki could retire in 2006 at age 55. Her benefits will equal $7,434 per year with an annual increase of $186 if she has to suffer an early retirement penalty. (See page E.) Her benefits will equal $12,818 per year with an annual increase of $320 if she does not have to suffer an early retirement penalty. (See page G.) I assume these benefits will remain for her entire life expectancy. (See column 5 of pages F and H.)
5. The lost benefit is the difference between what she is actually will receive and would have received had she worked to 2013. (See column 6 of pages F and H.) Note that the amounts are negative up to 2013.

600021

6. Federal income taxes are deducted from the lost benefits. (See page E and G and column 7 of pages F and H.)

7. The after-tax lost benefits are calculated in column 8 of pages F and H.

8. All future values are reduced to present value in column 9 of pages F and H. The assumed interest rates for discounting the future values are shown on page A.

## C. Present Value of Lump-Sum Award or Settlement:

The total of the income and retirement losses is either **$515 thousand or $414 thousand**, depending what is assumed about the disability retirement. This is the amount of monetary damages suffered by Ms. Tokashiki assuming what I did above.

If Ms. Tokashiki lost her work because of wrongful termination, any award or settlement paid to the plaintiff will be subject to Federal and state income tax in the year the award or settlement is received. In order to provide compensation of $515 or $413 thousand after the income taxes on the lump-sum award or settlement, such award or settlement must be equal to higher, "grossed-up" amount.

Pages I and J show the required pre-tax lump-sums assuming Federal and Hawaii tax. To yield an after-tax amount of $515 thousand, the pre-tax amount required is **$707 thousand**. To yield an after-tax amount of $414 thousand, the pre-tax amount required is **$559 thousand.**

Again, please note that this loss calculation will change, and probably by significant amounts, if Ms. Tokashiki can be gainfully employed in the future. In addition, I have not taken into consideration the issue of the worker's compensation payments paid to Ms. Tokashiki.

## IV. CONCLUSION:

I hold the opinions above to a reasonable degree of economic probability. I am solely responsible for the opinions expressed in this report. Should additional information be provided, my opinions may change. Please let me know if you have any questions.

Respectfully,

Jack P. Suyderhoud, Ph.D.

4

600022

INF-INT 06-16

| INFLATION AND INTEREST RATES TO 2016 AND BEYOND | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| **HISTORIC INFLATION AND INTEREST RATES:** | | | | | | |
| | | | | | | |
| INDEX OF COMP PER HOUR (ICH): | | | BONDS, 1959 - 2005: | | | |
| 1959 - 2005 | 5.55% | | 3-MONTH TREAS: | | 5.54% | |
| LESS 1% | 4.55% | | 3-YEAR TREAS: | | 6.54% | |
| CONSUMER PRICE INDEX: | | | 10-YEAR TREAS: | | 6.95% | |
| 1959 - 2005 | 4.02% | | AAA PAPER: | | 7.77% | |
| CPI FOR MED CARE: | | | Baa PAPER: | | 8.75% | |
| 1959 - 2005 | 6.07% | | HI-GRADE MUNI. | | 6.00% | |
| CPI FOR MED COMM: | | | | | | |
| 1959 - 2005 | 3.93% | | | | | |
| CPI FOR MED SERV: | | | | | | |
| 1959 - 2005 | 6.49% | | | | | |
| CPI FOR HNL: | | | | | | |
| 1982 - 2005 | 3.14% | | | | | |
| SOURCES: | | | | | | |
| | CEA, ECONOMIC REPT OF PRES, 06, TABLES B-49, B-60, B 61, B-73 | | | | | |
| | BLS, DETAILED CPI TABLES | | | | | |
| | HI DBEDT, QRTLY FORECAST, Q4 2006, DEC 2006 | | | | | |
| | | | | | | |
| **PROJECTED INFLATION AND INTEREST RATES:** | | | | | | |
| | | | | | | |
| **EARNINGS INFLATION:** | CPI | ADJ | ICH | | | |
| | | | | | | |
| 2006 | 2.40% | 1.1335 | 2.72% | | | |
| 2007 | 2.60% | 1.1335 | 2.95% | | | |
| 2008-16 | 2.20% | 1.1335 | 2.49% | | | |
| | | | | | | |
| POST 2016 | | | 4.55% | | | |
| | | | | | | |
| **INTEREST RATES:** | 10 YR | 3YR/10YR | 3 YR | | | |
| | | | | | | |
| 2006 | 4.80% | 0.9412 | 4.52% | | | |
| 2007 | 4.90% | 0.9412 | 4.61% | | | |
| 2008 | 5.30% | 0.9412 | 4.99% | | | |
| 2009-16 | 5.20% | 0.9412 | 4.89% | | | |
| | | | | | | |
| POST 2016 | | | 6.54% | | | |
| FORECAST SOURCES: | | | | | | |
| | 2006-07: FRB PHILA, SURV OF PROF FCSTS, NOV 13, 2006 | | | | | |
| | 2008-16: US CBO, BUDGET & ECON OUTLOOK UPDATE, AUG. 06, TABLE E-1 | | | | | |

$A$

600023

# ANALYSIS FOR TOKASHIKI

## TIMELINE CALCULATIONS:

| | DATE | AGE |
|---|---|---|
| DATE OF BIRTH: | 7-Jan-51 | - |
| LOSS STARTS: | 1-May-02 | 51.3 |
| DATE FOR "NOW": | 1-Jan-07 | 56.0 |

## NORMAL WORKLIFE AND LIFE EXPECTANCIES:

| | DATE | AGE |
|---|---|---|
| WORKLIFE EXPECTANCY: | 1-Jun-13 | 62.4 |
| LIFE EXPECTANCY: | 13-Aug-33 | 82.6 |

SOURCES: SKOOG & CIECKA, JL OF LEGAL ECONOMICS, SPR/SUM 2001, P. 66
USDHHS, NATL V TAL STAT RPT, V. 52, NO. 14, FEB 18, 04, P. 17

