IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, | ) CIVIL NO. 03-00065 ACK LEK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| v. | ) |
| | ) |
| GEORGE FREITAS, Individually and in his Capacity as the Chief of Police, County of Kauai, JOHN DOES 1-5 and JANE DOES 1-5, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following parties via U.S. Mail, postage prepaid on January 9, 2007:

TO:  JOHN KOMEIJI, ESQ.
     GREGG M. USHIRODA, ESQ.
     KAREN Y. ARIKAWA, ESQ.
     Watanabe, Ing, & Komeiji LLP
     First Hawaiian Center
     999 Bishop Street, 23rd Floor
     Honolulu, Hawaii 96813

     Attorneys for Defendant
     GEORGE FREITAS, individually
     and in his capacity as the
     Chief of Police, County of Kauai

DATED:  Honolulu, Hawaii, January 9, 2007.

_____
CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
JACQUELYN K. TOKASHIKI