ORIGINAL

Watanabe Ing & Komeiji LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI    2498-0
GREGG M. USHIRODA  5868-0
KAREN Y. ARIKAWA   7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: (808) 544-8300
Facsimile No.: (808) 544-8399
Email Address: GUshiroda@wik.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 11 2007

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Attorneys For Defendant
GEORGE FREITAS, JR., Individually
and in his capacity as Chief of Police,
KAUAI COUNTY POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, | CIVIL NO. CV 03-00065 ACK LEK |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5 AND JANE DOES 1-5, | [Re: JACQUELYN K. TOKASHIKI] |
| Defendants. | Trial Date:   09/10/2007 |

03-00065 ACK LEK_20070119_NBR5.doc

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date ___JAN 11 2007___ a true and correct copy of the Notice of Taking Deposition Upon Written Questions dated ___JAN - 9 2007___, was duly served to the following in the manner described below:

Mailed to:

CLAYTON C. IKEI, ESQ.
Law Offices of Clayton C. Ikei
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814
Telephone No: (808) 533-3777

Attorney for Plaintiff
JACQUELYN K. TOKASHIKI

I FURTHER CERTIFY that a copy of the Notice of Taking Deposition and Certificate of Service will be attached to the witness copy of the Subpoena Duces Tecum that will be served upon the following Custodian(s) of Records:

BRANDVOLD AND ASSOCIATES, INC.

DATED: Honolulu, Hawaii, __JAN - 9 2007__

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA

Attorneys For Defendant
GEORGE FREITAS, JR., Individually
and in his capacity as Chief of Police,
KAUAI COUNTY POLICE DEPARTMENT

2