WATANABE ING & KOMEIJI LLP

| | |
|---|---|
| JOHN KOMEIJI | # 2498-0 |
| GREGG M. USHIRODA | #5868-0 |
| KAREN Y. ARIKAWA | # 7684-0 |

First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: 544-8300
Facsimile No.: 544-8399

Attorneys for Defendant George Freitas,
Individually and in his capacity as Chief of Police,
County of Kauai

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI,<br><br>    Plaintiff,<br><br>        v.<br><br>GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5 AND JANE DOES 1-5,<br><br>    Defendants. | CIVIL NO. CV 03 00065 ACK LEK<br><br>CERTIFICATE OF SERVICE<br><br>RE: NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>**(William Renti-Cruz, M.D.)** |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the Notice of Taking Deposition Upon Oral Examination (William Renti-Cruz, M.D.), dated January 17, 2007, will be duly served upon the following party by mailing same, postage prepaid, on this date to their last known address.

I further certify that a copy of the foregoing Certificate of Service dated January 17, 2007, will be duly served electronically through CM/ECF on the following party on January 17, 2007:

        CLAYTON C. IKEI, ESQ.        ccioffice@hawaii.rr.com
        JERRY P.S. CHANG, ESQ.
        1440 Kapiolani Boulevard; Suite 1203
        Honolulu, HI 96814

        Attorneys for Plaintiff

DATED: Honolulu, Hawaii, _____January 17, 2007_____.

                _____/s/ Gregg M. Ushiroda_____
                JOHN KOMEIJI
                GREGG M. USHIRODA
                KAREN Y. ARIKAWA
                Attorneys for Defendant George Freitas,
                Individually and in his capacity as Chief of Police,
                County of Kauai