WATANABE ING & KOMEIJI LLP

JOHN KOMEIJI         # 2498-0
GREGG M. USHIRODA    #5868-0
KAREN Y. ARIKAWA     # 7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: 544-8300
Facsimile No.: 544-8399

Attorneys for Defendant George Freitas,
Individually and in his capacity as Chief of Police,
County of Kauai

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5 AND JANE DOES 1-5,<br><br>　　　　Defendants. | CIVIL NO. CV 03 00065 ACK LEK<br><br>CERTIFICATE OF SERVICE<br><br>RE: NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION<br><br>**(Jack Suyderhoud, Ph.D.)** |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the Notice of Taking Deposition Upon Oral Examination (Jack Suyderhoud, Ph.D.), dated January 17, 2007, will be duly served upon the following party by mailing same, postage prepaid, on this date to their last known address.

I further certify that a copy of the foregoing Certificate of Service dated January 17, 2007, will be duly served electronically through CM/ECF on the following party on January 17, 2007:

>CLAYTON C. IKEI, ESQ.         ccioffice@hawaii.rr.com
>JERRY P.S. CHANG, ESQ.
>1440 Kapiolani Boulevard; Suite 1203
>Honolulu, HI  96814
>
>Attorneys for Plaintiff

DATED: Honolulu, Hawaii, _____January 17, 2007_____.


>_____/s/ Gregg M. Ushiroda_____
>JOHN KOMEIJI
>GREGG M. USHIRODA
>KAREN Y. ARIKAWA
>Attorneys for Defendant George Freitas,
>Individually and in his capacity as Chief of Police,
>County of Kauai