IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, | ) CIVIL NO.  03-00065 ACK LEK |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| v. | ) |
| GEORGE FREITAS, Individually and in his Capacity as the Chief of Police, County of Kauai, JOHN DOES 1-5 and JANE DOES 1-5, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following individuals by U.S. mail, postage prepaid on January 17, 2007:

TO:     JOHN KOMEIJI, ESQ.
        GREGG M. USHIRODA, ESQ.
        KAREN Y. ARIKAWA, ESQ.
        Watanabe, Ing, Kawashima & Komeiji LLP
        First Hawaiian Center
        999 Bishop Street, 23rd Floor
        Honolulu, Hawaii 96813

        Attorneys for Defendant
        GEORGE FREITAS, individually
        and in his capacity as the
        Chief of Police, County of Kauai

\\

\\

\\

\\

\\

\\

CHRISTIANE NAKEA-TRESLER
Kauai County Attorney
Moikeha Building
4444 Rice Street, Suite 220
Lihue, Kauai, Hawaii 96766-1300

Attorney for Defendant County of Kauai

DATED:    Honolulu, Hawaii, January 17, 2007.

_____
CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
JACQUELYN K. TOKASHIKI