IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, | ) CIVIL NO.  03-000065 ACK LEK |
| | ) |
| Plaintiff, | ) DECLARATION OF JERRY P.S. CHANG |
| | ) |
| v. | ) |
| | ) |
| GEORGE FREITAS, Individually and in his Capacity as the Chief of Police, County of Kauai, JOHN DOES 1-5 and JANE DOES1-5, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

### **DECLARATION OF JERRY P.S. CHANG**

I, JERRY P.S. CHANG, hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney licensed in the State of Hawaii and authorized to appear before this Court.  I represent Plaintiff Jacquelyn K. Tokashiki (aka "Jackie Tokashiki") in the above-entitled case.

2.   Exhibit **C** attached hereto is a true and correct copy of a Stipulation filed by and Between Plaintiff and Defendants George Freitas and County of Kauai in <u>Tokashiki v. Freitas et al.</u>, Civil No. 01-1-0086 filed in the Circuit Court of the Fifth Circuit, State of Hawaii.

3.   Exhibit **D** attached is a true and correct copy of a letter dated April 26, 2002 from George Freitas to Jackie Tokashiki regarding termination of her employment.  This letter

was originally submitted as Exhibit "J" to the stipulation which appears at Exhibit **C** above.

4. Exhibit **E** attached hereto is a true and correct copy of the Order Granting Plaintiff's Motion for Issuance of Temporary Restraining Order filed June 3, 2002 in <u>Tokashiki v. Freitas et al.</u>, Civil No. 01-1-0086 filed in the Circuit Court of the Fifth Circuit, State of Hawaii.

5. Exhibit **F** attached hereto is a true and correct copy of Defendant George Freitas' Motion for Partial Summary Judgment on Counts I, II, II (Second Count II), III, IV, V, VII and VIII of the Verified Complaint Filed on May 14, 2002. The Motion was filed on February 25, 2002 in <u>Tokashiki v. Freitas et al.</u>, Civil No. 01-1-0086 filed in the Circuit Court of the Fifth Circuit, State of Hawaii.

6. Exhibit **G** attached hereto is a true and correct copy of an Order Granting Defendant George Freitas' Motion for Partial Summary Judgment filed on February 23, 2003. The order was filed June 17, 2003 in <u>Tokashiki v. Freitas et al.</u>, Civil No. 01-1-0086 filed in the Circuit Court of the Fifth Circuit, State of Hawaii.

7. Exhibit **H** attached hereto is a true and correct copy of This Court's Order Denying Defendant's Motion for Summary Judgment filed in the above-captioned case on March 9, 2004.

8.  Exhibit **I** attached hereto is a true and correct copy of the Declaration of George Freitas dated February 4, 2004 which was filed in the above-captioned case.

9.  Exhibit **N** attached hereto is a true and correct copy of a letter dated May 9, 2002 from former Kauai County attorney Hartwell Blake to Lorna Nishimitsu, Esq., Plaintiff's former legal counsel.  The letter was produced by the Hawaii Government Employee's Association in response to a subpoena issued in the above-entitled case.

DATED: Honolulu, Hawaii January 12, 2007.

_____
JERRY P.S. CHANG