

# AMERICAN
## Savings Bank

\# 7400-400737

May 13, 2004

**Diana D. Simao**
Assistant Vice President
Branch Sales Manager
Lihue Branch

To Whom It May Concern:

March 19, 2004, Jacquelyn Tokashiki applied for an increase of her equity loan.

Jacquelyn indicated that she was terminated and collecting sick leave from the County of Kauai.

Mahalo,

*Diana Simao*
Diana Simao
Branch Manager

9/5/06 -
Please place on file per customer request.
DSimao

4318 Rice Street
P.O. Box 2300
Honolulu, Hawaii 96804-2300
808.632.5023
Fax# 808.632-5010
dsimao@asbhawaii.com

Member FDIC

Exhibit **B**