2002 JUN -5 PM 3: 52

DANETTE FUJII
CLERK

WALTON D. Y. HONG
Attorney-at-Law
A Law Corporation

WALTON D. Y. HONG 890
LORNA A. NISHIMITSU 2291
3135A Akahi Street
Lihue, Hawaii 96766
Telephone:  245-4757

Attorneys for Plaintiff

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAII

| | | |
|---|---|---|
| JACQUELYN K. TOKASHIKI, also known as Jackie Tokashiki, | ) ) ) | CIVIL NO. 02-1-0086 (Injunction) |
| Plaintiff, | ) ) | STIPULATION BY AND BETWEEN PLAINTIFF AND DEFENDANTS |
| vs. | ) ) ) | GEORGE FREITAS AND COUNTY OF KAUAI; EXHIBITS "A" TO "L" |
| GEORGE FREITAS, in his capacity as Chief of Police, County of Kauai, COUNTY OF KAUAI, a political subdivision of the State of Hawaii, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE ENTITIES 1-10 and DOE GOVERNMENTAL UNITS 1-10, | ) ) ) ) ) ) ) ) ) ) ) | Hearing Date:  June 19, 2002 Judge:  GEORGE M. MASUOKA |
| Defendants. | ) ) ) | |

/11se--.jto/

STIPULATION BY AND BETWEEN PLAINTIFF
AND DEFENDANTS GEORGE FREITAS AND COUNTY OF KAUAI


COME  NOW  Plaintiff  JACQUELYN  K.  TOKASHIKI  (hereinafter

"Plaintiff")  and  Defendants  GEORGE  FREITAS,  in  his  capacity  as

Exhibit C

Chief of Police, County of Kauai, and COUNTY OF KAUAI (herein-after "Chief" and "County", respectively), by and through their respective undersigned attorneys, and hereby stipulate to the following for the purposes of expediting the process in the above-entitled cause:

    1.    This Court has jurisdiction over the subject matter of these proceedings.

    2.    The authenticity of Exhibit "A", being Subchapter 3, Article 14 of the Civil Service Commission Rules, County of Kauai.

    3.    The authenticity of Exhibit "B", being the Rules of the Kauai County Police Commission - Rules on Administrative Practice and Procedure.

    4.    The authenticity of Exhibit "C", being the Kauai Police Department Standards of Conduct, attached to General Order 87-06, issued to Plaintiff.

    5.    The authenticity of Exhibit "D", attached hereto and incorporated herewith, which is a Position Description dated July 9, 1981, for Plaintiff's position with the Kauai Police Department.

    6.    The authenticity of Exhibit "E", attached hereto and incorporated herewith, which is a number of annual Job Perfor-

mance Reports for Plaintiff covering 1982, 1984, 1985, 1986, 1995, 1997, 1998, 1999, 2000 and 2002.

7.    The authenticity of Exhibit "F", attached hereto and incorporated herewith, which is Kauai Police Department Personnel Order No. 2001-04 issued August 14, 2001.

8.    The authenticity of Exhibit "G", attached hereto and incorporated herewith, which is a letter dated August 22, 2001 from the Chief to Hartwell Blake, County Attorney.

9.    The authenticity of Exhibit "H", attached hereto and incorporated herewith, which is a letter dated August 23, 2001 from the Chief to Hartwell Blake, County Attorney.

10.    The authenticity of Exhibit "I", attached hereto and incorporated herewith, which is a letter dated August 27, 2001 from Plaintiff to the Police Commission, the Mayor and the County Attorney.

11.    The authenticity of Exhibit "J", attached hereto and incorporated herewith, which is a memorandum dated April 26, 2002 from the Chief terminating Plaintiff from employment.

12.    The authenticity of Exhibit "K", attached hereto and incorporated herewith, which is a letter dated May 15, 2002 from Deputy Chief Wilfred Ihu, for the Chief, to Carolee Kubo, Union Agent for Hawaii Government Employees Association.

13.    The authenticity of Exhibit "L", attached hereto and incorporated herewith, which is a letter dated May 22, 2002 from Malcolm C. Fernandez, Director of Personnel Services, County of Kauai, to Carolee Kubo.

14.    Plaintiff was first employed, in her capacity as Private Secretary for the Chief, Deputy Chief, and Police Commission, on February 1, 1980.

15.    By action taken on August 10, 2001, the Police Commission formally placed the Chief on leave with pay, effective August 13, 2001, pending the investigation of charges against the Chief initiated by unidentified complainants, and was further directed to surrender items issued by the Kauai Police Department, including, but not limited to, weapons, identification and badges.

16.    On the morning of January 7, 2002, the Chief returned to service as Chief of Police of the County of Kauai, and verbally directed Plaintiff to surrender her office key and report to the Administrative and Technical Bureau within the Kauai Police Department.

17.    On the morning of April 26, 2002, the Chief delivered

the letter terminating Plaintiff's employment (<u>see</u> Exhibit "J").

DATED:   Lihue, Kauai, Hawaii,   _June 4, 2002_____.

_____
WALTON D. Y. HONG
LORNA A. NISHIMITSU

Attorneys for Plaintiff

DATED:   Lihue, Kauai, Hawaii,   _June 3, 2002_____.

_____
GALEN T. NAKAMURA
MARGARET HANSON

Attorneys for Defendants GEORGE
FREITAS and COUNTY OF KAUAI

- 5 -