# POLICE DEPARTMENT
## COUNTY OF KAUAI

3060 UMI STREET
LIHUE, HAWAII 96766
TELEPHONE (808) 241-6711
FAX (808) 241-6774

AN EQUAL OPPORTUNITY EMPLOYER
OUR REFERENCE

YOUR REFERENCE



ADDRESS ALL
COMMUNICATIONS TO
GEORGE FREITAS
Chief of Police

April 26, 2002

TO:     MS. JACKIE TOKASHIKI

FROM:   CHIEF GEORGE FREITAS

   You have served as the private, exempt at will Secretary for a number of Kauai Chiefs of Police for nearly twenty-two years. I thank you for the loyal service you provided to me and my predecessors.

   I have determined, however, that it is time to make a change in personnel and to seek someone else to serve as the Chief's private and confidential Secretary. As such, you are being notified that your employment will be terminated effective 31 May 2002.

   Again, I thank you for your previous faithful service and wish you good luck in your future endeavors.

GEORGE FREITAS
Chief of Police

**EXHIBIT J**   Exhibit D