5TH CIRCUIT COURT
STATE OF HAWAII
FILED

2002 JUN -3 AM 8:57

DANETTE FUJII
CLERK

WALTON D. Y. HONG
A Law Corporation

WALTON D. Y. HONG 890
LORNA A. NISHIMITSU 2291
3135A Akahi Street
Lihue, Hawaii 96766
Telephone: 245-4757

Attorneys for Plaintiff

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, also known as Jackie Tokashiki,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE FREITAS, in his capacity as Chief of Police, County of Kauai, COUNTY OF KAUAI, a political subdivision of the State of Hawaii, JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE ENTITIES 1-10 and DOE GOVERNMENTAL UNITS 1-10,<br><br>Defendants. | CIVIL NO. 02-1-0086<br>(Injunction)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER<br><br>Hearing Date: May 23, 2002<br>Judge: GEORGE M. MASUOKA |

/1140et.jto/

**ORDER GRANTING PLAINTIFF'S MOTION
FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER**

THIS matter came on for hearing before the Honorable GEORGE M. MASUOKA, Judge of the above-entitled Court, on Thursday, May 23, 2002 at 1:00 p.m., with Margaret Hanson, Deputy County Attorney, appearing for and on behalf of Defendants GEORGE FREITAS, in his capacity as Chief of Police of the County of

I do hereby certify that this is a full, true and correct copy of the original on file in this office.

Exhibit E

Kauai, and COUNTY OF KAUAI, and Lorna A. Nishimitsu appearing for and on behalf of Plaintiff JACQUELYN K. TOKASHIKI.

After a meeting in chambers with counsel and discussion with counsel, and upon review of the record and files of this case and due consideration of the arguments of counsel with respect thereto, having orally granted Plaintiff's Motion for Issuance of Temporary Restraining Order filed herein on May 16, 2002, this Court has determined that the temporary injunctive relief prayed for by Plaintiff is necessary to preserve the state of affairs involving the propriety of her termination from employment for the following reasons:

1. as an exempt employee, there was no record of the intermediate steps following the notice of termination which could be presented to this Court;

2. Plaintiff's motion for preliminary and permanent injunction has been filed herein and set for hearing, at which time the parties shall be able to fully present such evidence and testimony regarding their respective claims and defenses;

3. a date can be and shall herein be established for this Court to render a meaningful decision on the merits.

IT IS HEREBY ORDERED that Defendants GEORGE FREITAS and COUNTY OF KAUAI are prohibited, restrained and enjoined from doing any of the following:

1. Giving effect to the termination of Plaintiff's employment effective May 31, 2002 pursuant to the letter of April 26, 2002 issued by Defendant GEORGE FREITAS.

2. Processing separation or termination of employment paperwork as to Plaintiff to take effect on May 31, 2002.

3. Preventing Plaintiff from continuing her employment as Private Secretary.

4. Denying Plaintiff any and all benefits and entitlements, including salary, sick leave, disability, worker's compensation and retirement benefits accruing to Plaintiff as Private Secretary.

IT IS FURTHER ORDERED that the parties shall file their respective opening statements covering the facts and law applicable to the case, and a stipulation of basic facts and joint exhibits, on June 12, 2002, and their respective closing statements on June 26, 2002.

THIS ORDER shall continue in full force and effect until July 3, 2002, or until the determination by this Court upon Plaintiff's Motion for Preliminary and Permanent Injunction, scheduled for Wednesday, June 19, 2002 at 9:30 a.m., or such other time and date to which the matter might be continued. The hearing of June 19, 2002, shall be held at 3059 Umi Street, Lihue, Kauai, Hawaii, unless the courtroom is otherwise occupied

for any criminal proceedings, in which event the hearing shall be held at the Koloa Courthouse.

DATED: Lihue, Kauai, Hawaii, ___JUN - 3 2002_____.

(SEAL) _____
JUDGE OF THE ABOVE-ENTITLED COURT

APPROVED AS TO FORM:

_____
MARGARET HANSON
Deputy County Attorney

- 4 -