WATANABE ING KAWASHIMA & KOMEIJI LLP

| | |
|---|---|
| JOHN KOMEIJI | # 2498-0 |
| PATSY H. KIRIO | # 5824-0 |
| DAN KO OBUHANYCH | # 7147-0 |

First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: 544-8300

Attorneys for Defendant George Freitas,
in his capacity as Chief of Police, County of Kauai

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, also known as Jackie Tokashiki,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE FREITAS, in his capacity as Chief of Police, County of Kauai, COUNTY OF KAUAI, a political subdivision of the State of Hawaii, JOHN DOES 1-10, JANE DOES 1-10; DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10, DOE ENTITIES 1-10 and DOE GOVERNMENTAL UNITS 1-10,<br><br>Defendants. | CIVIL NO. 02-1-0086<br>(Injunction)<br><br>**ORDER GRANTING DEFENDANT GEORGE FREITAS' MOTION FOR PARTIAL SUMMARY JUDGMENT, FILED ON FEBRUARY 25, 2003** |

**ORDER GRANTING DEFENDANT GEORGE FREITAS' MOTION FOR
PARTIAL SUMMARY JUDGMENT, FILED ON FEBRUARY 25, 2003**

Defendant George Freitas ("Chief Freitas") filed a Motion for Partial Summary Judgment on Counts I, II, II (Second Count II), III, IV, V, VII and VIII of the Verified Complaint Filed on May 14, 2002, on February 25, 2003. Plaintiff Jacquelyn Tokashiki filed a memorandum in

Exhibit G

opposition to the motion on March 21, 2003 (ex officio), and the motion came on for hearing before the Honorable George M. Masuoka on March 31, 2002 at 1:00 p.m. with John Komeiji appearing on behalf of Chief Freitas and Jerry Chang appearing on behalf of Plaintiff.

The Court, having reviewed and considered the motion, the memoranda in support thereof and in opposition thereto, having heard and considered the arguments of counsel, and being fully apprised of the matters before it, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant George Freitas' Motion for Partial Summary Judgment, filed on February 25, 2003 is GRANTED in all respects.

DATED: Honolulu, Hawaii, _____JUN 17 2003_____.

_____
Judge of the Above-Entitled Court

APPROVED AS TO FORM:

_____
CLAYTON IKEI
JERRY P.S. CHANG
Attorneys for Plaintiff
 JACQUELYN TOKASHIKI

_____
LANI NAKAZAWA
Attorney for Defendant
 COUNTY OF KAUAI

---

*Jacquelyn Tokshiki v George Freitas, et al.*; Civil No. 02-1-0086; ORDER GRANTING DEFENDANT GEORGE FREITAS' MOTION FOR SUMMARY JUDGMENT, FILED ON FEBRUARY 25, 2003