IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, | CIVIL NO. CV 03 00065 ACK LEK |
| Plaintiff, | DECLARATION OF GEORGE FREITAS |
| v. | |
| GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5 AND JANE DOES 1-5, | TRIAL DATE: May 18, 2004 |
| Defendants. | |

## DECLARATION OF GEORGE FREITAS

GEORGE FREITAS hereby declares the following:

1. I have personal knowledge of the matters stated herein, and make such statements under penalty of perjury.

2. I am currently retired. Before retiring, I served as the Chief of Police for the County of Kauai.

3. Jacquelyn Tokashiki was serving as Private Secretary to the Chief of Police, County of Kauai, when I was appointed Chief in 1995. From then until January 2002, I retained Ms. Tokashiki as Private Secretary.

4. Attached as Exhibit E is a true and correct copy of a description of the Private Secretary position held by Ms. Tokashiki.

5. As Chief of Police, I need to be able to rely on my private secretary because she would be entrusted with and have access to confidential and sensitive matters, such as internal

Exhibit I

investigations and other matters involving law enforcement. As such, I need to have absolute trust and confidence in my private secretary. Without such trust, the office of the Chief cannot effectively function.

6. My private secretary must also show respect to me as her supervisor. Showing disrespect to me seriously threatens my authority as Chief and impairs morale as well as my ability to maintain discipline within the department.

7. During the time period of September 2001 through November 2001, I was suspended from my duties as Police Chief based on charges which were not clear to me.

8. I was reinstated after an investigation and returned to duty on January 7, 2002.

9. On January 7, 2002, I assigned Ms. Tokashiki away from my office as I could no longer trust her. She had on a number of occasions demonstrated a lack of loyalty and disrespect to me beginning in 2001 and while I was on leave.

10. On April 26, 2002, after consulting with personnel officers and persons with knowledge of the area, I terminated Ms. Tokashiki as my Private Secretary.

I declare and affirm, under penalty of perjury, that the foregoing is true and correct.

DATED: 5 Feb 04

GEORGE FREITAS