Mayor — Carol K. Hen, Administrative Assistant

# OFFICE OF THE MAYOR

County of Kaua'i, State of Hawai'i
4444 Rice Street, Suite 235, Līhu'e, Hawai'i 96766
TEL (808) 241-6300   FAX (808) 241-6877

May 10, 2004

*rec'd
5/12/2004
1:15 pm
certified
return receipt*

Jacquelyn Tokashiki

Līhu'e, HI 96766

Dear Ms. Tokashiki:

At this time, I write to inform you that your employment with the County of Kaua'i will be terminated effective today.

Thank you for your years of service to the County. We wish you well in your future endeavors.

Sincerely,

*[signature]*

BRYAN J. BAPTISTE

BJP/wcw

# Exhibit J

COUNTY OF KAUAI

## APPLICATION FOR TRANSFER OF VACATION & SICK LEAVE CREDIT OR PAYMENT IN LIEU OF VACATION

| EMPLOYEE NAME (Last, First, MI) | SOCIAL SECURITY NUMBER | EMPLOYEE NUMBER |
|---|---|---|
| TOKASHIKI, Jacquelyn K. | -8917 | 326 |
| DEPARTMENT/DIVISION | | EFFECTIVE DATE OF ACTION |
| MAYOR'S OFFICE | | 05/10/2004 c.o.b. |

☐ Retirement          Bargaining Unit: 63

### SECTION A

REPORTED BY (Check One Block Only):   ☐ DAYS   ☒ HOURS

EMPLOYEE'S LEAVE CREDITS BY DAYS OR HOURS

| | VACATION | SICK |
|---|---|---|
| 1. ACCUMULATED BALANCE REMAINING AS OF DECEMBER 31, 2003 | 680.00 | 1,831.40 |
| 2. LEAVE CREDITS EARNED FROM JANUARY 1, 2004 TO EFFECTIVE DATE OF ACTION | 0.00 | 0.00 |
| 3. LEAVE TAKEN FROM JANUARY 1, 2004 TO EFFECTIVE DATE OF ACTION | 0.00 | 704.00 |
| 4. BALANCE REMAINING TO EFFECTIVE DATE OF ACTION | 680.00 | 1,127.40 |
| 5. MAXIMUM ACCUMULATION ALLOWED AT DECEMBER 31, | | |
| 6. EARNED VACATION IN EXCESS OF MAXIMUM ALLOWED (Refer to Section C) | | |

I HEREBY CONCUR AND ACCEPT THE ABOVE RECORD OF VACATION AND SICK LEAVE.

Signature Not Available
SIGNATURE OF APPLICANT OR AUTHORIZED AGENT

### SECTION B

Pursuant to section §78-23 of the Hawaii Revised Statutes, the undersigned hereby makes application for:

☒ PAYMENT FOR VACATION EARNED AT TERMINATION OF SERVICE

☐ TRANSFER OF VACATION AND SICK LEAVE CREDITS AND/OR THE AMOUNT($) OF VACATION CREDITS
     TO _____
         RECEIVING DEPARTMENT OR STATE AGENCY

APPROVED:

I hereby certify that I will make no further claim for vacation and sick leave against the department from which I am being transferred or against the County of Kauai from which I am being terminated.

_[signature]_
SIGNATURE OF DEPARTMENT HEAD

Signature Not Available
SIGNATURE OF APPLICANT OR AUTHORIZED AGENT

DATE _____   DATE _____

### SECTION C

☐ PAYMENT FOR VACATION IN EXCESS OF MAXIMUM

I hereby certify that I will have no further claim for the above vacation allowance, in excess of the maximum, for which I am being paid.

_____     _____
SIGNATURE OF APPLICANT OR AUTHORIZED AGENT          DATE

I hereby certify in accordance with ____, that due to emergency conditions existing during the preceding calendar year, it was impracticable to allow the above named employee to be granted accumulated vacation lapsed and forfeited at December 31, ____, by reason of such conditions; and that no vacation leave in addition to the amount reported hereon has been allowed or taken by him/her on account of such accumulated vacation.

_____     _____
SIGNATURE OF DEPARTMENT HEAD          DATE

**FOR FINANCE DEPARTMENT USE ONLY**

APPROVED FOR PAYMENT   _[signature]_
                        DIRECTOR OF FINANCE          DATE

ORIGINAL – Finance Department          1st COPY – Employee                                    2nd COPY – Department
                                        3rd COPY – Receiving Department (in case of Transfer)   4th COPY – Retirement System