# COUNTY OF KAUAI
## DEPARTMENT OF PERSONNEL SERVICES
## PAYROLL CERTIFICATION

**DPS USE:**
- ☐ Audit HTE
- ☐ Status Maintenance
- ☐ Status History
- ☐ s. Control
- ☒ Employee History
- ☐ Roster

ISLAND – 4
EMPLOYER – 05

**DEPARTMENT:** 10 POLICE
**DIVISION:** CHIEF'S OFFICE

## PART I: DEMOGRAPHICS

**EMPLOYEE'S NAME (LAST,FIRST,MI):** TOKASHIKI, JACQUELYN K.
**SOCIAL SECURITY NUMBER:** 8917
**EMPLOYEE NUMBER:** 326
**MAILING ADDRESS:** LIHUE, HI 96766
**HOME ADDRESS:**

**MARITAL STATUS:** ☒ SINGLE  ☐ MARRIED
**SEX:** ☐ MALE  ☒ FEMALE
**DATE OF BIRTH:** 01/07/1951
**PHONE NUMBER – HOME:**
**PHONE NUMBER – WORK:**

## PART II: STATUS/POSITION

**EXPENSE DISTRIBUTION (ACCT FUND-DEPT/DIV-ACCT.ELE/OBJ):**
001-10-01-551.01-01   100.00%    - - - . -   %    - - - . -   %

**NEW CLASS TITLE:** PRIVATE SECRETARY
**AUTH. NO.:** E24
**POSITION CLASS NO.:** 1150
**GRADE:** SR-20/320
**STEP:** I/9
**HOURLY RATE:** $21.15
**MONTHLY:** $3,666.00
**ANNUAL:** $43,992.00

**FORMER CLASS TITLE:**
**GRADE:** **STEP:** **HOURLY RATE:** **MONTHLY:** **AUTH. NO.:** **POSITION CLASS NO.:** **ANNUAL:**

**DATE OF HIRE:** 02/01/1980
☒ FULL TIME  ☐ PART TIME
**EFF DATE OF ACTION:** 05/31/2002

**TOTAL SVC DATE:** 02/01/1980
**SCHEDULED HOURS:** MF
**ADD PAY CODE:**  **AMOUNT:**  **HOW PAID:**  **2ⁿᵈ SHIFT:**

**ADJ STEP MVMT DATE:** 08/02/1982
**HLTH FUND BU:** 63 EXCLUDED (03)
**ADD PAY CODE:**  **AMOUNT:**  **HOW PAID:**  **3ʳᵈ SHIFT:**

**NEXT STEP MVMT DATE:** 08/02/2000
**BU CODE:** 3B BU03 CONTR/EXCL
**ADD PAY CODE:**  **AMOUNT:**  **HOW PAID:**  **4ᵗʰ SHIFT:**

## PART III: MISCELLANEOUS INFORMATION

**ETHNIC CODE:** E (Japanese)
**U.S. CITIZEN:** YES ☒  NO ☐
**LIMITED ENGLISH:** YES ☐  NO ☒
**VETERAN:** YES ☐  NO ☐
**EEO FUNCTION:** 04 POL PROT
**EEO CATEGORY:** 06 OFC/CL

**ERS CODE:** 3C
**EDUCATION:**
**DRIVER'S LICENSE TYPE:**
**DRIVER'S LICENSE NUMBER:**
**EXPIRATION DATE:**

**TYPE OF APPOINTMENT:**
PROBATIONARY
- ☐ Initial
- ☐ New
- ☐ Provisional
- ☒ Exempt
- ☐ Elected
- ☐ Short Term

LIMITED TERM APPTMNT:
- ☐ From Eligible List
- ☐ Outside Elig. List
- ☐ Permanent

PERSONAL SVC
- ☐ Contract
- ☐ Temporary
- ☐ Other

**BASIS OF CHANGE:**
- ☐ Class Retitled
- ☐ Correction
- ☐ Demotion
- ☐ Increment
- ☐ Lv. Of Absence/Auth
- ☐ Lv. Of Absence/Unauth
- ☐ Longevity
- ☐ Pay Increase
- ☐ Promotion
- ☐ Reallocation
- ☐ Reinstatement
- ☐ Repricing
- ☐ Rescind
- ☒ Separation
- ☐ Suspension
- ☐ Transfer
- ☐ Other:

**SEPARATION TYPE:**
- ☐ Death
- ☒ Dismissal
- ☐ Layoff
- ☐ Lv More Than 12Months
- ☐ Resignation
- ☐ Retirement
- ☐ Termin. Contract
- ☐ Termin. Appt.
- ☐ Other

**REMARKS:** ☐ AMENDED

Dismissal at the close of business on 05/31/2002. Refer to Chief George Freitas' letter dated 04/26/2002.

**ACCRUALS:**
☒ COMP TIME   ☒ VACATION RG - REG 14HR   ☒ SICK LV RG - REG 14HR   ☐ MILITARY LV

**APPOINTING AUTHORITY APPROVAL:** I certify that, to the best of my knowledge, the personnel action(s) shown above have been taken in compliance with the laws and rules governing Civil Service Classification and Compensation for employees of the County of Kauai, and I approve of the action(s) herein.

**DEPARTMENT HEAD:** George Freitas
**DATE:** 05/10/2002

**CERTIFICATION BY DEPARTMENT OF PERSONNEL SERVICES:** The above appointment, salary change, or separation is in conformity with the provisions of the Civil Service and Compensation Laws and the rules, regulations, and orders thereunder.

**DIRECTOR OF PERSONNEL SERVICES:** [signature]
**DATE:** 5/21/02

MAY 20 2002
COUNTY OF KAUAI
PERSONNEL SERVICES

ORIGINAL - Personnel Services   COPY 2 - Finance Department   COPY 4 - Employee
COPY 1 - Retirement System   COPY 3 - Appointing Authority   COPY 5 - Personnel Services

**Semi-monthly rate:** $1,833.00
**Other:**

DPS-1 (REVISED 09/99)

Exhibit K

5240384