| DEPARTMENT OF PERSONNEL SERVICES PAYROLL CERTIFICATION | ☐ Audit HTE<br>☐ Status Maintenance<br>☐ Status History | ☐ Pos. Control<br>☐ Employee History<br>☐ Roster | ISLAND – 4<br>EMPLOYER - 05 |
|---|---|---|---|

| DEPARTMENT: | DIVISION: |
|---|---|
| 10 POLICE | CHIEF'S OFFICE |

## PART I: DEMOGRAPHICS

| EMPLOYEE'S NAME (LAST, FIRST, MI) | SOCIAL SECURITY NUMBER: | EMPLOYEE NUMBER: |
|---|---|---|
| TOKASHIKI, JACQUELYN K. | 8917 | 326 |

| MAILING ADDRESS: | HOME ADDRESS: |
|---|---|
| LIHUE, HI 96766 | |

| MARITAL STATUS: | SEX: | DATE OF BIRTH: | PHONE NUMBER – HOME: | PHONE NUMBER – WORK: |
|---|---|---|---|---|
| ☒ SINGLE ☐ MARRIED | ☐ MALE ☒ FEMALE | 01/07/1951 | | |

## PART II: STATUS/POSITION

| EXPENSE DISTRIBUTION (ACCT FUND-DEPT/DIV-ACCT.ELE/OBJ) |
|---|
| 001-10-01-551.01-01  100.00%  ---.- %  ---.- % |

| NEW CLASS TITLE: | AUTH. NO.: | POSITION CLASS NO.: |
|---|---|---|
| PRIVATE SECRETARY | E24 | 1150 |

| GRADE: | STEP: | HOURLY RATE: | MONTHLY: | ANNUAL: |
|---|---|---|---|---|
| SR-20/320 | I/9 | $21.15 | $3,666.00 | $43,992.00 |

| FORMER CLASS TITLE: | AUTH. NO.: | POSITION CLASS NO.: |
|---|---|---|
| | | |

| GRADE: | STEP: | HOURLY RATE: | MONTHLY: | ANNUAL: |
|---|---|---|---|---|
| | | | | |

| DATE OF HIRE: | ☒ FULL TIME ☐ PART TIME | EFF DATE OF ACTION: |
|---|---|---|
| 02/01/1980 | | 05/31/2002 |

| TOTAL SVC DATE: | SCHEDULED HOURS: | ADD PAY CODE: | AMOUNT: | HOW PAID: | 2nd SHIFT: |
|---|---|---|---|---|---|
| 02/01/1980 | MF | | | | |

| ADJ STEP MVMT DATE: | HLTH FUND BU: | ADD PAY CODE: | AMOUNT: | HOW PAID: | 3rd SHIFT: |
|---|---|---|---|---|---|
| 08/02/1982 | 63 EXCLUDED (03) | | | | |

| NEXT STEP MVMT DATE: | BU CODE: | ADD PAY CODE: | AMOUNT: | HOW PAID: | 4th SHIFT: |
|---|---|---|---|---|---|
| 08/02/2000 | 3B BU03 CONTR/EXCL | | | | |

## PART III: MISCELLANEOUS INFORMATION

| ETHNIC CODE: | U.S. CITIZEN: | LIMITED ENGLISH | VETERAN | EEO FUNCTION: | EEO CATEGORY: |
|---|---|---|---|---|---|
| E (Japanese) | YES ☒ NO ☐ | YES ☐ NO ☒ | YES ☐ NO ☐ | 04 POL PROT | 06 OFC/CL |

| ERS CODE: | EDUCATION: | DRIVER'S LICENSE TYPE: | DRIVER'S LICENSE NUMBER: | EXPIRATION DATE: |
|---|---|---|---|---|
| 3C | | | | |

**TYPE OF APPOINTMENT:**

PROBATIONARY
☐ Initial
☐ New

☐ Provisional
☒ Exempt
☐ Elected
☐ Short Term

*PERSONAL SVC*
☐ Contract
☐ Temporary
☐ Other

LIMITED TERM APPTMNT:
☐ From Eligible List
☐ Outside Elig. List

☐ Permanent

**BASIS OF CHANGE:**

☐ Class Retitled       ☐ Longevity           ☐ Rescind
☐ Correction           ☐ Pay Increase        ☒ Separation
☐ Demotion             ☐ Promotion           ☐ Suspension
☐ Increment            ☐ Reallocation        ☐ Transfer
☐ Lv. Of Absence/Auth  ☐ Reinstatement       ☐ Other:
☐ Lv. Of Absence/Unauth ☐ Repricing

**SEPARATION TYPE:**
☐ Death          ☐ Lv More Than 12Months   ☒ Termin. Appt.
☐ Dismissal      ☐ Resignation              ☐ Other
☐ Layoff         ☐ Retirement
                 ☐ Termin. Contract

REMARKS: ☐ AMENDED

CORRECTION PC - Termination at the close of business on 05/31/2002. Refer to Chief George Freitas' letter dated 04/26/2002.

ACCRUALS:
☒ COMP TIME    ☒ VACATION RG - REG 14HR    ☒ SICK LV RG - REG 14HR    ☐ MILITARY LV

| APPOINTING AUTHORITY APPROVAL | DEPARTMENT HEAD: | DATE: |
|---|---|---|
| I certify that, to the best of my knowledge, the personnel action(s) stated above have been taken in compliance with the provisions of the Laws and Rules governing Civil Service Classification and Compensation for employees of the County of Kauai, and approve of the action herein. | [signature] | 06/03/2002 |

| CERTIFICATION BY DEPARTMENT OF PERSONNEL SERVICES | DIRECTOR OF PERSONNEL SERVICES: | DATE: |
|---|---|---|
| The above appointment, in-service change, or separation is in accordance with the Civil Service and Compensation Laws and the rules, regulations, and orders thereunder. | [signature] | 6/10/02 |

ORIGINAL - Personnel Services    COPY 2 Finance Department    COPY 4 Employee
COPY 1 - Retirement System        COPY 3 Appointing Authority  COPY 5 Personnel Services

Semi-monthly rate: $1,833.00
Other:

COUNTY OF KAUAI
PERSONNEL SERVICES

5240383

Exhibit L