# COUNTY OF KAUAI
## DEPARTMENT OF PERSONNEL SERVICES
## PAYROLL CERTIFICATION

**DPS USE:** ☐ Audit HTE  ☐ Status Maintenance  ☐ Status History
☐ Pos. Control  ☐ Employee History  ☐ Roster

**ISLAND** – 4
**EMPLOYER** - 05

**DEPARTMENT:** 10 POLICE
**DIVISION:** CHIEF'S OFFICE

## PART I: DEMOGRAPHICS

**EMPLOYEE'S NAME (LAST, FIRST, MI):** TOKASHIKI, JACQUELYN K.
**SOCIAL SECURITY NUMBER:** 8917
**EMPLOYEE NUMBER:** 326

**MAILING ADDRESS:** LIHUE, HI 96766
**HOME ADDRESS:**

**MARITAL STATUS:** ☒ SINGLE  ☐ MARRIED
**SEX:** ☐ MALE  ☒ FEMALE
**DATE OF BIRTH:** 01/07/1951
**PHONE NUMBER – HOME:**
**PHONE NUMBER – WORK:**

## PART II: STATUS/POSITION

**EXPENSE DISTRIBUTION (ACCT FUND-DEPT/DIV-ACCT.ELE/OBJ):** 001-10-01-551.01-01  100.00%

**NEW CLASS TITLE:** PRIVATE SECRETARY
**AUTH. NO.:** E24
**POSITION CLASS NO.:** 1150
**GRADE:** SR-20/320  **STEP:** I/9  **HOURLY RATE:** $21.15  **MONTHLY:** $3,666.00  **ANNUAL:** $43,992.00

**FORMER CLASS TITLE:**
**GRADE:**  **STEP:**  **HOURLY RATE:**  **MONTHLY:**  **ANNUAL:**

**DATE OF HIRE:** 02/01/1980  ☒ FULL TIME  ☐ PART TIME
**EFF DATE OF ACTION:** 05/31/2002
**TOTAL SVC DATE:** 02/01/1980
**SCHEDULED HOURS:** MF
**ADJ STEP MVMT DATE:** 08/02/1982
**HLTH FUND BU:** 63 EXCLUDED (03)
**NEXT STEP MVMT DATE:** 08/02/2000
**BU CODE:** 3B BU03 CONTR/EXCL

## PART III: MISCELLANEOUS INFORMATION

**ETHNIC CODE:** E (Japanese)
**U.S. CITIZEN:** YES ☒ NO ☐
**LIMITED ENGLISH:** YES ☐ NO ☒
**VETERAN:** YES ☐ NO ☐
**EEO FUNCTION:** 04 POL PROT
**EEO CATEGORY:** 06 OFC/CL
**ERS CODE:** 3C
**EDUCATION:**
**DRIVER'S LICENSE TYPE:**  **DRIVER'S LICENSE NUMBER:**  **EXPIRATION DATE:**

**TYPE OF APPOINTMENT:**
PROBATIONARY: ☐ Initial  ☐ New
☐ Provisional  ☒ Exempt  ☐ Elected  ☐ Short Term
LIMITED TERM APPTMNT: ☐ From Eligible List  ☐ Outside Elig. List
PERSONAL SVC: ☐ Contract  ☐ Temporary
☐ Other
☐ Permanent

**BASIS OF CHANGE:**
☐ Class Retitled  ☐ Longevity  ☐ Rescind
☐ Correction  ☐ Pay Increase  ☒ Separation
☐ Demotion  ☐ Promotion  ☐ Suspension
☐ Increment  ☐ Reallocation  ☐ Transfer
☐ Lv. Of Absence/Auth  ☐ Reinstatement  ☒ Other: Cancel PC
☐ Lv. Of Absence/Unauth  ☐ Repricing

**SEPARATION TYPE:**
☐ Death  ☐ Lv More Than 12 Months  ☐ Termin. Appt.
☐ Dismissal  ☐ Resignation  ☐ Other
☐ Layoff  ☐ Retirement  ☐ Termin. Contract

**REMARKS:** ☐ AMENDED

CANCEL PC pursuant to Court Order, Civil No. 02-1-0086.
Termination at the close of business on 05/31/2002. Refer to Chief George Freitas' letter dated 04/26/2002.

**ACCRUALS:** ☒ COMP TIME  ☒ VACATION RG - REG 14HR  ☒ SICK LV RG - REG 14HR  ☐ MILITARY LV

**APPOINTING AUTHORITY APPROVAL:**
I certify that, to the best of my knowledge, the personnel decision(s) taken is in compliance with the provisions of the Laws and Rules governing Civil Service, Classification, and Compensation for employees of the County of Kauai and approve the action herein.

**DEPARTMENT HEAD:** [signature] Wilfred Ihu
**DATE:** 06/03/2002

**CERTIFICATION BY DEPARTMENT OF PERSONNEL SERVICES:**
The above appointment, in-service change, or separation is in accordance with the provisions of the Civil Service and Compensation Laws and the rules, regulations, and orders thereunder.

**DIRECTOR OF PERSONNEL SERVICES:** [signature] Malcolm C. Fernandez
**DATE:** 6/10/02

ORIGINAL - Personnel Services   COPY 2 Finance Department   COPY 4 Employee
COPY 1 - Retirement System   COPY 3 Appointing Authority   COPY 5 Personnel Services

Semi-monthly rate: $1,833.00
Other:

DPS-1 (REVISED 09/99)

[Stamp: COUNTY OF KAUAI PERSONNEL SERVICES]

5240382

Exhibit M