IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, | ) CIVIL NO. 03-00065 ACK LEK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| v. | ) |
| | ) |
| GEORGE FREITAS, Individually and in his Capacity as the Chief of Police, County of Kauai, JOHN DOES 1-5 and JANE DOES 1-5, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following individuals by U.S. mail, postage prepaid on January 17, 2007:

TO:    JOHN KOMEIJI, ESQ.
       GREGG M. USHIRODA, ESQ.
       KAREN Y. ARIKAWA, ESQ.
       Watanabe, Ing, Kawashima & Komeiji LLP
       First Hawaiian Center
       999 Bishop Street, 23rd Floor
       Honolulu, Hawaii 96813

       Attorneys for Defendant
       GEORGE FREITAS, individually
       and in his capacity as the
       Chief of Police, County of Kauai

\\

\\

\\

\\

\\

\\

```
                CHRISTIANE NAKEA-TRESLER
                Kauai County Attorney
                Moikeha Building
                4444 Rice Street, Suite 220
                Lihue, Kauai, Hawaii 96766-1300

                Attorney for Defendant County of Kauai

DATED:   Honolulu, Hawaii, January 17, 2007.


                _____
                CLAYTON C. IKEI
                JERRY P.S. CHANG

                Attorneys for Plaintiff
                JACQUELYN K. TOKASHIKI
```

-2-