382364
WATANABE ING & KOMEIJI LLP
JOHN KOMEIJI          # 2498-0
GREGG M. USHIRODA     #5868-0
KAREN Y. ARIKAWA      # 7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: 544-8300
Facsimile No.: 544-8399

Attorneys for Defendant George Freitas,
Individually and in his capacity as Chief of Police,
County of Kauai

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, <br><br> Plaintiff, <br><br> v. <br><br> GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5 AND JANE DOES 1-5, <br><br> Defendants. | CIVIL NO. CV 03 00065 ACK LEK <br><br> CERTIFICATE OF SERVICE <br><br> (Byron Eliashoff, M.D.) |

CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2007, a true and correct copy of the Notice of Taking Deposition Upon Oral Examination (Byron Eliashoff, M.D.) was duly served by U.S. Mail, postage prepaid, to the attorneys identified below at their last known address:

CLAYTON C. IKEI, ESQ.
JERRY P.S. CHANG, ESQ.
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814

Attorneys for Plaintiff

DATED: Honolulu, Hawaii, January 26, 2007.

          /s/ Gregg M. Ushiroda
JOHN KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA
Attorneys for Defendant George Freitas,
Individually and in his capacity as Chief of Police,
County of Kauai