# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/29/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-00065ACK-LEK |
| CASE NAME: | Jacquelyn K. Tokashiki vs. George Freitas, et al. |
| ATTYS FOR PLA: | Clayton C. Ikei |
| ATTYS FOR DEFT: | John Komeiji<br>Gregg M. Ushiroda |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 01/29/2007 | TIME: | 1:30-2:00 |

COURT ACTION:  EP: Settlement Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager