ORIGINAL

383130.1
WATANABE ING & KOMEIJI LLP

JOHN KOMEIJI          # 2498-0
GREGG M. USHIRODA     # 5868-0
KAREN Y. ARIKAWA      # 7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: 544-8300
Facsimile No.: 544-8399
E-mail address: karikawa@wik.com

Attorneys for Defendant
George Freitas, Individually and
in his capacity as Chief of Police,
County of Kauai

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 3 1 2007

at 3 o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, <br><br> Plaintiff, <br><br> v. <br><br> GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5 AND JANE DOES 1-5, <br><br> Defendants. | CIVIL NO. CV 03 00065 ACK LEK <br><br> AMENDED CERTIFICATE OF SERVICE <br><br> [RE: DEFENDANT GEORGE FREITAS' AMENDED EX PARTE MOTION TO FILE UNDER SEAL EXHIBIT "C" ATTACHED TO HIS CONCISE STATEMENT OF FACTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT] <br><br> JUDGE: Honorable Alan C. Kay <br> TRIAL: April 24, 2007 |

## AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of *DEFENDANT GEORGE FREITAS' AMENDED EX PARTE MOTION TO FILE UNDER SEAL EXHIBIT "C" ATTACHED TO HIS CONCISE STATEMENT OF FACTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT,* dated January 30, 2007, was duly served upon the following individuals by depositing the same in the U.S. Mail, postage prepaid on January 31, 2007:

> CLAYTON C. IKEI, ESQ.
> JERRY P.S. CHANG, ESQ.
> 1440 Kapiolani Boulevard, Suite 1203
> Honolulu, Hawaii 96814
>
> Attorneys for Plaintiff
> JACQUELYN K. TOKASHIKI

DATED: Honolulu, Hawaii, January 31, 2007.

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA
Attorneys for Defendant
George Freitas, Individually and
in his capacity as Chief of Police,
County of Kauai