ORIGINAL

CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI           1260
JERRY P.S. CHANG          6671
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814
Telephone: (808) 533-3777
Facsimile: (808) 521-7245
Email: CCIOffice@hawaii.rr.com

Attorneys for Plaintiff
JACQUELYN K. TOKASHIKI

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 2007

at 11 o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, | CIVIL NO. 03-00065 ACK LEK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | (RE: PLAINTIFF'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION [MALCOLM FERNANDEZ]) |
| GEORGE FREITAS, Individually and in his Capacity as the Chief of Police, County of Kauai, JOHN DOES 1-5 and JANE DOES 1-5, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiff's Notice of Taking Deposition Upon Oral Examination [Malcolm Fernandez] was duly served upon the following parties at their last known addresses via U.S. Mail, postage prepaid, on February 1, 2007:

\
\

TO:  CHRISTIANE NAKEA-TRESLER, ESQ.
     Kauai County Attorney
     MARK A. VICKNAIR
     Deputy County Attorney
     4444 Rice Street, Suite 220
     Lihue, Hawaii 96766

     Attorneys for MALCOLM FERNANDEZ

     JOHN T. KOMEIJI, ESQ.
     GREGG M. USHIRODA, ESQ.
     Watanabe Ing & Komeiji
     999 Bishop Street, 23rd Floor
     Honolulu, Hawaii 96813

     Attorney for Defendant GEORGE FREITAS

DATED: Honolulu, Hawaii, February 1, 2007.

                                            CLAYTON C. IKEI
                                            JERRY P.S. CHANG

                                            Attorneys for Plaintiff
                                            JACQUELINE K. TOKASHIKI