WATANABE ING & KOMEIJI LLP

JOHN KOMEIJI          # 2498-0
GREGG M. USHIRODA     # 5868-0
KAREN Y. ARIKAWA      # 7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: 544-8300
Facsimile No.: 544-8399
E-mail address: karikawa@wik.com

Attorneys for Defendant
George Freitas, Individually and
in his capacity as Chief of Police,
County of Kauai

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5 AND JANE DOES 1-5,<br><br>Defendants. | CIVIL NO. CV 03 00065 ACK LEK<br><br>**CERTIFICATE OF SERVICE**<br><br>**[RE: NOTICE OF TAKING JACQUELYN K. TOKASHIKI'S DEPOSITION UPON ORAL EXAMINATION]**<br><br>TRIAL: April 24, 2007 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the *Notice of Taking Jacquelyn K. Tokashiki's Deposition Upon Oral Examination*, dated February 5, 2007, was duly served upon the following individuals at their last known address on February 5, 2007:

CLAYTON C. IKEI, ESQ.
JERRY P.S. CHANG, ESQ.
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814

Attorneys for Plaintiff
JACQUELYN K. TOKASHIKI


DATED: Honolulu, Hawaii, February 5, 2007.


                  /s/ Gregg M. Ushiroda
                JOHN T. KOMEIJI
                GREGG M. USHIRODA
                KAREN Y. ARIKAWA
                Attorneys for Defendant
                George Freitas, Individually and
                in his capacity as Chief of Police,
                County of Kauai

Jacquelyn K. Tokashiki, Plaintiff vs. George Freitas, et al.,
Defendants; Civil No. CV 03-00065 ACK LEK; Certificate of Service

- 2 -