ORIGINAL

Watanabe Ing & Komeiji LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI     2498-0
GREGG M. USHIRODA   5868-0
KAREN Y. ARIKAWA    7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: (808) 544-8300
Facsimile No.: (808) 544-8399
Email Address: GUshiroda@wik.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 8 2007

at 9 o'clock and 18 min A M
SUE BEITIA, CLERK

Attorneys For Defendant
GEORGE FREITAS, JR., Individually
and in his capacity as
Chief of Police, County of Kauai

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, | CIVIL NO. CV 03-00065 ACK LEK |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5 AND JANE DOES 1-5, | [Re: JACQUELYN K. TOKASHIKI] |
| Defendants. | Trial Date:   04/24/2007 |

03-00065 ACK LEK_20070221_NBR1.doc

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date ___FEB - 9 2007___
a true and correct copy of the Notice of Taking Deposition Upon
Written Questions dated ___FEB - 7 2007___, was duly served to
the following in the manner described below:

Mailed to:

CLAYTON C. IKEI, ESQ.
JERRY P. S. CHANG, ESQ.
Law Offices of Clayton C. Ikei
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814
Telephone No: (808) 533-3777

Attorneys for Plaintiff
JACQUELYN K. TOKASHIKI

I FURTHER CERTIFY that a copy of the Notice of Taking Deposition and Certificate of Service will be attached to the witness copy of the Subpoena Duces Tecum that will be served upon the following Custodian(s) of Records:

VOCATIONAL MANAGEMENT CONSULTANTS, INC.

DATED: Honolulu, Hawaii, _____FEB - 7 2007_____

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA

Attorneys For Defendant
GEORGE FREITAS, JR., Individually
and in his capacity as
Chief of Police, County of Kauai