ORIGINAL

382845.1
WATANABE ING & KOMEIJI LLP

JOHN KOMEIJI         # 2498-0
GREGG M. USHIRODA    # 5868-0
KAREN Y. ARIKAWA     # 7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: 544-8300
Facsimile No.: 544-8399
E-mail address: karikawa@wik.com

Attorneys for Defendant
George Freitas, Individually and
in his capacity as Chief of Police,
County of Kauai

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 14 2007

at ____ o'clock and ____ min. ___M
SUE BEITIA, CLERK

LODGED

JAN 31 2007
10:40 AM
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5 AND JANE DOES 1-5,<br><br>Defendants. | CIVIL NO. CV 03 00065 ACK LEK<br><br>DEFENDANT GEORGE FREITAS' AMENDED EX PARTE MOTION TO FILE UNDER SEAL EXHIBIT "C" ATTACHED TO HIS CONCISE STATEMENT OF FACTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF EX PARTE MOTION; DECLARATION OF KAREN Y. ARIKAWA; EXHIBITS "A" - "B"; ORDER GRANTING DEFENDANT GEORGE FREITAS' AMENDED EX PARTE MOTION TO FILE UNDER SEAL EXHIBIT "C" ATTACHED TO HIS CONCISE STATEMENT OF FACTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT; CERTIFICATE OF SERVICE<br><br>JUDGE: Honorable Alan C. Kay<br>TRIAL: April 24, 2007 |

PROPOSED ORDER

**DEFENDANT GEORGE FREITAS' AMENDED EX PARTE MOTION TO FILE UNDER SEAL EXHIBIT "C" ATTACHED TO HIS CONCISE STATEMENT OF FACTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**

Comes now Defendant GEORGE FREITAS (hereinafter referred to as "Defendant"), by and through his attorneys, WATANABE ING & KOMEIJI LLP, and hereby moves this Honorable Court, ex parte, for an Order Granting Defendant George Freitas' Amended Motion To File Under Seal Exhibit "C" Attached to His Concise Statement of Facts In Support Of His Motion For Summary Judgment, filed on November 27, 2006.

This ex parte motion is brought pursuant to Rule 7 of the Federal Rules of Civil Procedure, Local Rule 7.2 of the Rules of the United States District Court for the District of Hawaii ("Local Rules"), and is supported by the Memorandum in Support of Ex Parte Motion, Declaration of Karen Y. Arikawa, and exhibits attached hereto, as well as the entire record and files herein.

DATED: Honolulu, Hawaii, January 30, 2007.

_____
JOHN KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA
Attorneys for Defendant George
Freitas, in his capacity as Chief
of Police, County of Kauai

2