IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI,<br><br>  Plaintiff,<br><br>  v.<br><br>GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5 AND JANE DOES 1-5,<br><br>  Defendants. | CIVIL NO. CV 03 00065 ACK LEK<br><br>DECLARATION OF KAREN Y. ARIKAWA |

**DECLARATION OF KAREN Y. ARIKAWA**

KAREN Y. ARIKAWA hereby declares the following:

1. I am one of the attorneys representing Defendant George Freitas ("Freitas") in the above-referenced matter and have personal knowledge of the matters set forth herein.

2. I am licensed to practice law before all State and Federal courts in the State of Hawai'i.

3. Exhibit "C" attached to Freitas' Concise Statement of Facts in Support of His Motion for Summary Judgment ("Concise Statement") contains confidential information that, for "compelling reasons", should not to be disclosed to the general public.

4. Exhibit "C" consists of a one-paged memorandum authored by Plaintiff JACQUELYN TOKASHIKI ("Plaintiff"), which is an excerpt from the report of a confidential internal police

investigation against former Kauaʻi Police Department Police Chief FREITAS.

5. Attached hereto as Exhibit "A" is a true and correct copy of selected pages from the Rules of the Kauai County Police Commission Rules on Administrative Practice and Procedure.

6. It is my understanding that a copy of the confidential investigative report of Freitas was produced by Plaintiff during the course of discovery in this litigation.

7. It is my understanding that all statements taken during the investigation of Freitas are confidential and were to be returned to the County of Kauaʻi without distribution.

8. Attached hereto as Exhibit "B" are selected pages from the Deposition Testimony of Jacquelyn Tokashiki, dated March 4, 2004.

I, Karen Y. Arikawa, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, January 30, 2007.

_____
KAREN Y. ARIKAWA