RULES OF THE

KAUAI COUNTY POLICE COMMISSION

RULES ON ADMINISTRATIVE PRACTICE

AND PROCEDURE

Adopted by the

POLICE COMMISSION

Of the

COUNTY OF KAUAI

STATE OF HAWAII

EXHIBIT "A"

# RULES OF THE KAUAI COUNTY POLICE COMMISSION

## INDEX

| | | Page |
|---|---|---|
| Rule 1. | Relating definition of terms used in these rules and regulations. | 3 |
| Rule 2. | Relating to methods the public may use to obtain information on matters within the jurisdiction of the Kauai Police Commission. | 3 |
| Rule 3. | Relating to methods of adopting, amending or repealing of rules and regulations. | 4 |
| Rule 4. | Relating to methods the public may use to petition the Commission for a declaratory order as to the applicability of any statutory provision or of any rule or order of the Commission. | 7 |
| Rule 5. | Relating to the organization and policy of the Kauai Police Commission. | 8 |
| Rule 6. | Relating to the control, management and direction of the Kauai Police Department. | 11 |
| Rule 7. | Relating to rules of practice and hearings of the Commission. | 16 |
| Rule 8. | Relating to the cost of rules. | 20 |

POLICE COMMISSION
COUNTY OF KAUAI
STATE OF HAWAII

RULES OF THE KAUAI COUNTY POLICE COMMISSION

RULES ON ADMINISTRATIVE PRACTICE AND PROCEDURE

### Rule 1

#### DEFINITIONS

<u>Rule 1-1. Definitions.</u> Wherever used in these rules, the terms shall be taken to have the following meanings:

a. "Commission" shall mean the Police Commission of the County of Kauai, State of Hawaii.

b. "Department" shall mean the Police Department of the County of Kauai, State of Hawaii.

c. "Chief of Police" shall mean the Chief of Police of the Police Department.

d. "Officers" shall mean regular police officers of the Department, as classified by the Department of Personnel Services of the County.

e. "Employees" shall mean personnel of the Department, other than police officers, as classified by the Department of Personnel Services of the County.

f. "County" shall mean the County of Kauai.

### Rule 2

#### PUBLIC INFORMATION AND INSPECTION

<u>Rule 2-1. Obtaining information.</u> The public may obtain information on matters within the jurisdiction of the Commission by inquiring in person, during regular business hours, at the Police Department, County of Kauai, Lihue Police Station, Lihue, Hawaii, or by submitting a written request to said department.

<u>Rule 2-2. Public inspection of rules.</u> All rules of the Commission including the adoption, amendment, or

informed of impending issues.

f. The Police Commission shall strive for the release of information to the public through the media, as long as the release of this information does not violate the privacy rights of individuals to whom the information pertains and does not interfere with effective law enforcement.

g. The Chief of Police is charged with the responsibility of managing the department. Individual Commissioners shall not interfere or give the appearance of interfering with said authority.

## Rule 6

## CONTROL, MANAGEMENT AND DIRECTION OF THE DEPARTMENT

### Rule 6-1  Powers, Duties and Responsibilities of the Police Commission.

a. <u>Goals and Aims of the Department</u>. The Commission shall adopt such rules as it may consider necessary for the regulation of matters relating to the goals and aims of the department.

b. <u>Advisory Powers.</u> The Commission may pass advisory resolutions concerning the matters exclusively within the authority of the Chief of Police. However, in such cases, the Chief of Police shall not be bound by any such advisory resolutions.

c. <u>Administration.</u> Except for purposes of inquiry, neither the Commission or its individual members shall interfere in any way with the routine administrative affairs of the department normally administered by the Chief of Police.

d. <u>Commission and Commissioner Inquiries.</u> All Commission and Commissioner inquiries shall be initially submitted to either the Chief, Deputy Chief or the appropriate Bureau Commander. If necessary, the matter in question may be pursued at lower levels after one of the above-named officers has been first apprised. Should an inquiry prove to require substantial departmental man-hours, the Chairman shall be informed of the inquiry by either the Chief or his designate so that the matter can be put on the floor for a vote

- 11 -

as to whether this topic should be pursued.

e. <u>Performance of Duty.</u> The Commission shall determine whether the acts of an officer, for which he or she is being prosecuted or sued, were done in the performance of duty, so as to entitle him or her to be represented by legal counsel provided by the County.

f. <u>Public Charges Against the Conduct of the Department or Any of its Members.</u>

   1. <u>Filing of Charges.</u> Any and all charges shall be in writing on such form as the Commission may designate and shall be notarized.

      a) Charges shall be received no later than thirty (30) calendar days after the date of occurrence. Charges filed after the thirty (30) day period will not be investigated unless the Commission finds good cause for an extension of time. However in no event may the Commission consider a complaint filed more than 180 calendar days after the date of the occurance.

      b) The date of receipt of a charge shall be noted on the first page of the form in the space provided and signed for by the recipient.

      c) Any charges received informally by an individual Commissioner or by Department personnel shall be referred to the Commission Secretary for proper filing and processing.

      d) Charges shall be officially received when all requirements stated above have been met. All such officially received charges shall be reviewed and investigated by the Commission.

      e) The Commission Chairman shall provide written acknowledgment of the receipt and status of such charges to the Commission members, the Commission Investigator, the Chief of Police and the complainant.

