COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)                    1

```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF HAWAII


JACQUELYN K. TOKASHIKI,        )  CIVIL NO. CV 03 00065 ACK/LEK
                               )
        Plaintiff,             )
                               )
    vs.                        )
                               )
GEORGE FREITAS, Individually)
and in his capacity as         )
Chief of Police, County of     )
Kauai, JOHN DOES 1-5 and       )
JANE DOES 1-5,                 )
                               )
        Defendants.            )
_____)
```

**DEPOSITION OF JACQUELYN K. TOKASHIKI**

Taken on behalf of Defendant, George Freitas, at the law offices of Watanabe Ing Kawashima & Komeiji, LLP, 999 Bishop Street, First Hawaiian Center, 23rd Floor, Honolulu, Hawaii, commencing at 10:01 a.m., on Thursday, March 4, 2004, pursuant to Notice.

BEFORE:    ADRIANNE IGE KURASAKI, CSR 388
           Registered Professional Reporter
           Notary Public, State of Hawaii         EXHIBIT "B"

COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)                2

1  APPEARANCES:

2      For Plaintiff, Jacquelyn K. Tokashiki:

3          CLAYTON C. IKEI, ESQ.
           1203 Pacific Guardian Tower
4          1440 Kapiolani Boulevard
           Honolulu, Hawaii  96814
5          (808)533-3777

6

7      For Defendant, George Freitas, Individually and
         in his capacity as Chief of Police:
8
           BRIAN Y. HIYANE, ESQ.
9          PATSY H. KIRIO, ESQ.
           Watanabe Ing Kawashima & Komeiji, LLP
10         First Hawaiian Center
           23rd Floor
11         999 Bishop Street
           Honolulu, Hawaii  96813
12         (808)544-8300

13

14     Also present:  George Freitas
                      Eric Schmidt
15

16

17

18

19

20

21

22

23

24

25

1  be issued?
2  A    This was after the gun incident when I was very
3  afraid, and he was -- he kept coming to the station. To
4  me, it was insubordination and disrespectful conduct in
5  violation of the commission's direct order. And for me to
6  continue working, for my safety, to provide a safe working
7  environment.
8  Q    So you were afraid of the chief?
9  A    Yes.
10 Q    You didn't trust him?
11 A    Yes.
12 Q    In terms of some of the documents that have been
13 produced or shown in this lawsuit, specifically the
14 executive session minutes, do you recall that there were
15 some executive session minutes attached as exhibits to
16 Dede Wilhelm's deposition?
17 A    Yes.
18 Q    How did you get those executive session minutes?
19 A    I believe they were given to me by Dede Wilhelm.
20 She had them in a bag. She was throwing it out as
21 rubbish, and she told me to stop by and come pick it up if
22 I needed it.
23 Q    When you got the documents from Dede Wilhelm, did
24 you go through them to see what they were?
25 A    Yes.

1  Q   And you recognized that those were executive
2  session minutes?
3  A   Yes.
4  Q   And when you got those documents, did you have any
5  concerns about confidentiality?
6  A   Yes.
7  Q   Did you ever check with the commission as a whole
8  about whether you could receive these documents from Dede
9  Wilhelm?
10 A   No, I did not.
11 Q   Did you receive -- did you ever check with the
12 commission as a whole about whether you could use those
13 documents in your lawsuit?
14 A   No, I did not.
15 Q   And when you got those documents from Dede
16 Wilhelm, did you make copies and return it to her or did
17 you just keep it?
18 A   When I got the documents from Commissioner
19 Wilhelm, I went through the documents to see what might
20 have been useful for my -- for me in my situation.  I made
21 copies, and I sent them to my attorney.  And I shredded it
22 and -- I shredded the -- whatever I got from Commissioner
23 Wilhelm, and I threw it away.
24 Q   How did you get a copy of the Ko investigative
25 report?

