IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GEORGE FREITAS, Individually<br>and in his capacity as Chief of<br>Police, County of Kauai, JOHN<br>DOES 1-5 AND JANE DOES 1-5,<br><br>　　　　Defendants. | CIVIL NO. CV 03 00065 ACK LEK<br>PROPOSED ORDER<br>ORDER GRANTING DEFENDANT<br>GEORGE FREITAS' AMENDED EX<br>PARTE MOTION TO FILE UNDER<br>SEAL EXHIBIT "C" ATTACHED TO<br>HIS CONCISE STATEMENT OF FACTS<br>IN SUPPORT OF HIS MOTION FOR<br>SUMMARY JUDGMENT |

**ORDER GRANTING DEFENDANT GEORGE FREITAS' AMENDED EX PARTE MOTION TO FILE UNDER SEAL EXHIBIT "C" ATTACHED TO HIS CONCISE STATEMENT OF FACTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**

　　The Court finding "compelling reasons" therefore, hereby GRANTS Defendant George Freitas' Amended Ex Parte Motion to File Under Seal Exhibit "C" Attached to His Concise Statement Of Facts In Support Of His Motion For Summary Judgment, and orders that Exhibit "C" attached to Defendant George Freitas' Concise Statement of Facts in Support of His Motion for Summary Judgment ("Concise Statement") be sealed.

　　It is further ordered that all parties receiving copies of Defendant George Freitas' Concise Statement, and all attachments thereto, maintain the confidentiality of Exhibit "C" attached to the Concise Statement.

　　DATED: Honolulu, Hawaii_____.

_____
JUDGE OF THE ABOVE-ENTITLED COURT