**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | | |
|---|---|---|
| JACQUELYN K. TOKASHIKI, | ) | Civ. No. 03-0065 ACK-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE FREITAS, Individually | ) | |
| and in his capacity as Chief of | ) | |
| Police, County of Kauai, John | ) | |
| Does 1-5 and Jane Does 1-5 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER GRANTING AMENDED EX PARTE MOTION TO SEAL DOCUMENTS**

On January 31, 2007, Defendant George Freitas filed an Amended Ex Parte Motion to File Under Seal Exhibit "C" Attached to His Concise Statement of Facts In Support of His Motion for Summary Judgment.  The Amended Motion to Seal seeks to seal Exhibit "C" based on compelling reasons. The Plaintiff has not filed an opposition to Defendant's Ex Parte Motion to seal.

The applicable standards governing motions to seal are set forth by the Ninth Circuit Court of Appeals in Kamakana v. City and County of Honolulu, 447 F.3d 1172, 1180 (9th Cir. 2006) ("documents attached to dispositive motions must meet the high threshold of showing that 'compelling reasons' support secrecy"; a "good cause" showing is not sufficient).  The court in Kamakana

stated:

> In general, "compelling reasons" sufficient to outweigh the
> public's interest in disclosure and justify sealing court
> records exist when such "court files might have become a
> vehicle for improper purposes," such as the use of records
> to gratify private spite, promote public scandal, circulate
> libelous statements, or release trade secrets.

Id. at 1179 (citing Nixon v. Warner Communications, Inc., 435
U.S. 589, 598, 98 S. Ct. 1306, 1312 (1978)).

In her declaration, Defendant's counsel states that
Exhibit "C" contains a one-page memorandum authored by the
Plaintiff, excerpted from the report of a confidential internal
police investigation commenced by the Kaua`i Police Commission
against former Kaua`i Police Department Police Chief Freitas. See
Declaration of Karen Y. Arikawa at ¶ 4. Hawaii's statutes
recognize that an individual has a significant privacy interest
in information in an agency's personnel file.  Haw. Rev. Stat. §
92F-14(b)(4).[1]  Furthermore, the Kaua`i County Police Department's

---

[1] A police officer does not have a significant privacy
interest in information relating to employment misconduct if the
misconduct results in discharge of the police officer, including:
the name of the employee, the nature of the employment related
misconduct, findings of fact and conclusions of law, and
disciplinary action taken by the agency.  Haw. Rev. Stat. § 92F-
14(b)(4)(B).  This exception does not apply to this case because
parties do not allege that Defendant was discharged.  See also
Anthony Sommer, *Beleaguered Police Chief on Kauai Says He Will
Retire: George Freitas Will Receive $200,000 in Compensation*,
HONOLULU STAR-BULLETIN, Oct. 22, 2003 (reporting that Defendant

Rules provide that details of a Police Department's investigation into the conduct of one of its members shall be considered confidential.  See Rules of the Kauai County Police Commission, Rules on Administrative Practice and Procedure R. 6-1(f)(3)(c).

Exhibit "C" contains inflammatory statements about Defendant Freitas, including statements about his personal life, that could be used for improper purposes such as promoting public scandal, gratifying private spite, or circulating libelous statements.  The Court notes that the Defendant states that the purpose of offering Exhibit "C" is limited to demonstrating the time period that Plaintiff believed her relationship with Defendant began to deteriorate and not for the content of the allegations therein.  The Court concludes the public's interest in access is outweighed by the Defendant's privacy interest in his confidential personnel information.  The Court finds that Defendant's privacy interest in avoiding disclosure of an excerpt from a confidential personnel investigation file is a compelling reason to seal Exhibit "C".

Accordingly, Defendant's Amended Ex Parte Motion to File Exhibit "C" Under Seal is GRANTED.  It is further ordered that the Defendant's Motion for Summary Judgment and all other Exhibits thereto be unsealed.

---

Freitas announced he would retire on October 31, 2003).

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 8, 2007.

_____
Alan C. Kay
Sr. United States District Judge