381973.1
WATANABE ING & KOMEIJI LLP

JOHN KOMEIJI         # 2498-0
GREGG M. USHIRODA    # 5868-0
KAREN Y. ARIKAWA     # 7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: 544-8300
Facsimile No.: 544-8399
E-mail address: gushiroda@wik.com

Attorneys for Defendant
George Freitas, Individually and
in his capacity as Chief of Police,
County of Kauai

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5 AND JANE DOES 1-5,<br><br>Defendants. | CIVIL NO. CV 03 00065 ACK LEK<br><br>CERTIFICATE OF SERVICE<br><br>[RE: DEFENDANT GEORGE FREITAS' FIRST SUPPLEMENTAL INITIAL DISCLOSURES] |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date a copy of DEFENDANT GEORGE FREITAS' FIRST SUPPLEMENTAL INITIAL DISCLOSURES was duly served upon the following parties by depositing same in the United States Mail, postage prepaid, addressed to their following last known address:

CLAYTON C. IKEI, ESQ.
JERRY P.S. CHANG, ESQ.
1440 Kapiolani Blvd., Suite 1203
Honolulu, Hawaii 96814

Attorney for Plaintiff
JACQUELYN K. TOKASHIKI


DATED:   Honolulu, Hawaii, February 20, 2007.


                                             /s/ Gregg M. Ushiroda
**JOHN KOMEIJI**
**GREGG M. USHIRODA**
**KAREN Y. ARIKAWA**
Attorneys for Defendant George Freitas, Individually and in his capacity as Chief of Police, County of Kauai

---

Jacquelyn K. Tokashiki, Plaintiff vs. George Freitas, et al., Defendants; Civil No.: CV 03 00065 ACK LEK; Certificate of Service