WATANABE ING & KOMEIJI LLP

| | |
|---|---|
| JOHN KOMEIJI | # 2498-0 |
| GREGG M. USHIRODA | #5868-0 |
| KAREN Y. ARIKAWA | # 7684-0 |

First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: 544-8300
Facsimile No.: 544-8399

Attorneys for Defendant George Freitas,
Individually and in his capacity as Chief of Police,
County of Kauai

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5 AND JANE DOES 1-5,<br><br>Defendants. | CIVIL NO. CV 03-00065 ACK LEK<br><br>**CERTIFICATE OF SERVICE**<br><br>[Re: Notice of Taking Dennis Scheppers, M.D.'s Deposition Upon Oral Examination] |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Taking Dennis Scheppers, M.D.'s Deposition Upon Oral Examination was duly served by emailing <u>and</u> mailing same, postage prepaid, on February 20, 2007, to the partie(s) identified below at their last known address:

CLAYTON C. IKEI, ESQ.
JERRY P.S. CHANG, ESQ.
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814

Attorneys for Plaintiff

DATED: Honolulu, Hawaii, February 20, 2007.

          /s/ Gregg M. Ushiroda
JOHN KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA
Attorneys for Defendant George Freitas,
Individually and in his capacity as
Chief of Police, County of Kauai

---

Jacquelyn K. Tokashiki vs. George Freitas, et al.; Civil No. CV 03-00065 ACK LEK; Certificate of Service