383797
WATANABE ING & KOMEIJI LLP

JOHN KOMEIJI             # 2498-0
GREGG M. USHIRODA        #5868-0
KAREN Y. ARIKAWA         # 7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: 544-8300
Facsimile No.: 544-8399

Attorneys for Defendant George Freitas,
Individually and in his capacity as Chief of Police,
County of Kauai

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5 AND JANE DOES 1-5,<br><br>Defendants. | CIVIL NO. CV 03 00065 ACK LEK<br><br>CERTIFICAT OF SERVICE<br><br>**(Custodian of Records:**<br>**County of Kauai, Department of**<br>**Finance)** |

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the Notice of Taking Deposition Upon Written Questions (Custodian of Records of County of Kauai, Department of Finance), dated February 20, 2007, will be duly served upon the following person(s) by U.S. Mail, postage prepaid on this date to their last known address.

I further certify that a copy of the foregoing Certificate of Service dated February 20, 2007 will be duly served electronically through CM/ECF on the following party on February 21, 2007 as follows:

    CLAYTON C. IKEI, ESQ.    ccioffice@hawaii.rr.com
    JERRY P.S. CHANG, ESQ.
    1440 Kapiolani Boulevard, Suite 1203
    Honolulu, Hawaii 96814

    Attorneys for Plaintiff
    JACQUELYN K. TOKASHIKI

DATED: Honolulu, Hawaii,    February 20, 2007   .

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA
Attorneys for Defendant George Freitas,
Individually and in his capacity as Chief of Police,
County of Kauai