383797
WATANABE ING & KOMEIJI LLP

JOHN KOMEIJI            # 2498-0
GREGG M. USHIRODA       #5868-0
KAREN Y. ARIKAWA        # 7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: 544-8300
Facsimile No.: 544-8399

Attorneys for Defendant George Freitas,
Individually and in his capacity as Chief of Police,
County of Kauai

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, | CIVIL NO. CV 03 00065 ACK LEK |
| Plaintiff, | |
| vs. | CERTIFICAT OF SERVICE |
| GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5 AND JANE DOES 1-5, | **(Custodian of Records: County of Kauai, Department of Personnel Services)** |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I HEREBY certify that a copy of the Notice of Taking Deposition Upon Written

Questions (Custodian of Records of the County of Kauai, Department of Personnel

Services), dated February 20, 2007, will be duly served upon the following person(s) by

U.S. Mail, postage prepaid on this date to their last known address.

I further certify that a copy of the foregoing Certificate of Service dated February

20, 2007 will be duly served electronically through CM/ECF on the following party on

February 21, 2007 as follows:

      CLAYTON C. IKEI, ESQ.        ccioffice@hawaii.rr.com
      JERRY P.S. CHANG, ESQ.
      1440 Kapiolani Boulevard, Suite 1203
      Honolulu, Hawaii 96814

      Attorneys for Plaintiff
      JACQUELYN K. TOKASHIKI


DATED: Honolulu, Hawaii, _____February 20, 2007_____.


_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA
Attorneys for Defendant George Freitas,
Individually and in his capacity as Chief of Police,
County of Kauai