```
              IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF HAWAI'I

JACQUELYN TOKASHIKI,           )    CIVIL NO. 03-00065 ACK-LEK
                               )
          Plaintiff,           )    ORDER OF RECUSAL
                               )
     vs.                       )
                               )
GEORGE FREITAS, ETC., ET AL.,  )
                               )
          Defendants.          )
_____)
```

                    ORDER OF RECUSAL

     This Court could be construed as having an interest in the outcome of the litigation.  This Court hereby recuses itself on its own motion from any and all proceedings in the above-captioned matter to avoid even the appearance of impropriety.

     DATED:  Honolulu, Hawai'i, February 22, 2007.



                              /S/ Leslie E. Kobayashi
                              Leslie E. Kobayashi
                              United States Magistrate Judge