383933.1
WATANABE ING & KOMEIJI LLP

JOHN KOMEIJI         # 2498-0
GREGG M. USHIRODA    # 5868-0
KAREN Y. ARIKAWA     # 7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: 544-8300
Facsimile No.: 544-8399
E-mail address: gushiroda@wik.com

Attorneys for Defendant
George Freitas, Individually and
in his capacity as Chief of Police,
County of Kauai

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GEORGE FREITAS, Individually ) <br> and in his capacity as Chief of ) <br> Police, County of Kauai, JOHN ) <br> DOES 1-5 AND JANE DOES 1-5, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | CIVIL NO. CV 03 00065 ACK LEK <br><br> CERTIFICATE OF SERVICE <br><br> [RE: DEFENDANT GEORGE FREITAS' SECOND SUPPLEMENTAL INITIAL DISCLOSURES] |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date a copy of DEFENDANT GEORGE FREITAS' SECOND SUPPLEMENTAL INITIAL DISCLOSURES was duly served electronically through CM/ECF and/or mailing same, U.S. Postage prepaid, on the following parties to their last known address on February 23, 2007:

CLAYTON C. IKEI, ESQ.
JERRY P.S. CHANG, ESQ.
ccioffice@hawaii.rr.com
1440 Kapiolani Blvd., Suite 1203
Honolulu, Hawaii 96814

Attorneys for Plaintiff
JACQUELYN K. TOKASHIKI


DATED:  Honolulu, Hawaii, February 23, 2007.

                               /s/ Gregg M. Ushiroda
                               JOHN KOMEIJI
                               GREGG M. USHIRODA
                               KAREN Y. ARIKAWA
                               Attorneys for Defendant George
                               Freitas, Individually and in
                               his capacity as Chief of
                               Police, County of Kauai

---

Jacquelyn K. Tokashiki, Plaintiff vs. George Freitas, et al., Defendants; Civil No.: CV 03 00065 ACK LEK; Certificate of Service