ORIGINAL

CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI        1260
JERRY P.S. CHANG       6671
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814
Telephone: (808) 533-3777
Facsimile: (808) 521-7245
Email: CCIOffice@hawaii.rr.com

Attorneys for Plaintiff
JACQUELYN K. TOKASHIKI

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 27 2007

at 1 o'clock and 10 min P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, | ) CIVIL NO. 03-00065 ACK LEK |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| v. | ) (RE: PLAINTIFF'S SUPPLEMENTAL |
| GEORGE FREITAS, Individually and in his Capacity as the Chief of Police, County of Kauai, JOHN DOES 1-5 and JANE DOES 1-5, | ) INITIAL DISCLOSURES) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that the original of PLAINTIFF'S SUPPLEMENTAL INITIAL DISCLOSURES was duly served upon the following parties at their last known address via hand delivery on February 27, 2007:

TO:  JOHN T. KOMEIJI, ESQ.
     GREGG M. USHIRODA, ESQ.
     Watanabe Ing & Komeiji
     999 Bishop Street, 23rd Floor
     Honolulu, Hawaii 96813

```
                  Attorney for Defendant
                  GEORGE FREITAS

DATED: Honolulu, Hawaii, February 27, 2007.


                                  _____
                                  CLAYTON C. IKEI
                                  JERRY P.S. CHANG

                                  Attorneys for Plaintiff
                                  JACQUELINE K. TOKASHIKI
```