IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5 AND JANE DOES 1-5,<br><br>Defendants. | CIVIL NO. CV 03 00065 ACK KSC<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was duly served upon the following attorneys via electronic means through the CM/ECF system and/or via U.S. mail, postage prepaid on March 1, 2007:

    CLAYTON C. IKEI, ESQ.
    JERRY P.S. CHANG, ESQ.
    1440 Kapiolani Boulevard, Suite 1203
    Honolulu, Hawaii 96814

    Attorneys for Plaintiff
    JACQUELYN K. TOKASHIKI

DATED: Honolulu, Hawai'i, March 1, 2007.

                            /s/ GREGG M. USHIRODA
                            JOHN T. KOMEIJI
                            GREGG M. USHIRODA
                            KAREN Y. ARIKAWA
                            Attorneys for Defendant George Freitas, Individually and in his capacity as Chief of Police, County of Kaua'i