IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, | ) CIVIL NO. CV 03 00065 ACK KSC |
| Plaintiff, | ) CERTIFICATE OF COMPLIANCE |
| v. | ) |
| GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5 AND JANE DOES 1-5, | ) |
| Defendants. | ) |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.5(e), I hereby certify that the foregoing Concise Statement of Facts contains 1499 words and is in compliance with LR 56.1(d).

DATED: Honolulu, Hawai'i, March 1, 2007.

/s/ Gregg M. Ushiroda
**JOHN T. KOMEIJI**
**GREGG M. USHIRODA**
**KAREN Y. ARIKAWA**
Attorneys for Defendant
GEORGE FREITAS, Individually
and in his capacity as Chief of
Police, County of Kauai