IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, | ) CIVIL NO. CV 03 00065 ACK KSC |
| Plaintiff, | ) DECLARATION OF GREGG M. USHIRODA |
| v. | ) |
| GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5 AND JANE DOES 1-5, | ) |
| Defendants. | ) |

### DECLARATION OF GREGG M. USHIRODA

GREGG M. USHIRODA, pursuant to L.R. 7.6 of the Local Rules of Practice for the United States District Court for the District of Hawaii, does hereby declare:

1. I am one of the attorneys representing Defendant George Freitas ("FREITAS") in the above-referenced matter and have personal knowledge of the matters set forth herein.

2. I am licensed to practice law before all state and federal courts in the State of Hawaii.

3. Attached hereto as Exhibit "S" is a true and accurate copy of a letter from Laurel Loo to Clayton Ikei dated March 3, 2003.

4. Attached hereto as Exhibit "T" is a true and accurate copy of the Affidavit of Vivian Akina dated July 12,

2004, which was attached to *Defendant George Freitas' Concise Statement of Facts in Support of His Motion for Summary Judgment,* filed on July 21, 2004, in the above-captioned matter.

5. Attached hereto as Exhibit "U" are true and accurate copies of Pages of 1 and 144 of the transcript of the deposition of Jacquelyn Tokashiki taken on March 4, 2004.

I, GREGG M. USHIRODA, do declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED: Honolulu, Hawaii, March 1, 2007.

/s/ Gregg M. Ushiroda
GREGG M. USHIRODA