

**BRYAN J. BAPTISTE**
Mayor

**Lani D. H. Nakazawa**
County Attorney

## OFFICE OF THE COUNTY ATTORNEY
COUNTY OF KAUA'I, STATE OF HAWAI'I
MO'IKEHA BUILDING
4444 RICE STREET, SUITE 220
LIHU'E, KAUA'I, HAWAI'I 96766-1300
TEL (808) 241-6315
FAX (808) 241-6319

<u>Deputies</u>
Amy I. Esaki, First Deputy
Margaret Hanson
Laurel Loo
Ladye Martin
Wayne S. Shimizu

March 3, 2003

Clayton Ikei, Esq.    {Via Facsimile Transmission to 1 (808) 521-7245}
Law Office of Clayton Ikei
1100 Ward Ave., Suite 1065
Honolulu, Hawaii 96814

Re: Jacquelyn Tokashiki

Dear Mr. Ikei:

The Kauai County Police Commission, pursuant to 92-8 of the Hawaii Revised Statutes, met on Saturday, March 1, 2003. The Commission found that it was in the best interest of the Commission and the County that Ms. Tokashiki be removed as its secretary and that she have no further opportunity to access its office, its meetings, or its files. The Commission made this finding based on Ms. Tokashiki's access to documents as an employee of the police department and commission secretary, and the public release of those documents as exhibits to <u>Tokashiki v. Freitas</u>, Civ. No. 03-00065ACK.

I am informed that Ms. Tokashiki has already surrendered to Ms. Lorna Nishimitsu all police commission records and items, including keys, in her possession, and Ms. Nishimitsu in turn will return those items to me. As of today, Ms. Tokashiki's access to the police complex has been disabled.

It is our understanding that Ms. Tokashiki is on stress leave indefinitely. As you may know, Ms. Tokashiki recently met with Christina Pilkington, the County's ADA coordinator, to discuss working in Ms. Pilkington's office. By this letter the County administration extends to Ms. Tokashiki an at-will position with the ADA office at her current salary, upon her return from stress leave.

EXHIBIT "S"

Clayton Ikei, Esq.
Page Two
March 3, 2003

Please call me if you have any questions.

Sincerely,

*[signature]*

LAUREL LOO
Deputy County Attorney

cc: Police Commissioners
    Lorna Nishimitsu, Esq.