IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5 AND JANE DOES 1-5,<br><br>    Defendants. | CIVIL NO. CV 03 00065 ACK LEK<br><br>AFFIDAVIT OF VIVIAN AKINA |

### AFFIDAVIT OF VIVIAN AKINA

COUNTY OF KAUAI    )
                      : SS.
STATE OF HAWAII    )

    I, VIVIAN AKINA, pursuant to Rule 44(a)(1) of the Federal Rules of Civil Procedure, duly sworn upon oath, hereby state that:

    1.    I am the current Departmental Personnel Assistant for the Kauai Police Department ("KPD").

    2.    As the Departmental Personnel Assistant, I am the officer with legal custody of Plaintiff Jacquelyn K. Tokashiki's ("PLAINTIFF") employment records for the KPD.

    3.    I make this affidavit based upon my personal

1

EXHIBIT "I"

knowledge.

4. Attached hereto as Exhibit "J" is a true and accurate copy of the Employment & Change In Status Record.

5. Attached hereto as Exhibit "M" is a true and accurate copy of the Leave Record for the periods January 1, 2002 to December 31, 2002; January 1, 2003 to December 31, 2003; and January 1, 2004 to February 29, 2004.

6. Attached hereto as Exhibit "N" a true and accurate copy of the Election of Workers' Compensation Benefits.

7. Attached hereto as Exhibit "O" are true and accurate copies of PLAINTIFF's Disability Worksheets.

8. Based upon my review of these records, PLAINTIFF was employed at KPD from February 1, 1980 through May 10, 2004.

9. After January 7, 2002, PLAINTIFF was not subject to any decrease in pay, and she continued to enjoy the benefits of the County's health plan.

10. After January 7, 2002, PLAINTIFF continued to physically report to work, full-time, until December 6, 2002.

11. Between December 2002 and May 2004, PLAINTIFF withdrew vacation and sick leave by submitting applications to the Kauai Police Department ("KPD") and she received holiday

pay for every holiday since January, 2002.

12. From February 4, 2003 until August 13, 2003, PLAINTIFF drew on her accrued sick leave to supplement her Total Temporary Disability ("TTD") payments which ensured that her monthly paycheck remained at the 100% salary level.

13. Between June 1, 2002 and May 10, 2004, PLAINTIFF was paid over $80,000 in total pay, including overtime pay.

14. PLAINTIFF also received a pay raise on July 1, 2002.

15. PLAINTIFF continued to receive compensation as an employee of the County of Kauai until she was terminated by Mayor Baptiste on May 10, 2004.

16. Attached hereto as Exhibit "R" is a true and accurate copy of the letter dated May 10, 2004 from Mayor Bryan J. Baptiste to PLAINTIFF.

17. On February 22, 2004, PLAINTIFF emailed me and stated in her message that she has been on "sick leave little over a year" and inquired whether she will have sufficient sick leave to last until the appeal hearing of her "IA claim" by the Department of Labor which will occur in February 2005.

18. Attached hereto as Exhibit "S" is a true and accurate copy of the email messages between PLAINTIFF and myself dated February 22, 2004, February 28, 2004, and March

1, 2004.

I, VIVIAN AKINA, do declare under penalty of law that the foregoing is true and correct to the best of my knowledge.

DATED: Lihue, Kauai, Hawaii, July 12, 2004.

_____
VIVIAN AKINA

Subscribed and sworn to before me this 12th day of July, 2004.

_____
Print Name: OWEN L. TANGO
Notary Public, State of Hawaii
My Commission expires: 6·21·08.