COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)            1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

COPY

JACQUELYN K. TOKASHIKI,       )   CIVIL NO. CV 03 00065 ACK/LEK
                              )
              Plaintiff,      )
                              )
      vs.                     )
                              )
GEORGE FREITAS, Individually)
and in his capacity as        )
Chief of Police, County of    )
Kauai, JOHN DOES 1-5 and      )
JANE DOES 1-5,                )
                              )
              Defendants.     )
_____)

**DEPOSITION OF JACQUELYN K. TOKASHIKI**


        Taken on behalf of Defendant, George Freitas, at

the law offices of Watanabe Ing Kawashima & Komeiji, LLP,

999 Bishop Street, First Hawaiian Center, 23rd Floor,

Honolulu, Hawaii, commencing at 10:01 a.m., on Thursday,

March 4, 2004, pursuant to Notice.


BEFORE:     ADRIANNE IGE KURASAKI, CSR 388
            Registered Professional Reporter
            Notary Public, State of Hawaii

EXHIBIT "U"

Carnazzo Court Reporting Company, Ltd. (808)532-0222

COPYING PROHIBITED HRS 606-13/HRCP RULE 30(f)(2)      144

1    Q      You were looking forward to moving to a new

2  building?

3    A      Yes.

4    Q      Were you expecting that the building would include

5  an office for the police commission?

6    A      Yes.

7    Q      And at some point you learned that the commission

8  would not get an office?

9    A      Yes.

10   Q      How did you feel about that?

11   A      I felt sorry for the police commission.

12   Q      Did you feel angry that the commission wasn't

13  getting an office?

14   A      I felt more sorry for them because they were

15  supposed to be part of the police department, according to

16  the County Charter.  They're part of the police

17  department.  And the Kauai Police Department had -- hasn't

18  had a new building for over 50 years.  So they don't have

19  a place to put their files or do their work.

20   Q      Did you tell anyone that you felt sorry for the

21  commissioners because they didn't get an office?

22   A      Yes.

23   Q      Who did you talk to?

24   A      I spoke to the chairman.

25   Q      Who was the chairman at the time?