IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5 AND JANE DOES 1-5,<br><br>　　　　Defendants. | ) CIVIL NO. CV 03 00065 ACK KSC<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2007, a true and correct copy of "DEFENDANT GEORGE FREITAS' OBJECTIONS AND REPLY TO PLAINTIFF'S SEPARATE AND CONCISE STATEMENT OF FACTS IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FILED 11/22/06" was duly served upon the following attorneys via electronic means through the CM/ECF system and/or via U.S. mail, postage prepaid:

**CLAYTON C. IKEI, ESQ.**
**JERRY P.S. CHANG, ESQ.**
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814

Attorneys for Plaintiff
JACQUELYN K. TOKASHIKI

DATED: Honolulu, Hawaiʻi, March 1, 2007.

/s/ Gregg M. Ushiroda
**JOHN T. KOMEIJI**
**GREGG M. USHIRODA**
**KAREN Y. ARIKAWA**
Attorneys for Defendant
GEORGE FREITAS, Individually and
in his capacity as Chief of
Police, County of Kauaʻi

Jacquelyn K. Tokashiki, Plaintiff vs. George Freitas, et al.,
Defendants; Civil No. 03-00065 ACK LEK; Certificate of Service

- 2 -