ORIGINAL

384251.1

WATANABE ING & KOMEIJI LLP

JOHN KOMEIJI        # 2498-0
GREGG M. USHIRODA   # 5868-0
KAREN Y. ARIKAWA    # 7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: 544-8300
Facsimile No.: 544-8399
E-mail address: gushiroda@wik.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 06 2007

at ___ o'clock and __ min. __ M
SUE BEITIA, CLERK

Attorneys for Defendant
George Freitas, Individually and
in his capacity as Chief of Police,
County of Kauai

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, | CIVIL NO. CV 03 00065 ACK KSC |
| Plaintiff, | |
| v. | DEFENDANT GEORGE FREITAS' THIRD SUPPLEMENTAL INITIAL DISCLOSURES |
| GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5 AND JANE DOES 1-5, | |
| Defendants. | |
| | TRIAL: April 24, 2007 |

**DEFENDANT GEORGE FREITAS' THIRD
SUPPLEMENTAL INITIAL DISCLOSURES**

Defendant George Freitas, by and through his attorneys,

WATANABE ING & KOMEIJI LLP, hereby supplements his Initial

Disclosures pursuant to Rule 26.1(a)(1) of the Federal Rules of

Civil Procedure.

173

A.    **WITNESSES**

1.    George Freitas, c/o Watanabe Ing & Komeiji LLP, 999 Bishop Street, 23rd Floor, Honolulu, Hawaii, 96813, is expected to testify regarding liability.

2.    Dede Wilhelm, c/o Department of the County Attorney, County of Kauai, 4444 Rice Street, Suite 220, Lihue, Hawaii 96766, may testify regarding liability.

3.    Norman J.N. Holt, Sr., c/o Department of the County Attorney, County of Kauai, 4444 Rice Street, Suite 220, Lihue, Hawaii 96766, may testify regarding liability.

4.    Stanton K. Pa, c/o Department of the County Attorney, County of Kauai, 4444 Rice Street, Suite 220, Lihue, Hawaii 96766, may testify regarding liability.

5.    Victor Punua, c/o Department of the County Attorney, County of Kauai, 4444 Rice Street, Suite 220, Lihue, Hawaii 96766, may testify regarding liability.

6.    Members of the Kauai County Police Commission, c/o Department of the County Attorney, County of Kauai, 4444 Rice Street, Suite 220, Lihue, Hawaii 96766, may testify regarding liability.

7.    Maryanne W. Kusaka, c/o Department of the County Attorney, County of Kauai, 4444 Rice Street, Suite 220, Lihue, Hawaii 96766, may testify regarding liability.

- 2 -

8.    Bryan J. Baptiste, c/o Department of the County Attorney, County of Kauai, 4444 Rice Street, Suite 220, Lihue, Hawaii 96766, may testify regarding liability and damages.

9.    Hartwell H.K. Blake, c/o Department of the County Attorney, County of Kauai, 4444 Rice Street, Suite 220, Lihue, Hawaii 96766, may testify as to non-privileged matters relating to liability.

10.    Vivian Akina, c/o Department of the County Attorney, County of Kauai, 4444 Rice Street, Suite 220, Lihue, Hawaii 96766, may testify regarding liability and damages.

11.    Clayton Arinaga, c/o Department of the County Attorney, County of Kauai, 4444 Rice Street, Suite 220, Lihue, Hawaii 96766, may testify regarding liability.

12.    Estelle Furuike, c/o Department of the County Attorney, County of Kauai, 4444 Rice Street, Suite 220, Lihue, Hawaii 96766, may testify regarding liability.

13.    Margaret Sueoka, c/o Department of the County Attorney, County of Kauai, 4444 Rice Street, Suite 220, Lihue, Hawaii 96766, may testify as to non-privileged matters relating to liability.

14.    Wilfred Ihu, c/o Department of the County Attorney, County of Kauai, 4444 Rice Street, Suite 220, Lihue, Hawaii 96766, is expected to testify regarding liability.

- 3 -

15.   John Ko, c/o Department of the County Attorney, County of Kauai, 4444 Rice Street, Suite 220, Lihue, Hawaii 96766, may testify regarding liability.

16.   Laurel Loo, c/o Department of the County Attorney, County of Kauai, 4444 Rice Street, Suite 220, Lihue, Hawaii 96766, may testify as to non-privileged matters relating to liability.

17.   Donald Travasso, address unknown, may testify regarding liability.

18.   Alice Worthy, c/o Department of Commerce and Consumer Affairs, 1010 Richards Street, 1st Floor, Honolulu, Hawaii, 96813 may testify regarding liability.

19.   Michael Machado, address unknown, may testify regarding liability and damages.

20.   Karen Matsumoto, c/o Department of the County Attorney, County of Kauai, 4444 Rice Street, Suite 220, Lihue, Hawaii 96766, may testify regarding liability and damages.

21.   Tom Takatsuki, c/o Department of the County Attorney, County of Kauai, 4444 Rice Street, Suite 220, Lihue, Hawaii 96766, may testify regarding liability and damages.

22.   Ken Villabrille, c/o Department of the County Attorney, County of Kauai, 4444 Rice Street, Suite 220, Lihue, Hawaii 96766, may testify regarding liability and damages.

