ORIGINAL

WATANABE ING & KOMEIJI LLP

JOHN KOMEIJI # 2498-0
GREGG M. USHIRODA #5868-0
KAREN Y. ARIKAWA # 7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: 544-8300
Facsimile No.: 544-8399

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 07 2007

at 10 o'clock and 54 min. A M
SUE BEITIA, CLERK

Attorneys for Defendant George Freitas,
Individually and in his capacity as Chief of Police,
County of Kauai

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5 AND JANE DOES 1-5,<br><br>Defendant. | CIVIL NO. CV 03-00065 ACK LEK<br><br>**CERTIFICATE OF SERVICE**<br>[Re: Amended Notice of Taking Dennis Scheppers, M.D.'s Deposition Upon Oral Examination] |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Amended Notice of Taking Dennis Scheppers, M.D.'s Deposition Upon Oral Examination was duly served by emailing <u>and</u> mailing same, postage prepaid, on March 7, 2007, to the partie(s) identified below at their last known address:

174

CLAYTON C. IKEI, ESQ.
JERRY P.S. CHANG, ESQ.
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814

Attorneys for Plaintiff

DATED: Honolulu, Hawaii, March 7, 2007.

_____
JOHN KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA
Attorneys for Defendant George Freitas,
Individually and in his capacity as
Chief of Police, County of Kauai

Jacquelyn K. Tokashiki vs. George Freitas, et al.; Civil No. CV 03-00065 ACK LEK; Certificate of Service

2