**ORIGINAL**

CLAYTON C. IKEI
Attorney at Law
A Law Corporation

CLAYTON C. IKEI      1260
JERRY P.S. CHANG    6671
1440 Kapiolani Boulevard, Suite 1203
Honolulu, Hawaii 96814
Telephone No. (808) 533-3777
Facsimile No. (808) 521-7245
E-mail: CCIOffice@hawaii.rr.com

Attorneys for Plaintiff
JACQUELYN K. TOKASHIKI



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, | ) CIVIL NO. 03-00065 ACK KSC |
| Plaintiff, | ) PLAINTIFF'S FINAL PRETRIAL<br>) STATEMENT; CERTIFICATE OF |
| v. | ) SERVICE |
| GEORGE FREITAS, Individually<br>and in his Capacity as the<br>Chief of Police, County of<br>Kauai, JOHN DOES 1-5 and JANE<br>DOES 1-5, | ) |
| Defendants. | ) **Trial Date**: April 24, 2007 |

## PLAINTIFF'S FINAL PRETRIAL STATEMENT

Plaintiff Jacquelyn K. Tokashiki, by and through her counsel, hereby submits her Final Pretrial Statement.

**A.   Plaintiff**

Plaintiff is a resident of the County of Kauai, State of Hawaii, and was employed by the County of Kauai, as an "exempt" employee, to serve as the private secretary to the Chief of Police, County of Kauai, and to serve as the secretary to the

Police Commission of the County of Kauai during the relevant time period.

**B.   Jurisdiction and Venue**

Plaintiff's claims concern violation of her civil rights and this Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343 (a)(3) and 42 U.S.C. § 1983. Venue is proper in this District pursuant to 28 U.S.C. § 1391 (b).

**C.   Substance of Action**

Plaintiff was employed in the dual capacity as the private secretary of the Chief of Police of the County of Kauai and the Police Commission of the County of Kauai. Plaintiff was removed as the Secretary of the Chief of Police on January 7, 2002 and terminated from her County employment on April 26, 2002 by Defendant George Freitas, then Chief of Police, County of Kauai ("Defendant").

Plaintiff alleges that her removal from her public employment by Defendant was motivated by the following: (1) Plaintiff's work as the secretary of the Kauai Police Commission in processing the complaints of two Kauai police officers against Defendant to the Kauai Police Commission; (2) Plaintiff's memoranda to the Acting Chief of Police and the Kauai Police Commission reporting the violations of Defendant of the Directives of the Kauai Police Commission written when the Kauai Police Commission suspended Defendant with pay; (3) Plaintiff's

work, at the request of the Kauai Police Commission in facilitating the investigation of the charges filed against Defendant with the Kauai Police Commission; (4) Plaintiff's testimony, under oath, to the investigator hired by the Kauai Police Commission to investigate the charges against Defendant; (5) Plaintiff's letter to the editor commenting on the accuracy of an article published in the *Honolulu* magazine, a monthly periodical magazine published and distributed in the State of Hawaii.

Plaintiff alleges that her termination from her previous public employment with the County of Kauai violated her Right of Freedom of Speech under the First and Fourteenth Amendments of the United States Constitution.

**D.    Undisputed Facts**

Plaintiff believes it is undisputed that she was employed as the Private Secretary for the Chief of Police and Police Commission of Kauai County. Also, Plaintiff's employment with the County was terminated.

**E.    Disputed Factual Issues**

All other factual issues are in dispute.

**F.    Relief Prayed**

As noted in her Complaint, Plaintiff seeks the following relief:

1. Declare and adjudge that the acts complained of in this Complaint violated the Plaintiff's Freedom of Speech rights as guaranteed her under the First Amendment to the United States Constitution;

2. Grant the Plaintiff injunctive relief against the Defendant in his official capacity, ordering him to reinstate the Plaintiff to her former or comparable employment position, and enjoin him from further acts of harassment and retaliation as a result of the exercise of her freedom of speech rights and the filing of the complaint herein;

3. Award the Plaintiff compensatory damages in an amount of not less than $250,000.00;

4. Award the Plaintiff punitive damages as against Defendant Freitas in an amount determined at trial but not less than $250,000.00;

5. Award the Plaintiff special damages, including but not limited to back pay and employment benefits, front pay and medical costs as may be warranted herein;

6. Award the Plaintiff her attorneys' fees and cost of litigation incurred herein; and

7. Grant the Plaintiff such other and further relief as this Court deems just and appropriate.

### G. Points of Law

Plaintiff contends that her removal from her position as Secretary to the Kauai Police Chief and the Kauai Police Commission and the subsequent termination of the Plaintiff from her County of Kauai employment violated Plaintiff's Right to Freedom of Speech in violation of the First and Fourteenth Amendments to the United States Constitution, 42 U.S.C. § 1983.

