ORIGINAL

383806.2

WATANABE ING & KOMEIJI LLP

JOHN KOMEIJI        # 2498-0
GREGG M. USHIRODA   # 5868-0
KAREN Y. ARIKAWA    # 7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: 544-8300
Facsimile No.: 544-8399
E-mail address: gushiroda@wik.com

LODGED
MAR 08 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 08 2007

at 3 o'clock and 05 min. P M
SUE BEITIA, CLERK

Attorneys for Defendant
George Freitas, Individually and
in his capacity as Chief of Police,
County of Kauai

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JACQUELYN K. TOKASHIKI, | ) | CIVIL NO. CV 03 00065 ACK LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO MODIFY AMENDED |
| v. | ) | RULE 16 SCHEDULING ORDER RE: |
| | ) | DEFENDANT'S EXPERT DISCLOSURES |
| GEORGE FREITAS, Individually | ) | |
| and in his capacity as Chief of | ) | |
| Police, County of Kauai, JOHN | ) | |
| DOES 1-5 AND  JANE DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | TRIAL: April 24, 2007 |
| | ) | |
| | ) | |
| | ) | |

**STIPULATION TO MODIFY RULE 16 SCHEDULING
ORDER RE: DEFENDANT'S EXPERT DISCLOSURES**

Plaintiff Jacquelyn K. Tokashiki and Defendant George

Freitas, by and through their attorneys, have met and conferred

in good faith to discuss and resolve the issue of modifying the

deadline set forth in paragraph 16 of the Court's Amended Rule 16

176

Scheduling Order [filed September 28, 2006] for Defendant George Freitas to disclose the identity and written report of any person who may be used at trial to present expert evidence under Rules 702, 703, or 705 of the Federal Rules of Civil Procedure ("FRCP").

During the meet and confer sessions, the parties, through their undersigned counsel, have agreed that Robert J. Sbordone, Ph.D. will conduct an independent psychological evaluation of Plaintiff Jacquelyn K. Tokashiki on February 28, 2007 in Lihue, Kauai.

After meeting and conferring in good faith, and pursuant to Rule 16 of the Federal Rules of Civil Procedure and LR 6.2 and 10.4 of the Local Rules of Practice for the United States District Court for the District of Hawaii, the parties, through their undersigned counsel, hereby stipulate to modify and extend the date set forth in paragraph 11 of the Court's Amended Rule 16 Scheduling Order as follows:  Defendant George Freitas shall file the report of Robert J. Sbordone, Ph.D. on or before March 20, 2007.

DATED:  Honolulu, Hawaii, _____, 2007.

                                    MAR 0 7 2007

_____
CLAYTON C. IKEI
JERRY P.S. CHANG
Attorneys for Plaintiff
JACQUELYN K. TOKASHIKI

- 2 -

JOHN KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA
Attorneys for Defendant
George Freitas, Individually
and in his capacity as Chief
of Police, County of Kauai

APPROVED AND SO ORDER

UNITED STATES MAGISTRATE JUDGE

_Jacquelyn K. Tokashiki vs. George Freitas, et al.,_; Civil No.: CV
03 00065 ACK LEK; Stipulation To Modify Amended Rule 16
Scheduling Order Re: Defendant's Expert Disclosures