# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/14/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV NO. 03-00065ACK-KSC |
| CASE NAME: | Jacquelyn K. Tokashiki Vs. George Freitas, etc. |
| ATTYS FOR PLA: | Clayton Ikei |
| ATTYS FOR DEFT: | John Komeiji and Gregg Ushiroda |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Steve Platt |
| DATE: | 03/14/2007 | TIME: | l0:05am-l0:50am |

COURT ACTION:  EP: Defendant George Freitas Motion for Summary Judgment-Oral Argument Held.  Motion is hereby Denied in Part and Taken Under Advisement as to the Damage Issue as to Termination.

Submitted by Leslie L. Sai, Courtroom Manager