# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/15/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV03-00065ACK-KSC
CASE NAME: Jacquelyn K. Tokashiki v. George Freitas, etc., et al.
ATTYS FOR PLA: Clayton Ikei
ATTYS FOR DEFT: Gregg Ushiroda
INTERPRETER:

---

JUDGE: Kevin S. C. Chang        REPORTER: C5 - no record

DATE: 3/15/2007                 TIME: 9:20-9:25am

---

COURT ACTION: EP: Final Pretrial Conference.  Final Pretrial Conference held.

Length of Trial:
    Plaintiff:    5+ days
    Defendant:   5+ days

Lay Witnesses:
    Plaintiff:    15
    Defendant:   10+

Expert Witnesses:
    Plaintiff:    3
    Defendant:   1

Counsel to contact the Court if a Further Settlement Conference is desired.

Submitted by: Shari Afuso, Courtroom Manager