ORIGINAL

384800.1

WATANABE ING & KOMEIJI LLP

JOHN KOMEIJI        # 2498-0
GREGG M. USHIRODA   # 5868-0
KAREN Y. ARIKAWA    # 7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: 544-8300
Facsimile No.: 544-8399
E-mail address: gushiroda@wik.com


Attorneys for Defendant
George Freitas, Individually and
in his capacity as Chief of Police,
County of Kauai

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 0 2007

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI,<br><br>      Plaintiff,<br><br>      v.<br><br>GEORGE FREITAS, Individually<br>and in his capacity as Chief of<br>Police, County of Kauai, JOHN<br>DOES 1-5 AND JANE DOES 1-5,<br><br>      Defendants. | CIVIL NO. CV 03 00065 ACK KSC<br><br>**DEFENDANT GEORGE FREITAS'<br>EXPERT DISCLOSURES; EXHIBITS<br>"A" & "B"; and CERTIFICATE OF<br>SERVICE**<br><br><br><br>TRIAL: April 24, 2007 |


**DEFENDANT GEORGE FREITAS' EXPERT DISCLOSURES**

        Comes now Defendant GEORGE FREITAS ("FREITAS"), by and

through his attorneys, WATANABE ING & KOMEIJI LLP, and hereby

submits his expert disclosures pursuant to Rule 26 of the Federal

Rules of Civil Procedures.

Attached hereto are the respective reports and *curriculum vitae* of Robert J. Sbordone, Ph.D.

Defendant FREITAS reserves the right to call all expert witnesses named by Plaintiff Jacquelyn K. Tokashiki and name rebuttal witnesses as necessary. Defendant FREITAS reserves the right to name additional expert witnesses as necessary and to submit additional, supplemented and/or amended expert reports as warranted by further investigation and discovery.

DATED: Honolulu, Hawaii, March 20, 2007.

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA
Attorneys for Defendant
GEORGE FREITAS