IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI,  ) | CIVIL NO. CV 03 00065 ACK KSC |
| ) | |
| Plaintiff,  ) | |
| ) | CERTIFICATE OF SERVICE |
| v.  ) | |
| ) | |
| GEORGE FREITAS, Individually  ) | |
| and in his capacity as Chief of ) | |
| Police, County of Kauai, JOHN  ) | |
| DOES 1-5 AND  JANE DOES 1-5,  ) | |
| ) | |
| Defendants.  ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of DEFENDANT GEORGE FREITAS' EXPERT DISCLOSURES was duly served on the following parties by mailing same, U.S. Postage prepaid, on this date to their last known address:

**CLAYTON C. IKEI, ESQ.**
**JERRY P.S. CHANG, ESQ.**
1440 Kapiolani Blvd., Suite 1203
Honolulu, Hawaii 96814

Attorneys for Plaintiff
JACQUELYN K. TOKASHIKI

DATED:  Honolulu, Hawaii, March 20, 2007.

**JOHN KOMEIJI**
**GREGG M. USHIRODA**
**KAREN Y. ARIKAWA**
Attorneys for Defendant
GEORGE FREITAS