# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/27/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV03-00065ACK-KSC

CASE NAME:       Jacquelyn K. Tokashiki v. George Freitas, etc., et al.

ATTYS FOR PLA:   Clayton Ikei

ATTYS FOR DEFT:  John Komeiji
                 Matthew Pyun
                 Lissa Andrews

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record |
| DATE: | 3/27/2007 | TIME: | 10:55-12:20pm |

COURT ACTION:  EP: Settlement Conference.  Settlement Conference held.  Further Settlement Conference set 3/29/07, 9:15am, Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager