ORIGINAL

385087.2
WATANABE ING & KOMEIJI LLP

JOHN KOMEIJI          # 2498-0
GREGG M. USHIRODA     # 5868-0
KAREN Y. ARIKAWA      # 7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No.: 544-8300
Facsimile No.: 544-8399
E-mail address: karikawa@wik.com

Attorneys for Defendant
George Freitas, Individually and
in his capacity as Chief of Police,
County of Kauai

LODGED
MAR 22 2007 10:55
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 28 2007
at 8 o'clock and 29 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5 AND JANE DOES 1-5,<br><br>    Defendants. | CIVIL NO. CV 03 00065 ACK LEK<br><br>DEFENDANT GEORGE FREITAS' EX PARTE MOTION TO FILE UNDER SEAL EXHIBITS "A" AND "B" ATTACHED TO HIS EXPERT DISCLOSURES FILED ON MARCH 20, 2007; MEMORANDUM IN SUPPORT OF EX PARTE MOTION; DECLARATION OF GREGG M. USHIRODA; ORDER GRANTING DEFENDANT GEORGE FREITAS' EX PARTE MOTION TO FILE UNDER SEAL EXHIBITS "A" AND "B" ATTACHED TO HIS EXPERT DISCLOSURES FILED ON MARCH 20, 2007; CERTIFICATE OF SERVICE<br><br>JUDGE: Honorable Alan C. Kay<br>TRIAL: April 24, 2007 |

**DEFENDANT GEORGE FREITAS' EX PARTE MOTION TO FILE UNDER SEAL EXHIBITS "A" AND "B" ATTACHED TO HIS EXPERT DISCLOSURES FILED ON MARCH 20, 2007**

Comes now Defendant GEORGE FREITAS (hereinafter referred to as "Defendant"), by and through his attorneys, WATANABE ING & KOMEIJI LLP, and hereby moves this Honorable Court, ex parte, for an Order Granting Defendant George Freitas' Motion To File Under Seal Exhibits "A" and "B" Attached To His Expert Disclosures Filed On March 20, 2007.

This ex parte motion is brought pursuant to Rule 7 of the Federal Rules of Civil Procedure, Local Rule 7.2 of the Rules of the United States District Court for the District of Hawaii ("Local Rules"), and is supported by the Memorandum in Support of Ex Parte Motion, Declaration of Gregg M. Ushiroda, and exhibits attached hereto, as well as the entire record and files herein.

DATED: Honolulu, Hawaii, March 22, 2007.

_____
JOHN KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA
Attorneys for Defendant George Freitas, in his capacity as Chief of Police, County of Kauai