IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, | ) CIVIL NO. CV 03 00065 ACK LEK |
| | ) |
| Plaintiff, | ) DECLARATION OF GREGG M. |
| | ) USHIRODA |
| v. | ) |
| | ) |
| GEORGE FREITAS, Individually | ) |
| and in his capacity as Chief of | ) |
| Police, County of Kauai, JOHN | ) |
| DOES 1-5 AND JANE DOES 1-5, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DECLARATION OF GREGG M. USHIRODA**

GREGG M. USHIRODA hereby declares the following:

1. I am one of the attorneys representing Defendant George Freitas ("Freitas") in the above-referenced matter and have personal knowledge of the matters set forth herein.

2. I am licensed to practice law before all State and Federal courts in the State of Hawai'i.

3. Exhibit "A" attached to Freitas' Expert Disclosures consists of a 102-paged Neuropsychological Assessment of Plaintiff JACQUELYN TOKASHIKI ("Plaintiff"), prepared by Freitas' expert, Robert J. Sbordone, Ph.D.

4. Exhibit "A" attached to Freitas' Expert Disclosures contains confidential medical information that, for "compelling reasons", should not to be disclosed to the general public.

    5.    Exhibit "B" attached to Freitas' Expert Disclosures consists of a 63-paged Curriculum Vitae of Freitas' expert, Robert J. Sbordone, Ph.D.

    6.    Exhibit "B" attached to Freitas' Expert Disclosures contains personal data identifiers that, for "compelling reasons", should not to be disclosed to the general public.

    I, Gregg M. Ushiroda, do declare under penalty of law that the foregoing is true and correct.

    DATED: Honolulu, Hawaii, March 22, 2007.

_____
GREGG M. USHIRODA