IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, | CIVIL NO. CV 03 00065 ACK LEK |
| Plaintiff, | ORDER GRANTING DEFENDANT GEORGE FREITAS' EX PARTE MOTION TO FILE UNDER SEAL EXHIBITS "A" AND "B" ATTACHED TO HIS EXPERT DISCLOSURES FILED ON MARCH 20, 2007 |
| v. | |
| GEORGE FREITAS, Individually and in his capacity as Chief of Police, County of Kauai, JOHN DOES 1-5 AND JANE DOES 1-5, | |
| Defendants. | |

**ORDER GRANTING DEFENDANT GEORGE FREITAS' EX PARTE MOTION TO FILE UNDER SEAL EXHIBITS "A" AND "B" ATTACHED TO HIS EXPERT DISCLOSURES FILED ON MARCH 20, 2007**

The Court finding "compelling reasons" therefore, hereby GRANTS Defendant George Freitas' Ex Parte Motion to File Under Seal Exhibits "A" and "B" Attached to His Expert Disclosures Filed on March 20, 2007, and orders that Exhibits "A" and "B" attached to Defendant George Freitas' Expert Disclosures be sealed.

It is further ordered that all parties receiving copies of Defendant George Freitas' Expert Disclosures, and all attachments thereto, maintain the confidentiality of Exhibits "A" and "B" attached to the Expert Disclosures.

DATED: Honolulu, Hawaii _____3/27/07_____.

_____
JUDGE OF THE ABOVE-ENTITLED COURT