# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/29/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV03-00065ACK-KSC |
| CASE NAME: | Jacquelyn K. Tokashiki v. George Freitas, etc., et al. |
| ATTYS FOR PLA: | Clayton Ikei<br>Plaintiff Jacquelyn Tokashiki |
| ATTYS FOR DEFT: | John Komeiji<br>Lissa Andrews<br>Devon Peterson |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record<br>9:15-12:00pm<br>1:30-3:00pm<br>(Settlement Conf) |
| DATE: | 3/29/2007 | TIME: | FTR C5<br>3:00-3:04:44pm<br>(Settlement on Record) |

COURT ACTION:  EP: Further Settlement Conference.  Settlement Conference held.  Settlement reached.  Terms stated.

Based upon representations by counsel and plaintiff's acceptance, the court finds that the essential terms of a valid and essential settlement agreement have been reached subject to approval by the Kauai county council, if it is required under law.

The deadline for filing of the Dismissal is 4/30/07.  If the Dismissal is not filed by then, the Court will enter an Order of Dismissal retaining jurisdiction to enforce the terms of the settlement.

The following dates are hereby vacated:
4/19/07, 10:00am, Final Pretrial Conference, Judge Kay
4/24/07, 9:00am, Jury Trial, Judge Kay

Submitted by: Shari Afuso, Courtroom Manager