# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/16/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV03-00065ACK-KSC

CASE NAME:        Jacquelyn K. Tokashiki v. George Freitas, etc., et al.

ATTYS FOR PLA:    Jerry Chang
                  Plaintiff Jacquelyn Tokashiki, by phone

ATTYS FOR DEFT:   John Komeiji
                  Lissa Andrews
                  Matthew Pyun, by phone

INTERPRETER:

JUDGE:     Kevin S. C. Chang          REPORTER:    FTR C5

DATE:      4/16/2007                  TIME:        9:12-9:14:24am

COURT ACTION:  EP: Further Settlement on the Record.  Further Settlement on the Record held to modify the earlier settlement placed on the record to withdraw the term "resignation" in lieu of "termination".  All other terms are to remain in effect.

All counsel concur other than Mr. Pyun.  Mr. Pyun's understanding, per the insurance company, is that Council approval is not necessary.  So with that understanding, he will concur.

Submitted by: Shari Afuso, Courtroom Manager