# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/2/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CV03-00065ACK-KSC

CASE NAME:    Jacquelyn K. Tokashiki v. George Freitas, etc., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Kevin S. C. Chang            REPORTER:

DATE:    5/2/2007                      TIME:

COURT ACTION: EO: Counsel has not submitted a Dismissal. The Court will issue an Order dismissing this action and retain jurisdiction to enforce the terms and conditions of settlement.

cc: Law Clerk to Judge Chang

Submitted by: Shari Afuso, Courtroom Manager