IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI, | ) CIVIL NO. 03-00065 ACK-KSC |
| | ) |
| Plaintiff, | ) ORDER OF DISMISSAL |
| | ) |
| vs. | ) |
| | ) |
| GEORGE FREITAS, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and

GOOD CAUSE APPEARING FOR DISMISSAL,

IT IS ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees.  The Court retains jurisdiction to reopen the proceeding, upon good cause shown, to enforce the terms and conditions of the settlement.

```
          IT IS SO ORDERED.

          Dated:  Honolulu, Hawaii, May 4, 2007.
```



```
                              _____
                              Alan C. Kay
                              Senior United States District Judge
```

CIVIL NO. 03-cv-00065; JACQUELYN K. TOKASHIKI V. GEORGE FREITAS, et al.; ORDER OF DISMISSAL