AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| JACQUELYN K. TOKASHIKI | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CIVIL NO. 03-00065 ACK-KSC |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| GEORGE FREITAS, et al., | May 11, 2007 |
| Defendant(s). | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees pursuant to the "Order of Dismissal" filed on May 4, 2007.

|  |  |
|---|---|
| May 11, 2007 | SUE BEITIA |
| Date | Clerk |
|  | *(signature)* |
|  | (By) Deputy Clerk |