## INCOME TAX DATA:

| YEAR | TOTAL INCOME | FED INC TAX | STATE INC TAX | FED INC TAX PCT | STATE INC TAX PCT |
|---|---|---|---|---|---|
| 1999 | $ 41,201 | $ 3,544 | $ 1,715 | 8.6% | 4.2% |
| 2000 | $ 37,962 | $ 3,094 | $ 1,477 | 8.2% | 3.9% |
| 2001 | $ 37,619 | $ 3,049 | $ 1,408 | 8.1% | 3.7% |
| 2002 | $ 40,338 | $ 2,239 | $ 1,046 | 5.6% | 2.6% |
| 2003 | $ 41,024 | $ 809 | $ 422 | 2.0% | 1.0% |
| 2004 | $ 19,905 | $ - | | 0.0% | |
| 2005 | $ 197 | $ - | | 0.0% | |

SOURCE: TOKASHIKI TAX RETURNS

## WAGE DATA:

| YEAR | FICA WAGES | EMP BUS EXP | EMP BUS EXP PCT |
|---|---|---|---|
| 1999 | $ 43,363 | $ 180 | 0.4% |
| 2000 | $ 40,755 | $ 180 | 0.4% |
| 2001 | $ 39,684 | $ 180 | 0.5% |
| 2002 | $ 45,002 | | |
| 2003 | $ 45,083 | | |
| 2004 | $ 19,094 | | |

SOURCE: TOKASHIKI W-2'S AND TAX RETURNS

6 00024

1/5/07 6:11 AM

ANALYSIS FOR TOKASHIKI

| ASSUMPTIONS FOR INCOME LOSS CALCULATION: | | |
|---|---|---|
| | | |
| ANNUAL EARNINGS, IN 2003 $: | $ 45,083 | SOURCE: 2003 W-2 FICA WAGES |
| | | |
| EARNINGS INFLATION, 2003-2004: | 3.31% | SOURCE: HI DBEDT, QRTLY FCRECAST, Q4 2006, DEC 2006 |
| EARNINGS INFLATION, 2004-2005: | 3.78% | |
| EARNINGS INFLATION, POST 2005: | VARIES | SOURCE: SEE INFLATION AND INTEREST RATE TABLE |
| | | |
| | | |
| FEDERAL INCOME TAX RATE: | 8.0% | SOURCE: SEE INCOME TAX DATA TABLE |
| HAWAII INCOME TAX RATE: | 3.0% | SOURCE: SEE INCOME TAX DATA TABLE |
| | | |
| LOST FRINGE BENEFIT ON LOST INCOME: | | |
| EMPLOYER FICA CONTRIBUTION: | 6.2% | SOURCE: STATUTORY FICA RATE |
| LESS EMPLOYEE BUSINESS EXPENSES: | 0.5% | SOURCE: SEE EARNINGS DATA TABLE |
| | | |
| INTEREST RATE FOR DISCOUNTING: | VARIES | SOURCE: SEE INFLATION AND INTEREST RATE TABLE |

Page 1

1/5/07 6:11 AM

## ANALYSIS FOR TOKASHIKI

### INCOME LOSS CALCULATION:

| 1 PERIOD | 2 YEAR | 3 AGE AT END OF PERIOD | 4 LIKELY EARNINGS IN 2003 $ | 5 LIKELY EARNINGS IN CURR $ | 6 ACTUAL EARNINGS IN CURR $ | 7 LOST EARNINGS IN CURR $ | 8 LESS INCOME TAXES | 9 PLUS LOST FRINGE | 10 AFT-TAX LOST EARN IN CURR $ | 11 PRES VAL LOST EARN |
|---|---|---|---|---|---|---|---|---|---|---|
| **PAST** | | | | | | | | | | |
| 1/1 -12/31 | 2004 | 53 | $ 45,083 | $ 46,574 | $ 18,094 | $ 28,480 | $ 2,563 | $ 1,823 | $ 27,540 | $ 27,540 |
| 1/1 -12/31 | 2005 | 54 | $ 45,083 | $ 48,333 | $ - | $ 48,333 | $ 4,350 | $ 2,755 | $ 46,738 | $ 46,738 |
| 1/1 -12/31 | 2006 | 55 | $ 45,083 | $ 49,648 | $ - | $ 49,648 | $ 4,468 | $ 2,830 | $ 48,009 | $ 48,009 |
| | | | | | | | | SUB-TOTAL | | $ 122,287 |
| | | | | | | | | | | |
| **FUTURE** | | | | | | | | | | |
| 1/1 -12/31 | 2007 | 56 | $ 45,083 | $ 51,111 | $ - | $ 51,111 | $ 4,600 | $ 2,913 | $ 49,424 | $ 47,375 |
| 1/1 -12/31 | 2008 | 57 | $ 45,083 | $ 52,386 | $ - | $ 52,386 | $ 4,715 | $ 2,986 | $ 50,857 | $ 46,386 |
| 1/1 -12/31 | 2009 | 58 | $ 45,083 | $ 53,692 | $ - | $ 53,692 | $ 4,832 | $ 3,060 | $ 51,920 | $ 46,456 |
| 1/1 -12/31 | 2010 | 59 | $ 45,083 | $ 55,031 | $ - | $ 55,031 | $ 4,953 | $ 3,137 | $ 53,215 | $ 45,456 |
| 1/1 -12/31 | 2011 | 60 | $ 45,083 | $ 56,403 | $ - | $ 56,403 | $ 5,076 | $ 3,215 | $ 54,542 | $ 44,544 |
| 1/1 -12/31 | 2012 | 61 | $ 45,083 | $ 57,810 | $ - | $ 57,810 | $ 5,203 | $ 3,295 | $ 55,902 | $ 43,851 |
| 1/1 - 6/1 | 2013 | 62.4 | $ 18,785 | $ 24,688 | $ - | $ 24,688 | $ 2,222 | $ 1,407 | $ 23,873 | $ 42,778 |
| | | | | | | | | | | $ 17,466 |
| | | | | | | | | SUB-TOTAL | | $ 287,655 |
| | | | | | | | | TOTAL | | $ 409,942 |