- 12 -

230

1) The Chief of Police shall notify the employee in question of the charges according to department rules and regulations.

2) The Commission Investigator shall not commence the investigation of such charges until after the employee in question has been notified of the charges. This restriction shall not apply in circumstances where, despite good faith efforts, the employee cannot be notified.

2. <u>Confidentiality.</u> The Commission shall keep any and all discussions concerning charges confidential and discuss them only in Executive Session.

3. <u>Investigation of Charge.</u> The Commission may use an Investigator, or such other persons as may be necessary, to investigate any and all charges referred to the Commission. The Investigator may be a member of the department specially assigned by the Chief of Police to the Commission. In cases where the Commission hires or contracts the services of an Investigator, that person shall have a minimum of three (3) years of active experience in general investigative work; be licensed as private detective in accordance with the provisions of Hawaii Revised Statutes, Chapter 463; have a high school diploma; have a current driver's license and a vehicle for use on the job; be familiar with the Kauai community and the procedures of the Kauai Police Department or have the ability to acquire such; be readily available on short notice to perform investigative tasks for the Commission; possess a character above reproach; and have no felony or misdemeanor convictions.

a) The Investigator shall conduct all investigations in a proper and ethical manner; shall obtain all information pertinent to the charges; and shall upon completion of the investigation, submit a written report to the Commission.

- 13 -

b) Communications between the Investigator and the Commission or individual Commissioners shall be through the Commission Chairman or his or her designate.

c) Details of the investigation shall be considered confidential and shall not be released or discussed with any persons other than the Commission.

d) The Investigator shall be authorized to obtain from the department on behalf of the Commission any such information as may be needed for the investigation subject to the prior approval of the Chief of Police. Such information may include copies of police reports or statements from department personnel.

e) The Investigator's report shall contain a detailed report of all investigative findings, a summary of all interviews and the Investigator's conclusions concerning the validity of the charges(s).

f) The Investigator shall submit the report within sixty (60) days of the date the charges were officially received. The report shall be submitted to the Commission Secretary for duplication and immediate distribution to the Commission.

g) Upon review of the investigative report, the Commission may conduct further investigation including interviews of the Investigator and/or any other person involved in the case. In addition the Commission may resubmit the report to the Investigator for further investigation.

4. <u>Commission Decision.</u> After the charge has been fully investigated, the Commission shall enter a decision either sustaining or dismissing the charge. The Commission shall thereafter submit a written report of its decision to the Chief of Police; in no case

- 14 -

longer than one hundred twenty (120) days after the official receipt of the charge(s).

    a) The Chief of Police shall immediately notify the Commission of any departmental action that is taken based on the Commission's decision.

    b) If the Chief of Police finds that the Decision rendered by the Commission is improper or inadequate, he shall so notify the Commission Chairman in writing, stating the reasons therefor.

    c) The Commission shall notify the complainant of its Decision in writing.

    d) Every Commission Decision shall be made public during a regularly scheduled meeting, after the Chief of Police has had an opportunity to act on it. Names of individual complainants and the subject employee shall not be made public. The charges and circumstances surrounding the charge and its findings shall be generally stated.

    e) In cases where discipline has been imposed by the Chief of Police based on a Commission Decision there shall be no additional or subsequent investigation and/or discipline imposed on the subject employee for the same incident.

<u>Rule 6-2  Powers, Duties and Responsibilities of the Chief of Police.</u>

In accordance with the laws of the State of Hawaii and Charter of the County of Kauai, the Chief of Police shall:

    a. Act as the administrative head of the department.

    b. Appoint the necessary staff for the department for which appropriations have been made.

    c. Supervise, manage and control all employees and officers of the department.

- 15 -

## CERTIFICATION

I, Larry Sugihara, in my capacity as Chairperson of the Police Commission of the County of Kauai, do hereby certify:

1. That the foregoing is a full, true and correct copy of the Rules of the Kauai County Police Commission which were adopted by the Commission on March 18, 1992; and

2. That the notice of public hearing on the foregoing Rules of the Kauai County Police Commission, which notice included the substance of such Rules, was published in the <u>Garden Island Newspaper</u> on January 29, 1992.

_____
Larry Sugihara
Chairperson
Kauai County Police Commission

Approved this _18th_ day of ___May___, 1992.

_____
JoAnn A. Yukimura, Mayor
County of Kauai

Approved as to Form and Legality:

_____
Kathleen N.A. Watanabe
County Attorney
County of Kauai

- 21 -

## CERTIFICATION OF COUNTY CLERK

I hereby certify that on May 21, 1992, I have accepted for filing from the Kauai County Police Commission the Rules of the Police Commission adopted by that body on March 18, 1992.

Received this 21st day of May, 1992.

_____
Jerome Y.K. Hew
County Clerk
County of Kauai

- 23 -