1  A    That was with the documents that I got from
2  Commissioner Wilhelm.
3  Q    And again, with respect to the Ko report, did
4  you -- when you got that document, did you have any
5  concern about confidentiality?
6  A    My understanding was that the investigation was
7  over. And all these -- these years on the commission,
8  when the complaint and investigation was over, it became
9  public record and so did the executive session minutes,
10 became public record, and the complaint, reprimands were
11 issued, and it was concluded.
12      So the Ko investigation, and as a witness, I
13 believe I was entitled to copies of the investigation,
14 also. And any witness or complainant or complainant or --
15 would have been given a copy of the report and that's...
16 Q    The complete report?
17 A    That's what we -- we did on the police commission.
18 Q    Okay.
19 A    We did have complaints where, after it was
20 completed, we gave to the complainant and officer.
21 Q    Okay. In this case, were copies of the report
22 given to the complaining officers?
23 A    Not to my knowledge.
24      MR. IKEI:  I'm sorry, can you repeat the question.
25 Copies of their own complaints?

```
 1              MR. HIYANE:  No, of the report.

 2              MR. IKEI:  What report are we talking about?

 3              MR. HIYANE:  The Ko report.

 4              MR. IKEI:  Okay.  Thank you.

 5              THE WITNESS:  Not to my knowledge.

 6   BY MR. HIYANE:

 7       Q      Did you testify that the practice was that

 8   complainants would be given copies of -- past practice was

 9   that complainants would be given copies of any

10   investigative report?

11       A      Completed.

12       Q      Completed investigative reports?

13       A      Police commission investigations.

14       Q      But that was not done in this case?

15       A      I was not -- I was taken off the investigation so

16   I don't know.

17              But I need --

18       Q      Did you check with any of the people who were

19   interviewed by John Ko about whether or not you could use

20   this report?

21       A      No, I did not.

22       Q      Did you check with the commission as a whole about

23   whether you could receive the report from Dede Wilhelm?

24       A      No, I did not.

25       Q      Did you check with the commission as a whole about
```

1  whether you could use the report in your lawsuit?
2  A   No, I did not.
3  Q   And did you make a copy of this report and return
4  it to Dede Wilhelm or did you just keep the copy that you
5  got?
6  A   When I received the copy of the -- when I received
7  the report of the investigation -- of the Ko
8  investigation, I went through it and I made copies of what
9  I felt was pertinent. And I put it -- I put the originals
10 back together in the Ko report, and I returned it to
11 Commissioner Wilhelm.
12 Q   And why was it that you returned the Ko report and
13 not the other documents?
14 A   I don't know. I guess because it was in a binder.
15 I don't know.
16 Q   And did you receive the documents that you
17 attached as exhibits to the complaint from Dede Wilhelm?
18     MR. IKEI: Every document?
19     MR. HIYANE: Yes.
20     MR. IKEI: Can she go through all the documents?
21     MR. HIYANE: I mean, if we have to.
22     THE WITNESS: These?
23     MR. IKEI: Yes.
24     The reason why I say that is there's a copy of a
25 letter. I think that she got that from her own source.

COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)                183

```
 1   STATE OF HAWAII                    )
                                        ) SS.
 2   CITY AND COUNTY OF HONOLULU        )

 3

     I, ADRIANNE IGE KURASAKI, C.S.R., a Notary Public in and
 4   for the State of Hawaii, do hereby certify:

 5

     That on Thursday, March 4, 2004, at 10:01 a.m., appeared
 6   before me JACQUELYN K. TOKASHIKI, the witness, whose
     testimony is contained herein; that, prior to being
 7   examined, the witness was, by me, duly sworn or affirmed;
     that the proceedings were taken in computerized machine
 8   shorthand by me and were thereafter reduced to print under
     my supervision; that the foregoing represents, to the best
 9   of my ability, a correct transcript of the proceedings had
     in the foregoing matter;

10

11   That, if applicable, the witness was notified through
     counsel by mail, or by telephone to appear and sign; that
12   if transcription is not signed, either the reading and
     signing were waived by the witness and all parties, or the
13   witness has failed to appear and the original is therefore
     kept on file without signature pursuant to Court rules.

14

15   I further certify that I am not counsel for any of the
     parties hereto, nor in any way interested in the outcome of
16   the cause named in the caption.

17
         DATED:            MAR 1 2 2004                       .
18

19

20

21

22        _____Adrianne Ige Kurasaki_____
          Notary Public, State of Hawaii
23        My Commission expires: September 16, 2004
          Adrianne Ige Kurasaki, CSR 388
24        LS

25
```

Carnazzo Court Reporting Company, Ltd.  (808)532-0222