23.  Malcolm Fernandez, c/o Department of the County Attorney, County of Kauai, 4444 Rice Street, Suite 220, Lihue, Hawaii 96766, may testify regarding liability and damages.

24.  Allan Tanigawa, c/o Department of the County Attorney, County of Kauai, 4444 Rice Street, Suite 220, Lihue, Hawaii 96766, may testify regarding liability and damages.

25.  Wes Kaui, c/o Department of the County Attorney, County of Kauai, 4444 Rice Street, Suite 220, Lihue, Hawaii 96766, may testify regarding liability.

26.  Gayle Kuboyama, c/o Department of the County Attorney, County of Kauai, 4444 Rice Street, Suite 220, Lihue, Hawaii 96766, may testify regarding liability.

27.  Steve Sueoka, c/o Department of the County Attorney, County of Kauai, 4444 Rice Street, Suite 220, Lihue, Hawaii 96766, may testify regarding liability.

28.  Miles Tanabe, c/o Department of the County Attorney, County of Kauai, 4444 Rice Street, Suite 220, Lihue, Hawaii 96766, may testify regarding liability.

29.  Vernon Basuel, c/o Department of the County Attorney, County of Kauai, 4444 Rice Street, Suite 220, Lihue, Hawaii 96766, may testify regarding liability.

30.  Christina Pilkington, c/o Department of the County Attorney, County of Kauai, 4444 Rice Street, Suite 220, Lihue, Hawaii 96766, may testify regarding liability and damages.

31.  Jacquelyn Tokashiki, c/o Clayton Ikei, 1440 Kapiolani Blvd., Suite 1203, Honolulu, Hawaii 96814, may to testify regarding liability and damages.

32.  Custodian of Records and/or Other Representative of the County of Kauai, Kauai Police Department, 3990 Kaana Street, Lihue, Hawaii 96766, may testify as to liability and damages, including the authenticity of documents.

33.  Custodian of Records and/or Other Representative of the County of Kauai, Kauai Police Department, Personnel Section, 3990 Kaana Street, Lihue, Hawaii 96766, may testify as to liability and damages, including the authenticity of documents.

34.  Custodian of Records and/or Other Representative of the County of Kauai, Kauai Police Commission, 3990 Kaana Street, Lihue, Hawaii 96766, may testify as to liability and damages, including the authenticity of documents.

35.  Custodian of Records and/or Other Representative of the County of Kauai, Department of Personnel Services, 4444 Rice Street, Lihue, Hawaii 96766, may testify as to liability and damages, including the authenticity of documents.

36.  Custodian of Records and/or Other Representative of American Savings Bank, Financial Plaza of the Pacific, 915 Fort Street, 2nd Floor, Honolulu, Hawaii 96813, may testify as to liability and damages, including the authenticity of documents.

37.   Custodian of Records and/or Other Representative of the Hawaii Government Employees Association, 888 Mililani Street, Suite 101, Honolulu, Hawaii 96813, may testify as to liability and damages, including the authenticity of documents.

38.   Custodian of Records and/or Other Representative of Byron A. Eliashof, M.D., 615 Piikoi Street, Suite 1509, Honolulu, Hawaii 96814, may testify as to liability and damages, including the authenticity of documents.

**B.    EXPERT WITNESSES**

1.   Byron Eliashof, M.D., 615 Piikoi Street, Suite 1509, Honolulu, Hawaii 96814, may testify as to damages, including his independent medical examinations of Plaintiff Jacquelyn Tokashiki.

2.   Robert J. Spordone, Ph.D., 24422 Avenida de la Carlota, Suite 270, Laguna Hills, California 92653, will testify as to damages, including his independent psychological examinations of Plaintiff Jacquelyn Tokashiki, his review of the treatment rendered by Patrick McGivern, Ph.D. and his review of Dr. McGivern's deposition testimony.

DATED:   Honolulu, Hawaii, March 6, 2007.

_____
**JOHN KOMEIJI**
**GREGG M. USHIRODA**
**KAREN Y. ARIKAWA**
George Freitas, Individually and in his capacity as Chief of Police, County of Kauai

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JACQUELYN K. TOKASHIKI, | ) | CIVIL NO. CV 03 00065 ACK KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| GEORGE FREITAS, Individually | ) | |
| and in his capacity as Chief of | ) | |
| Police, County of Kauai, JOHN | ) | |
| DOES 1-5 AND  JANE DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of DEFENDANT GEORGE FREITAS' THIRD SUPPLEMENTAL INITIAL DISCLOSURES was duly served on the following parties by mailing same, U.S. Postage prepaid, to their last known address on March 6, 2007:

**CLAYTON C. IKEI, ESQ.**
**JERRY P.S. CHANG, ESQ.**
ccioffice@hawaii.rr.com
1440 Kapiolani Blvd., Suite 1203
Honolulu, Hawaii 96814

Attorneys for Plaintiff
JACQUELYN K. TOKASHIKI

DATED:  Honolulu, Hawaii, March 6, 2007.

_____

**JOHN KOMEIJI**
**GREGG M. USHIRODA**
**KAREN Y. ARIKAWA**
Attorneys for Defendant George
Freitas, Individually and in
his capacity as Chief of
Police, County of Kauai