### H. Previous Motions

On March 11, 2003, Defendant filed his Ex Parte Motion to Strike Portions of Complaint ("Motion to Strike"). Plaintiff filed her opposition memorandum on March 17, 2003. On March 20, 2003, the Court filed its Order Granting in Part and Denying in Part Defendant's Motion to Strike.

On August 25, 2003, Plaintiff filed her Motion for Partial Summary Judgment as to her Violation of Freedom of Speech Claim ("MPSJ"). Defendant filed his opposition memorandum on September 11, 2003. On October 2, 2003, the Court filed its Order denying Plaintiff's MPSJ.

On December 17, 2003, Defendant filed his Motion for Summary Judgment ("MSJ"). Plaintiff filed her opposition memorandum on January 30, 2004. On March 9, 2004, the Court filed its Order Denying Defendant's MSJ.

On March 23, 2004, Defendant filed his Motion for Reconsideration of Order Denying MSJ filed on March 9, 2004,

5

alternatively, Certification for Interlocutory Appeal ("Motion for Reconsideration"). Plaintiff filed her opposition memorandum on April 5, 2004.

On April 5, 2004, Plaintiff filed her Motion to Extend the FRCP 26 Expert Witness Disclosure and Report. Defendant filed his opposition memorandum on April 16, 2004. The Court filed its Order Denying Plaintiff's Motion to Extend on May 26, 2004.

On April 5, 2004, Plaintiff filed her Motion to Enforce Subpoena Duces Tecum Served on March 4, 2004. On April 22, 2004, nonparty Peter Nakamura filed his opposition memorandum and counter-motion; Defendant filed his Joinder on April 23, 2004. On July 12, 2004, the Court filed its Minute Order, directing Nakamura to deliver a copy of the documents that were the subject of the subpoena duces tecum for in camera review.

On April 28, 2004, the Court filed its Order Granting in Part and Denying in Part Defendant's Motion for Reconsideration.

On May 17, 2004, Defendant filed his Second Motion for Reconsideration regarding his MSJ. Plaintiff filed her opposition memorandum on May 21, 2004.

On May 26, 2004, Defendant filed his Notice of Appeal.

On July 21, 2004, Defendant filed his Second Motion for Summary Judgment. On August 5, 2004, Plaintiff filed her opposition memorandum.

On July 29, 2004, the Court filed its Order Denying Defendant's Second Motion for Reconsideration and Denying Plaintiff's Request for Sanctions.

On July 30, 2004, the Court filed its Order Denying Plaintiff's Motion to Enforce Subpoena Duces Tecum Served on March 4, 2004; Granting Peter Nakamura's Counter-motion to Quash Subpoena, or for Protective Order.

On August 2, 2004, Defendant filed his Motion to Stay Proceedings. Plaintiff filed her opposition memorandum on August 4, 2004.

On August 10, 2004, the Court filed its Order Denying Defendant's Motion to Stay Proceedings under Colorado River Doctrine; and Granting Defendant's Motion as Reconstrued as a Motion to Stay Pending Resolution of Interlocutory Appeal.

On September 5, 2006, the Court filed its Certificate of Service of the Judgment from the Ninth Circuit.

On September 28, 2006, the Court filed its Amended Rule 16 Scheduling Order.

On November 27, 2006, Defendant filed his MSJ. Plaintiff filed her opposition memorandum on January 17, 2007. Hearing on Defendant's MSJ is scheduled for March 12, 2007.

I.  **Witnesses Likely to Be Called**

**Non-Experts**

1.  Jacquelyn K. Tokashiki, c/o the Law Office of Clayton C. Ikei, 1440 Kapiolani Boulevard, Suite 1203, Honolulu, Hawaii 96814.  Ms. Tokashiki is the Plaintiff in this matter and is expected to testify as to liability and damages and to the factual allegations in the pleadings.

2.  George Freitas, c/o John Komeiji, Esq., Gregg M. Ushiroda, Esq., and Karen Y. Arikawa, Esq., 999 Bishop Street, 23rd Floor, Honolulu, Hawaii 96813.  Mr. Freitas is the Defendant in this matter and is expected to testify as to factual allegations in the pleadings.