Page 1

1/5/07 6:11 AM

# ANALYSIS FOR TOKASHIKI

| ASSUMPTIONS FOR RETIREMENT INCOME LOSS CALCULATION: | | | |
|---|---|---|---|
| INTENDED RETIREMENT: | | | |
| AGE AT NORMAL RETIREMENT: | | 01-Jun-13 | SOURCE: SEE WORKLIFE EXPECTANCY |
| YEARS OF SERVICE: | | 62.4 | |
| AS OF: 30-Jun-00 | 20.33 | | |
| AS OF INTENDED RETIREMENT: | | 33.25 | SOURCE: ERS, 2000 ANNUAL MEMBER STATEMENT |
| TIMES 1.25%: | | 41.6% | CALCULATED |
| AVERAGE HIGH-THREE: | | $ 56,415 | SOURCE: ERS, RETIREMENT ELIGIBILITY REQUIREMENTS |
| ANNUAL BENEFIT: | | $ 23,451 | SEE INCOME CALCULATION FOR LAST THREE FULL YEARS |
| ANNUAL INCREMENT: | | $ 588 | |
| LIKELY RETIREMENT: | | | |
| AGE AT LIKELY RETIREMENT: | | 06-Jan-08 | SOURCE: ERS, RETIREMENT ELIGIBILITY REQUIREMENTS |
| YEARS OF SERVICE: | | 55.0 | |
| AS OF: 30-Jun-00 | 20.33 | | |
| AS OF LIKELY RETIREMENT: | | 25.85 | SOURCE: ERS, 2000 ANNUAL MEMBER STATEMENT |
| TIMES 1.25%: | | 32.3% | CALCULATED |
| REDUCTION FOR EARLY RETIREMENT: | 42% | 18.7% | SOURCE: ERS, RETIREMENT ELIGIBILITY REQUIREMENTS |
| AVERAGE HIGH-THREE: | | $ 39,860 | CALCULATED |
| ANNUAL BENEFIT: | | $ 7,434 | |
| ANNUAL INCREMENT: | | $ 186 | |
| INCOME TAX (FED ONLY): | | 3.0% | ASSUMES 1/2 THE PRE-RETIREMENT RATE |

Page E

ANALYSIS FOR TOKASHIKI

## RETIREMENT INCOME LOSS CALCULATION:

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| PERIOD | YEAR | AGE AT END OF PERIOD | NORMAL BENEFITS IN CURR $ | LIKELY BENEFITS IN CURR $ | LOST BENEFITS IN CURR $ | LESS INCOME TAXES | AFT-TAX LOST BEN IN CURR $ | PRES VAL AFT-TAX LOST BEN |
| 1/1 -12/31 | 2006 | 55 | | $ 7,620 | $ (7,620) | $ (229) | $ (7,392) | $ (7,392) |
| 1/1 -12/31 | 2007 | 56 | | $ 7,806 | $ (7,806) | $ (234) | $ (7,572) | $ (7,258) |
| 1/1 -12/31 | 2008 | 57 | | $ 7,992 | $ (7,992) | $ (240) | $ (7,752) | $ (7,098) |
| 1/1 -12/31 | 2009 | 58 | | $ 8,178 | $ (8,178) | $ (245) | $ (7,932) | $ (6,945) |
| 1/1 -12/31 | 2010 | 59 | | $ 8,364 | $ (8,364) | $ (251) | $ (8,113) | $ (6,791) |
| 1/1 -12/31 | 2011 | 60 | | $ 8,549 | $ (8,549) | $ (256) | $ (8,293) | $ (6,637) |
| 1/1 -12/31 | 2012 | 61 | | $ 8,735 | $ (8,735) | $ (262) | $ (8,473) | $ (6,484) |
| 1/1 -12/31 | 2013 | 62 | $ 13,680 | $ 8,921 | $ 4,758 | 143 | $ 4,616 | $ 3,377 |
| 1/1 -12/31 | 2014 | 63 | $ 24,037 | $ 9,107 | $ 14,930 | 443 | $ 14,482 | $ 10,130 |
| 1/1 -12/31 | 2015 | 64 | $ 24,623 | $ 9,293 | $ 15,330 | 460 | $ 14,871 | $ 9,945 |
| 1/1 -12/31 | 2016 | 65 | $ 25,210 | $ 9,479 | $ 15,731 | 472 | $ 15,259 | $ 9,757 |
| 1/1 -12/31 | 2017 | 66 | $ 25,796 | $ 9,665 | $ 16,131 | 484 | $ 15,647 | $ 9,427 |
| 1/1 -12/31 | 2018 | 67 | $ 26,382 | $ 9,850 | $ 16,532 | 496 | $ 16,036 | $ 9,103 |
| 1/1 -12/31 | 2019 | 68 | $ 26,968 | $ 10,036 | $ 16,932 | 508 | $ 16,424 | $ 8,784 |
| 1/1 -12/31 | 2020 | 69 | $ 27,555 | $ 10,222 | $ 17,333 | 520 | $ 16,813 | $ 8,472 |
| 1/1 -12/31 | 2021 | 70 | $ 28,141 | $ 10,408 | $ 17,733 | 532 | $ 17,201 | $ 8,167 |
| 1/1 -12/31 | 2022 | 71 | $ 28,727 | $ 10,594 | $ 18,133 | 544 | $ 17,589 | $ 7,868 |
| 1/1 -12/31 | 2023 | 72 | $ 29,313 | $ 10,780 | $ 18,534 | 556 | $ 17,978 | $ 7,577 |
| 1/1 -12/31 | 2024 | 73 | $ 29,900 | $ 10,966 | $ 18,934 | 568 | $ 18,366 | $ 7,293 |
| 1/1 -12/31 | 2025 | 74 | $ 30,486 | $ 11,151 | $ 19,335 | 580 | $ 18,755 | $ 7,017 |
| 1/1 -12/31 | 2026 | 75 | $ 31,072 | $ 11,337 | $ 19,735 | 592 | $ 19,143 | $ 6,748 |
| 1/1 -12/31 | 2027 | 76 | $ 31,658 | $ 11,523 | $ 20,135 | 604 | $ 19,531 | $ 6,487 |
| 1/1 -12/31 | 2028 | 77 | $ 32,245 | $ 11,709 | $ 20,536 | 616 | $ 19,920 | $ 6,234 |
| 1/1 -12/31 | 2029 | 78 | $ 32,831 | $ 11,895 | $ 20,936 | 628 | $ 20,308 | $ 5,988 |
| 1/1 -12/31 | 2030 | 79 | $ 33,417 | $ 12,081 | $ 21,337 | 640 | $ 20,697 | $ 5,750 |
| 1/1 -12/31 | 2031 | 80 | $ 34,004 | $ 12,267 | $ 21,737 | 652 | $ 21,085 | $ 5,519 |
| 1/1 -12/31 | 2032 | 81 | $ 34,590 | $ 8,302 | $ 26,288 | 789 | $ 25,500 | $ 6,289 |
| 1/1 - 8/13 | 2032 | 82 | $ 23,451 | $ 5,658 | $ 17,792 | 534 | $ 17,259 | $ 4,010 |
| | | | | | | | TOTAL | $ 105,339 |