3.  Irene ("Dede") Wilhelm, 3208 Palai Street, Lihue, Hawaii 96766.  Ms. Wilhelm was a member and Chairperson of the Kauai County Police Commission during the relevant time period and is expected to testify as to the factual allegations in the pleadings, including Plaintiff's involvement as the Police Commission's Secretary in the processing of the complaints of misconduct against Defendant.  Ms. Wilhelm is also expected to testify regarding Plaintiff's efforts to secure her (Wilhelm's) permission to submit the letter to the editor which appeared in *Honolulu* magazine.

4.  Norman J.N. Holt, Sr., P.O. Box 322, Kapaa, Hawaii 96746.  Mr. Holt has been a member of the Kauai County Police

Commission during the relevant time period and is expected to testify as to the factual allegations in the pleadings, including Plaintiff's involvement as the Police Commission's secretary in the processing of the complaints of misconduct against Defendant.

5.   Stanton K. Pa, P.O. Box 917, Kilauea, Hawaii 96754. Mr. Pa has been a member of the Kauai County Police Commission during the relevant time period and is expected to testify as to the factual allegations in the pleadings, including Plaintiff's involvement as the Police Commission's secretary in the processing of the complaints of misconduct against Defendant.

6.   Hartwell Blake, Esq., P.O. Box 1991, Lihue, Hawaii 96766.  Mr. Blake was the County Attorney for Kauai County during the relevant time period and is expected to testify as to the factual allegations in the pleadings, including Plaintiff's involvement as the Police Commission's secretary in the processing of the complaints of misconduct against Defendant.

7.   Margaret Hanson, Esq., County Attorney's Office, Kauai County, 4444 Rice Street, Lihue, Hawaii 96766.  Ms. Hanson has been a Deputy County Attorney during the relevant time period and is expected to testify as to the factual allegations in the pleadings.  Ms. Hanson is also expected to testify that she approved Plaintiff's letter to the editor to *Honolulu* Magazine before it was sent to the magazine.

8.  Melvin Morris, P.O. Box 7, Lawai, Hawaii 96765.  Mr. Morris is the former Assistant Chief of Police, Kauai County, who filed one of the complaints of misconduct against Defendant.  Mr. Morris is expected to testify as to the factual allegations in the pleadings, including Plaintiff's involvement in the processing of his complaint with the Police Commission, and his discussion with Plaintiff about her job security as the Police Chief's secretary.  Mr. Morris is further expected to testify regarding harassment to which Freitas subjected him as a result of Mr. Morris' knowledge of the Seto complaint.

9.  Alvin Seto, P.O. Box 697, Eleele, Hawaii 96705.  Mr. Seto is a former Lieutenant of the Kauai Police Department and filed one of the complaints of misconduct against Defendant.  Mr. Seto is expected to testify as to the factual allegations in the pleadings, including Plaintiff's involvement in the processing of his complaint to the Police Commission, and his discussion about Plaintiff's job security as the Police Chief's secretary.  Mr. Seto is further expected to testify that he was subjected to retaliation by Freitas.

10. Wilfred Ihu, Deputy Chief, Kauai County Police Department, 3990 Kaana Street, Lihue, Hawaii 96766.  Deputy Chief Ihu was the Acting Chief of Police during the relevant time period and is expected to testify as to the factual allegations

in the pleadings, including discussions with Plaintiff regarding her job security as the Police Chief's secretary.

11. Clayton Arinaga, Acting Chief, Kauai County Police Department, 3990 Kaana Street, Lihue, Hawaii 96766. Acting Chief Arinaga is expected to testify as to the factual allegations in this matter, including Defendant coming to the police station when the investigation into misconduct by Defendant was ongoing.

12. Calvin C. Fujita, 196 Lulo Road, Kapaa, Hawaii 96746. Mr. Fujita, was the former Police Chief of Kauai County and Plaintiff's immediate supervisor. Mr. Fujita is expected to testify as to the factual allegations in the pleadings, including discussions with Plaintiff regarding her job security as the Police Chief's secretary.

13. Brian S. Fujiuchi, 1314 Nahele Place, Kapaa, Hawaii 96746. Mr. Fujiuchi was the Acting Chief of Police and Plaintiff's immediate supervisor. Mr. Fujiuchi is expected to testify as to the factual allegations in the pleadings, including his conversation with Plaintiff while Acting Chief regarding Plaintiff's job security as the Police Chief's secretary.

14. John Ko, current address unknown. Mr. Ko was the investigator loaned by the Honolulu Police Commission to the Kauai Police Commission to conduct the investigation into the misconduct complaints filed against Defendant. Mr. Ko is expected to testify as to the factual allegations in the

complaint, including Plaintiff's participation in the investigation, both as the Police Commission's secretary and as a witness.