Page F

600028

ANALYSIS FOR TOKASHIKI

1/5/07 6:12 AM

## ASSUMPTIONS FOR RETIREMENT INCOME LOSS CALCULATION:

| | | | | |
|---|---|---|---|---|
| **INTENDED RETIREMENT:** | | | | |
| AGE AT NORMAL RETIREMENT: | | | 62.4 | SOURCE: SEE WORKLIFE EXPECTANCY |
| YEARS OF SERVICE: | | | | |
| AS OF: | 30-Jun-00 | | 01-Jun-13 | |
| AS OF INTENDED RETIREMENT: | | 20.33 | 33.25 | SOURCE: ERS, 2000 ANNUAL MEMBER STATEMENT |
| TIMES 1.25%: | | | 41.6% | CALCULATED |
| AVERAGE HIGH-THREE: | | | $ 56,415 | SOURCE: ERS, RETIREMENT ELIGIBILITY REQUIREMENTS |
| ANNUAL BENEFIT: | | | $ 23,451 | SEE INCOME CALCULATION FOR LAST THREE FULL YEARS |
| ANNUAL INCREMENT: | | | $ 586 | |
| **LIKELY RETIREMENT:** | | | | |
| AGE AT LIKELY RETIREMENT: | | | 55.0 | |
| YEARS OF SERVICE: | | | 06-Jan-05 | SOURCE: ERS, RETIREMENT ELIGIBILITY REQUIREMENTS |
| AS OF: | 30-Jun-00 | | | |
| AS OF LIKELY RETIREMENT: | | 20.33 | 25.85 | SOURCE: ERS, 2000 ANNUAL MEMBER STATEMENT |
| TIMES 1.25%: | | | 32.3% | CALCULATED |
| REDUCTION FOR EARLY RETIREMENT: | | 0% | 32.3% | SOURCE: ERS, RETIREMENT ELIGIBILITY REQUIREMENTS |
| | | | | CALCULATED |
| AVERAGE HIGH-THREE: | | | $ 39,660 | |
| ANNUAL BENEFIT: | | | $ 12,818 | |
| ANNUAL INCREMENT: | | | $ 320 | |
| INCOME TAX (FED ONLY): | | | 3.0% | ASSUMES 1/2 THE PRE-RETIREMENT RATE |