15.  Laurel K.S. Loo, Esq., 4357 Rice Street, Suite 201, Lihue, Hawaii 96766.  Telephone: (808) 632-2267.  Ms. Loo was a Kauai Deputy County Attorney during the relevant time period and is expected to testify as to factual allegations in the pleadings.

Plaintiff reserves the right to name any witnesses identified by Defendant.

**Expert Witnesses**

1.  Patrick McGivern, Ph.D., P.O. Box 61585, Honolulu, Hawaii 96839.  Dr. McGivern is Plaintiff's treating psychologist and is expected to testify as to Plaintiff's emotional distress and the treatment thereof due to Defendant's alleged conduct.

2.  William Renti Cruz, M.D., 3-3420 Kuhio Highway, Lihue, Hawaii 96766.  Dr. Renti Cruz is Plaintiff's former treating physician and is expected to testify as to the physical effects Plaintiff sustained and the treatment thereof due to Defendant's alleged conduct.

3.  Dennis Scheppers, M.D., Kauai Medical Clinic, 3-3420 Kuhio Highway, Suite B, Lihue, Hawaii 96766.  Telephone: (808) 245-1500.  Dr. Scheppers is Plaintiff's current treating

physician and is expected to testify as to Plaintiff's medical condition and treatment thereof.

4.   Jack P. Suyderhoud, Ph.D., Economist, 7149 Kukii Street, Honolulu, Hawaii 96825.  Dr. Suyderhoud is expected to testify as her retained expert witness regarding Plaintiff's lost income.

**J.   Exhibits, Schedules, and Summaries**

Plaintiff intends to submit documents related to her employment with Defendant, as well as her damages.  Plaintiff will be forwarding her exhibit list per the Scheduling Order.

**K.   Further Discovery or Motion**

Discovery deadline was February 23, 2007.  By agreement of the parties, the deadline was extended to allow Defendant to schedule the depositions of Plaintiff's health care providers, and conduct an independent medical exam of Plaintiff.

Hearing on Defendant's Second Motion for Summary Judgment is scheduled to be heard on March 12, 2007.

**L.   Stipulations**

Plaintiff does not have any stipulations to request or propose for pretrial or trial purposes at this time.

**M.   Amendments or Dismissal**

Plaintiff does not have any request or proposal for amendments to pleadings or dismissal or parties, claims or defenses at this time.

**N.     Settlement Discussions**

The Court held a settlement conference on June 23, 2006. However, no resolution was reached.

**O.     Agreed Statements**

Presentation of the action in whole or in part, upon an agreed statement of facts, is not feasible or agreeable.

**P.     Bifurcation, Separate Trial Issues**

Bifurcation or a separate trial of specific issues is not feasible or desired.

**Q.     Reference to Master or Magistrate Judge**

Not applicable.

**R.     Appointment and Limitation of Experts**

Appointment by the Court of an impartial expert witness and whether limitation of the number of expert witnesses is not feasible or desired.

**S.     Trial**

Trial is currently scheduled for April 24, 2007. Plaintiff made a timely demand for a jury trial, which is on file.

**T.     Estimated Trial Time**

Plaintiff estimates that she will need five trial days to present her case.

**U.    Claims of Privilege or Work Product**

There are no matters otherwise required to be stated by this rule that is claimed to be covered by the work product or other privilege.

**V.    Miscellaneous**

None.

DATED:  Honolulu, Hawaii, March 6, 2007.

                                                _____
                                                CLAYTON C. IKEI
                                                JERRY P.S. CHANG

                                                Attorneys for Plaintiff
                                                JACQUELYN K. TOKASHIKI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, | ) CIVIL NO. 03-00065 ACK LEK |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| v. | ) |
| | ) |
| GEORGE FREITAS, Individually and in his Capacity as the Chief of Police, County of Kauai, JOHN DOES 1-5 and JANE DOES 1-5, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served by First Class Mail on March 6, 2007:**

    JOHN T. KOMEIJI, ESQ.
    GREGG M. USHIRODA, ESQ.
    KAREN Y. ARIKAWA, ESQ.
    Watanabe Ing & Komeiji LLP
    First Hawaiian Center
    999 Bishop Street, 23rd Floor
    Honolulu, Hawaii 96813

        Attorneys for Defendant,
        GEORGE FREITAS, individually and in his capacity as the Chief of Police, County of Kauai

DATED:   Honolulu, Hawaii, March 6, 2007.

                              _____
                              CLAYTON C. IKEI
                              JERRY P.S. CHANG

                              Attorneys for Plaintiff
                              JACQUELYN K. TOKASHIKI