600029

# ANALYSIS FOR TOKASHIKI

## RETIREMENT INCOME LOSS CALCULATION:

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| PERIOD | YEAR | AGE AT END OF PERIOD | NORMAL BENEFITS IN CURR $ | LIKELY BENEFITS IN CURR $ | LOST BENEFITS IN CURR $ | LESS INCOME TAXES | AFT-TAX LOST BEN IN CURR $ | PRES VAL AFT-TAX LOST BEN |
| 1/1 - 12/31 | 2006 | 55 | | $ 13,138 | $ (13,138) | $ (394) | $ (12,744) | $ (12,744) |
| 1/1 - 12/31 | 2007 | 56 | | $ 13,459 | $ (13,459) | $ (404) | $ (13,055) | $ (12,513) |
| 1/1 - 12/31 | 2008 | 57 | | $ 13,779 | $ (13,779) | $ (413) | $ (13,366) | $ (12,239) |
| 1/1 - 12/31 | 2009 | 58 | | $ 14,099 | $ (14,099) | $ (423) | $ (13,676) | $ (11,974) |
| 1/1 - 12/31 | 2010 | 59 | | $ 14,420 | $ (14,420) | $ (433) | $ (13,987) | $ (11,708) |
| 1/1 - 12/31 | 2011 | 60 | | $ 14,740 | $ (14,740) | $ (442) | $ (14,298) | $ (11,443) |
| 1/1 - 12/31 | 2012 | 61 | | $ 15,061 | $ (15,061) | $ (452) | $ (14,609) | $ (11,179) |
| 1/1 - 12/31 | 2013 | 62 | $ 13,680 | $ 15,381 | $ (1,702) | $ (51) | $ (1,651) | $ (1,208) |
| 1/1 - 12/31 | 2014 | 63 | $ 24,037 | $ 15,702 | $ 8,335 | $ 250 | $ 8,085 | $ 5,656 |
| 1/1 - 12/31 | 2015 | 64 | $ 24,623 | $ 16,022 | $ 8,601 | $ 258 | $ 8,343 | $ 5,580 |
| 1/1 - 12/31 | 2016 | 65 | $ 25,210 | $ 16,343 | $ 8,867 | $ 266 | $ 8,601 | $ 5,500 |
| 1/1 - 12/31 | 2017 | 66 | $ 25,796 | $ 16,663 | $ 9,133 | $ 274 | $ 8,859 | $ 5,337 |
| 1/1 - 12/31 | 2018 | 67 | $ 26,382 | $ 16,983 | $ 9,399 | $ 282 | $ 9,117 | $ 5,175 |
| 1/1 - 12/31 | 2019 | 68 | $ 26,968 | $ 17,304 | $ 9,664 | $ 290 | $ 9,375 | $ 5,014 |
| 1/1 - 12/31 | 2020 | 69 | $ 27,555 | $ 17,624 | $ 9,930 | $ 298 | $ 9,632 | $ 4,854 |
| 1/1 - 12/31 | 2021 | 70 | $ 28,141 | $ 17,945 | $ 10,196 | $ 306 | $ 9,890 | $ 4,696 |
| 1/1 - 12/31 | 2022 | 71 | $ 28,727 | $ 18,265 | $ 10,462 | $ 314 | $ 10,148 | $ 4,540 |
| 1/1 - 12/31 | 2023 | 72 | $ 29,313 | $ 18,586 | $ 10,728 | $ 322 | $ 10,406 | $ 4,388 |
| 1/1 - 12/31 | 2024 | 73 | $ 29,900 | $ 18,906 | $ 10,994 | $ 330 | $ 10,664 | $ 4,235 |
| 1/1 - 12/31 | 2025 | 74 | $ 30,486 | $ 19,227 | $ 11,258 | $ 338 | $ 10,922 | $ 4,086 |
| 1/1 - 12/31 | 2026 | 75 | $ 31,072 | $ 19,547 | $ 11,525 | $ 346 | $ 11,180 | $ 3,941 |
| 1/1 - 12/31 | 2027 | 76 | $ 31,658 | $ 19,867 | $ 11,791 | $ 354 | $ 11,437 | $ 3,799 |
| 1/1 - 12/31 | 2028 | 77 | $ 32,245 | $ 20,188 | $ 12,057 | $ 362 | $ 11,695 | $ 3,660 |
| 1/1 - 12/31 | 2029 | 78 | $ 32,831 | $ 20,508 | $ 12,323 | $ 370 | $ 11,953 | $ 3,524 |
| 1/1 - 12/31 | 2030 | 79 | $ 33,417 | $ 20,829 | $ 12,589 | $ 378 | $ 12,211 | $ 3,392 |
| 1/1 - 12/31 | 2031 | 80 | $ 34,004 | $ 21,149 | $ 12,854 | $ 386 | $ 12,459 | $ 3,264 |
| 1/1 - 12/31 | 2032 | 81 | $ 34,590 | $ 14,313 | $ 20,277 | $ 608 | $ 19,668 | $ 4,851 |
| 1/1 - 8/13 | 2032 | 82 | $ 23,451 | $ 9,756 | $ 13,696 | $ 41 | $ 13,284 | $ 3,087 |
| | | | | | | | TOTAL | $ 3,567 |

## LUMP-SUM CALCULATION

| ECONOMIC LOSS, AFTER TAXES: | | |
|---|---|---|
| EARNINGS | $ | 409,942 |
| RETIREMENT BENS | $ | 105,339 |
| TOTAL: | $ | 515,280 |
| | | |
| TAX RATES ON LUMP-SUM: | | |
| FED TAX RATE | 20.7% | SOURCE: IRS STATS OF INCOME BULLETIN, SUMMER 03, PUB 1136 (REV. 09-03 ) TABLE 3 |
| STATE TAX RATE | 8.1% | SOURCE: HAWAII DEPT OF TAX, HI INCOME PATTERNS 2001, OCT 03, TABLE 10 |
| STATE TAX AFTER DEDUCTIBILITY: | 6.4% | |
| | | |
| CALCULATION OF REQUIRED LUMP SUM: | | |
| PRE-TAX LUMP SUM: | $ | 706,910 |
| TAX ON LUMP SUM: | $ | -91,630 |
| AFTER-TAX LUMP-SUM: | $ | 515,280 |

Page 1

LUMP-SUM CALCULATION

| | | | |
|---|---|---|---|
| ECONOMIC LOSS, AFTER TAXES: | | | |
| EARNINGS | $ | 409,942 | |
| RETIREMENT BENS | $ | 3,557 | |
| TOTAL: | $ | 413,509 | |
| | | | |
| TAX RATES ON LUMP-SUM: | | | |
| FED TAX RATE | | 19.8% | SOURCE: IRS STATS OF INCOME BULLETIN, SUMMER 03, PUB 1136 (REV. 09-03), TABLE 3 |
| STATE TAX RATE | | 7.7% | SOURCE: HAWAII DEPT OF TAX, HI INCOME PATTERNS 2001, OCT 03, TABLE 10 |
| STATE TAX AFTER DEDUCTIBILITY: | | 6.2% | |
| | | | |
| CALCULATION OF REQUIRED LUMP SUM: | | | |
| PRE-TAX LUMP SUM: | $ | 558,908 | |
| TAX ON LUMP SUM: | $ | 145,399 | |
| AFTER-TAX LUMP-SUM: | $ | 413,509 | |

Page J

600032

## QUALIFICATIONS OF THE WITNESS

**NAME:**   **Dr. Jack P. Suyderhoud**

**TITLE:**    Professor of Business Economics
College of Business Administration
University of Hawaii at Manoa
2404 Maile Way
Honolulu, Hawaii 96822

**EDUCATION:**

Ph.D., Economics, Purdue University (August 1978)
MS, Economics, Purdue University (December 1972)
B.S. (Cum Laude), Economics and Mathematics, Jamestown College
(May 1971)

**EMPLOYMENT HISTORY:**

Professor (August 1978-present), College of Business Administration, University
of Hawaii, Honolulu.

Acting Dean (July - December, 1999), Associate Dean (1996-2000), College of
Business Administration, University of Hawaii, Honolulu.

Executive Director, Tax Review Commission, State of Hawaii, September 1983-
December 1984.

Visiting Associate Professor, San Jose State University, Department of
Quantitative Methods, Summer 1987.

Adjunct Instructor, Central Michigan University, Hawaii Center, Honolulu, 1980-
1983.

Visiting Assistant Professor, Department of Economics, Purdue University, West
Lafayette, Indiana, 1977-1978.

Assistant Professor, Department of Economics, Eastern Michigan University,
Ypsilanti, Michigan, 1975-1977.

Research Associate, Advisory Commission on Intergovernmental Relations,
Washington, D.C., 1974-1975.

**PROFESSIONAL AFFILIATIONS:**

Academy of International Business, American Economic Association; National
Tax Association (Past Chairman of Intergovernmental Fiscal Relations
Committee); National Association of Forensic Economists; Western Economic

5

b00033

Association; Hawaii Economic Association (Past President); Western Tax Association (Past President).

**TEACHING AND SERVICE AWARDS:**

Business Administration, *Kaizen Service Award* (1993 and 1995). University of Hawaii, *Presidential Citation for Meritorious Teaching* (1992); First Interstate Bank, *Dennis Ching Award for Excellence in Teaching* (1991); Graduate Business Student Association, *Professor of the Year*, winner (1987) and runner-up (1990); College of Business Administration, *Teaching Award* (1988); Executive MBA Student, *Outstanding Professor Award* (1983); College of

**QUALIFIED AS EXPERT WITNESS ON ECONOMIC MATTERS:**

State of Hawaii Circuit Courts on Oahu, Maui, Kauai, and Hawaii.
U.S. District Courts in Hawaii and Orange County, California.
Superior Court, Commonwealth of the Northern Marianas Islands.

**CONSULTING CLIENTS:**

Numerous attorneys for whom I provide expert testimony on economic issues. (On going)

State of Hawaii, Department of Business, Economic Development, and Tourism, Strategic Industries Division, Energy Branch: gasoline prices and price cap policies in Hawaii (2004-2005)

AIG Hawaii: assessment of Hawaii insurance tax credit (1997 and 1999)

American Samoa Government: evaluation of minimum wage statutes (1995)

Hawaii State AFL-CIO: evaluation of state unemployment insurance fund balance adequacy (1991)

Amfac Distribution Comp.: forecasting model for sales. (1991)

Government of Guam: evaluation of tax incentives for economic development. (1989-90)

County of Hawaii Planning Department: economic and government revenue forecasting . (1986-1989, and 1999)

National Education Association, Washington, D.C.: state revenue diversification (1988) and state income taxes (1987).

Hawaii Natural Energy Institute: economics of hydrogen and methanol production from renewable resources (1985-1988); economic analysis of alternate energy, (1980)

6

Pacific Basin Development Council: air transportation economics for U.S. flag
Pacific islands. (1984)

## PUBLICATIONS:
### Refereed journal articles:

Jack P. Suyderhoud, "Ocean Adventures," Case Research Journal, V. 23, No. 3,Summer
2003, pp. 121-128. Reprinted in Cases in Entrepreneurship and Small Business
Management (tentative), Kirk Heriot (Editor), January 2005, Prentice-Hall.

Jack P. Suyderhoud and Lisa A. Chun, "Taxes and the Calculation of Future Medical
Expenses," Journal of Forensic Economics, V. 9, No. 1, Winter 1996, pp. 23-44.

Jack P. Suyderhoud and Richard L. Pollock, "Policy Issues and Employee Choices
Related to State-Local Pension Plans," Western Tax Review, V. 11, No, 1-2, Winter
1995.

Jack P. Suyderhoud, "State-Local Revenue Diversification, Balance, and Fiscal
Performance," Public Finance Quarterly, V. 22, No. 2, April 1994, pp. 168-194.

Jack P. Suyderhoud, Thomas A. Loudat, and Richard L. Pollock, "Cumulative Tax Rates
on the Working Poor; Evidence of a Continuing Poverty Wall," Journal of Economic
Issues, V. 28, No. 1, March 1994, pp. 155-171.

Jack P. Suyderhoud, Richard L. Pollock, and W. Ron Singleton, "Measuring State
Income Tax Expenditures; A Pragmatic View of Income Tax Base Erosion," Public
Budgeting and Financial Management, V. 5, No. 2, 1993, pp. 417-442.

Jack P. Suyderhoud and K.K. Seo, "Tax Design and the Meddling Factor," Public
Budgeting and Finance, V. 12, No. 4, Winter 1992, pp. 35-46.

Richard L. Pollock and Jack P. Suyderhoud, "An Empirical Window on Expectations
Formation," The Review of Economics and Statistics, V. 74, No. 2, May 1992, pp. 320-
324.

Jack P. Suyderhoud, "International Aspects of Public Finance Education," Western Tax
Review, V. 9, No. 1, 1991, pp. 115-132.

Jack P. Suyderhoud and Richard L. Pollock, "Current Versus Ultimate Life Expectancies:
Perceptions and Implications," Journal of Forensic Economics, V. 4, No. 1, 1990, pp.
101-115.

Jack P. Suyderhoud, "Effects of TRA86 on Business Incentives Provided By ASEAN
Countries," Western Tax Review, V. 8, No. 1 (Winter 1990), pp. 206-226.

Jack P. Suyderhoud, "State-Local Revenue Diversification: An Empirical Tempest in a
Teapot," Western Tax Review, V. 7, No. 1 (Winter 1989), pp. 160-181.

Richard L. Pollock and Jack P. Suyderhoud, "The Role of Rainy Day Funds in Achieving
Fiscal Stability," National Tax Journal, V. 34, No. 4, (December 1986), pp. 485-497.

Jack P. Suyderhoud, M. Wali Osmanzai, and Wesley H. Hillendahl, "Are Bank
Economists Bridging the Gap Between Analysis and Corporate Decision Making,"
Business Economics, V. 17, No. 4 (September 1982), pp. 5-10.

John M. Strefeler and Jack P. Suyderhoud, "Piggybacking—A Free Ride With No
Takers," Journal of the American Taxation Association," (Winter 1980), pp. 42-48.

Jack P. Suyderhoud and Michael A. Veseth, "The Effect of Inflation on the Income
Elasticity of Taxes," Public Finance Quarterly, V. 4, No. 3 (July 1976), pp. 323-337.

b00035

**Popular press book chapters:**

Jack P. Suyderhoud, "Government Size", in Randall W. Roth (ed.), The Price of Paradise—Lucky You Live Hawaii?, Mutual Publishing, Honolulu, 1992, pp. 53-56; reprinted in Japanese in, Randall Roth and Hiroyuki Hata (eds.), The Price of Paradise, Yushindo Kobunsha Publishing, Tokyo, 1995, pp. 204-208.

Jack P. Suyderhoud, "Taxing Retirement Income", in Randall W. Roth (ed.), The Price of Paradise—Lucky You Live Hawaii?, Mutual Publishing, Honolulu, 1992, pp. 99-103.

Jack P. Suyderhoud, "Business Taxes", in Randall W. Roth (ed.), The Price of Paradise—Lucky You Live Hawaii?, Mutual Publishing, Honolulu, 1992, pp. 129-133.

**Refereed conference proceedings:**

S.H. Browne, P.K. Takahashi, and J.P. Suyderhoud, "Evaluation of Hydrogen Production Processes," International Renewable Energy Conference Proceedings, Honolulu, September 1988.

Richard L. Pollock and Jack P. Suyderhoud, "The Problems and Prospects of Focusing a State Tax Review," Proceedings of the 78th Annual Conference on Taxation, 1985, National Tax Association - Tax Institute of America.

Jack P. Suyderhoud, "The Role of Risk Assessment in the DSS Evaluation Process," Proceedings of the 16th Annual Hawaii International Conference on System Sciences, 1983, pp. 507-511.

Jack P. Suyderhoud, "A Systematic Approach to Risk Assessment for EDP/MIS/DSS Projects," Proceedings of the 14th Annual Meeting of the American Institute of Decision Sciences, 1982, pp. 174-176.

Jack P. Suyderhoud, D. Richard Neill and Patrick Takahashi, "Real World Economics of Wind Energy," Proceedings of the National Conference of the American Wind Energy Association, 1982.

Jack P. Suyderhoud and John M. Strefeler, "Preferential Treatment of Alternate Energy Sources and Energy Conservation," Proceedings of the 72nd Annual Conference on Taxation, 1979, National Tax Association - Tax Institute of America, pp. 275-293.

**Non-Refereed Conference Papers:**

Jack P. Suyderhoud, "Economic Analysis in Personal Injury," in Proof of Personal Injury Damages in Hawaii, Professional Education Systems, Inc. Eau Claire, Wisconsin, 1990.

Jack P. Suyderhoud, "Hawaii's Energy Economy and Hydrogen Economics," Proceedings of the Third International Symposium on Hydrogen Produced From Renewable Energy, Hawaii Natural Energy Institute, Honolulu, May 1986. (INVITED)

600036

**Jack P. Suyderhoud, Ph.D.**
**Economist**
7149 Kukii Street
Honolulu, Hawaii 96825
Phone 808-395-8031; Fax 808-395-1876


## RATES FOR ECONOMIC CONSULTATION (effective 1/1/07)


Research, Analysis, Communications, Report Preparation:      $285.00 per hour

Deposition Testimony:                                        $310.00 per hour

Court Testimony:                                             $1,500 per 1/2 day

Additional expenses (such as travel and travel time):            extra

## Testimony Provided by Jack Suyderhoud

| Date | Case Name | Retaining Attorney | Pltf/Def | Trial | Depo | Trial Court f=fed; s=state; a=arb | Civil No. |
|---|---|---|---|---|---|---|---|
| 12/5/06 | Meyers v. State of Hawaii | Robyn Kishi | D | X | X | S | 04-1-0253 (3rd Circ) |
| 11/7/06 | Hynson v. JC Penney | Mike Tateishi | P | | X | F | 05-00228 KSC |
| 9/12/06 | Funes v. Mauvais | Richard Rost | P | | X | S | 02-1-0587(3) |
| 8/9/06 | Onishi v. Vaughan | Wes Ichida | P | X | | S | 03-1-0660-03 RWP |
| 6/29/06 | Gervin v. Medeiros | Michael O'Conner | P | X | | S | 02-1-1129-05 |
| 3/14/06 | Lee, Hang Sun | Patrick McTernan | P | | X | F | |
| 3/8/06 | Hopkins v. DOE | Dennis Potts | P | | X | S | |
| 10/20/05 | Barcai v. Betwee | Mike Tateishi | P | X | | S | 92-0874(2) |
| 8/25/05 | Luke v. Matsuo | William Hunt | D | | X | S | 03-1-2007-10 (VSM) |
| 4/5/05 | White v. State Farm | Patricia Wall | D | | | A | 02-1-0367(2) |
| 3/29/05 | Ohashi v. Tomita | Robert Kim | p | | x | s | 02-1-0185K |
| 2/17/05 | Yoshinaga v. Honolulu Advertiser | Gary Okubo | P | | X | S | (03-1-1041-05) |
| 12/22/04 | Bedellion v Straub | Charles Ferrera | P | | X | F | 05-00073 HG BMK |
| 11/24/04 | Kim v. Filleul | Wade Katano | D | | X | S | 02-1-2451-10 (RWP)) |
| 8/25/04 | Yamane (Duong) v Pohlson | Daniel Morris | P | | X | S | 01-1-0940-03 |
| 8/10/04 | Dotson v. Roscoe Moss Hawaii | Michelle Luke | D | X | X | S | 01-1-0628 (3) |
| 8/2/04 | Ibara v. Aloha Tower | D. O'Connor Jr. | D | | X | S | 03-1-000223 (VSM) |
| 7/29/04 | Wendt v. USA | Mike Livingston | P | X | | F | 03-00184 DAE-BMK |
| 6/1/04 | Houser v. Aston Hotels | James Myhre | D | | X | S | 03-00029 SOM LEK |
| 7/9/04 | Nacapuy v. | Ronald Au | P | X | X | S | |
| 4/21/04 | Warhola v. Hartford Underwriters | Wesley Ching | D | X | | A | mediation |
| 4/16/04 | Pulawa v GTE | Ronald Shigekane | D | | X | S | 98-3683-08 DDD |
| 2/18/04 | Kaeo v. Mitsunage | Charles Ferrera | p | | x | | 99-2968-08 |
| 1/14/04 | HonHawaii v. | Howard Glickstein | p | x | x | a | DPR 01-0120-M/A |
| 12/23/03 | Kealoha v. State | Charles Fell | d | | x | | 01-1-0881(3) |
| 10/24/03 | Chan v. Island Movers | Jeffre Juliano | p | | x | s | CV 02-1-1512-06 |
| 10/9/03 | Tahara v Perry | Jay Friedheim | p | x | | s | |

10

Ь00038

| Date / Case | Attorney | Party | | | Type | Number |
|---|---|---|---|---|---|---|
| Flowers v Souse | | | | | | |
| 9/29/03 Brothers | Preston Easley | p | x | | f | 02-00149 SOM-BMK) |
| 8/28/03 Chang v. Tam | Craig Kugisaki | P | | X | s | 01-1-3033-10 (VSM) |
| 8/22/03 Luberts v Moore | Gregg Young | P | | X | s | |
| 6/16/03 Sim v. Mitsubishi | Kevin Yuen | p | x | | f | 00-00667 LEK |
| Weber v. Eco- | | | | | | |
| 6/2/03 Adventures | Howard McPherson | p | | x | f | 02-00596 ACK/BMK |
| 5/7/03 Strausser v. Lowe's | James Krueger | p | | x | f | 01-00726 SOM/KSC |
| Burns v. | | | | | | |
| 4/22/03 UnumProvident | John O'Neill | p | | x | f | 00-00804 BMK |
| 4/1/03 Eida v. Meiji Seika | Jim Dandar | p | | x | f | 02-00055 DAE-KSC |
| 3/18/03 Ochs v. HMSA | Stephen Means | d | | x | s | 01-1-0459(3) |
| 1/22/03 Zanakis v. Emmis | Bruce Voss | d | x | | f | 01-00661 DAE/BMK |
| 12/16/02 Kubeckova | Mark Galagher | p | x | x | s | 00-1-1207-04 (DDD) |
| 12/6/02 Adams | D. Gierlach | p | | | s | 95-0960 (1) |
| 10/11/02 Bayne & Kahakai | Bickerton | p | x | | s | |
| 8/9/02 Maxwell | Preston Easley | p | | x | s | 98-00724 ACK |
| 7/19/02 Granados | Janice Kim | p | | x | s | 99-01/8-01 (RWP) |
| 7/17/02 Ua | Preston Easley | p | | x | f | 00-00654 SPK-LEK |
| 4/5/02 Bosque | J. Kim | p | x | | s | 98-0-002624 |
| 2/4/02 Li (Cai) | C. Bouslog | p | | x | s | 00-1-0152-01(RWP) |
| 1/31/02 McKenzie | G. Ching | d | | x | s | 00-01-147 |
| 11/28/01 Darlington | R. Nishida | d | | x | s | 97-0892(2) |
| 11/28/01 Darlington | R. Nishida | d | | x | s | 97-0892(2) |
| 10/22/01 Hirata | K. Fukunaga | d | | x | s | 00-1-2099-07 GWBC |
| 10/16/01 Richter v Richter | Dewa | d | x | | family ct | |
| 10/01/01 Liwai | L. Phillips | p | | x | s | CV00-00176DAE KSC |
| 09/17/01 Nada | G. Kidani | p | | x | s | 99-0-001336(vsm) |
| 08/29/01 Buscher | S. Masui | p | x | x | s | 99-220K |
| 07/25/01 Ousley | J. Levitt | p | | x | s | |
| 07/24/01 Klink v State | G. Berticevich | p | x | x | s | |
| 07/17/01 Bhakta et al. | A. Phillips | p | x | x | s | 99-0074(1) |
| 06/19/01 Gaylord | Wes Ching | d | | | a | |
| 06/04/01 Thai | V. Carpenter-Asui | p | | x | a | 99-3246-08 |
| 05/17/01 Howard v State | M. Green | p | x | x | s | 98-2818-07(GWBC) |
| 05/15/01 Hoohuli | J. Leavitt | p | x | x | Guam | CV2377-98 |
| 04/26/01 Evans et al v State | M. Green | p | x | x | s | 97-1908-05 |
| 03/08/01 Antone v Kaiser | C. Dias | p | | x | s | 99-1772-04 |
| 03/07/01 Chun | D. Kagawa | p | | x | s | |
| 01/08/01 Mitobe | Parsons | p | | x | s | |
| 12/21/00 Kimura | Epstein | d | | | a | |
| 11/09/00 Dollente | Easley | p | x | | f | |
| 11/02/00 Callender | Ferrer | p | | x | s | 99-0468(2) |
| 10/12/00 LaCuesta/Ibarra | Okamoto | p | | x | | 99-0348(1) |
| 09/12/00 Brown | Akamine | d | | | a | 98-00964ACK |

11

b00039